UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

**Michael Haroutun Miroyan**

Debtor(s)                                                    /

Chapter 13
Case No. **18-52601**

APPLICATION FOR COMPENSATION;
DECLARATION

1. Debtor(s') attorney, __**Eddy Hsu 245390**__, requests the approval of attorney's fees in the sum of $__**5,850.00**__ pursuant to the attorney's fee disclosure statement filed with the Court and the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Jose Division). Of the sum requested, the amount of $__**935.00**__ has been previously paid to Debtor(s)' attorney.

2. In addition to the basic case, the Debtor(s') case involves:

    **X**   Real property claims
    ___ Compromise plan use
    ___ Certain additional real property: ___ piece(s)
    **X**   State or federal tax claims
    ___ Vehicle loans or leases
    ___ An operating business
    ___ Support arrears
    ___ Student loans
    ___ 25 or more creditors
    ___ Motion to commence or extend the automatic stay

3. A copy of the RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEYS, executed by the Debtor(s) and Debtor(s') attorney, has been filed with the Court.

4. All fees are subject to Court approval, whether paid in advance or through the plan.

   I, the undersigned, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: **December 10, 2018**

/s/ Eddy Hsu
**Eddy Hsu 245390**
Attorney for Debtor(s)