**LAW OFFICE OF WAYNE A. SILVER**
Wayne A. Silver (108135)
643 Bair Island Road,
Suite 403
Redwood City, CA 94063
Phone: (650) 282-5970
Fax:     (650) 282-5980
Email: ws@waynesilverlaw.com

*Attorney for KENNETH Y. KAI and*
*TAE K. KAI, Trustees of the Kai Family 1998 Trust*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

|  |  |
|---|---|
| In re:<br><br>MICHAEL HAROUTUN MIROYAN,<br><br>    Debtor. | Case No.: 18-52601-MEH<br>Chapter 13 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO:    THE U.S. BANKRUPTCY COURT, AND ALL PARTIES AND ATTORNEYS THAT HAVE APPEARED IN BANKRUPTCY CASE NO.: 18-52601-MEH**

The Law Office of Wayne A. Silver, Wayne A. Silver, Esq., hereby appears and requests notice on behalf of KENNETH Y. KAI and TAE K. KAI, Trustees of the Kai Family 1998 Trust ("Trustees"), interested parties in the above-captioned Bankruptcy Case No. 18-52601-MEH. All notices given or required to be given in this bankruptcy case may be served to the undersigned as follows:

> **LAW OFFICE OF WAYNE A. SILVER**
> Wayne A. Silver (108135)
> 643 Bair Island Road,
> Suite 403
> Redwood City, CA 94063
> Phone: (650) 282-5970
> Fax:    (650) 282-5980
> Email: ws@waynesilverlaw.com

Notice of Appearance and Request for Notice

1    This Notice of Appearance and Request for Notice is not a consent to the jurisdiction of the

2   Bankruptcy Court, nor shall any later appearance, pleading, proof of claim, or suit constitute a

3   waiver of the rights of Trustees: (i) to have the final orders in non-core matters entered only after de

4   novo review by a District Judge; (ii) to trial by jury in any proceeding related to this case or any

5   case, controversy or proceeding related to this case; (iii) to have the District Court withdraw the

6   reference in an matter subject to mandatory or discretionary withdrawal; or (vi) any other rights,

7   claims, actions, defenses, setoffs, or recoupment's to which Trustees may be entitled, in law or in

8   equity, all of which rights, claims, actions, defenses, setoffs and recoupment's are expressly

9   reserved.

10       Date: December 26, 2018

11                                                              /s/ Wayne A. Silver
                                                                Wayne A. Silver, attorney for *KENNETH Y.*
12                                                              *KAI and TAE K. KAI, Trustees of the Kai*
                                                                *Family 1998 Trust*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Appearance and Request for Notice