EDDY HSU, ESQ. (BAR # 245390)
LAW OFFICE OF EDDY HSU
1900 South Norfolk Street, Suite 350
San Mateo, CA 94403
(650) 577-5950
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

**Michael Haroutun Miroyan**,

    Debtor.

Case No. 18-52601 MEH

Chapter 13

DECLARATION PURSUANT RULE 9006-1(c)(4)

    I, **EDDY HSU**, file this declaration pursuant to Local Rule 9006-1(c)(4) in support of Debtor's Motion to Shorten Time.

1. I, as Debtor's Counsel, needs an Order to Shorten Time to shorten the Notice of Hearing from 28 days to 2 days on my Motion to Withdraw as Counsel and to set the hearing for January 10, 2019 at 9:30AM.
2. I am unable to set the Motion to Withdraw hearing before Creditor's Motion for Relief from Stay with such an Order Shortening Time.
3. If I am unable to withdraw, the Debtor may not receive satisfactory representation in the Motion for Relief from Stay. If I am allowed to withdraw, then Debtor may ask for a continuance or present his own response to the Motion for Relief from Stay.
4. Regardless of the Order Shortening Time, I can no longer represent Debtor to his satisfaction due to irreconcilable differences.
5. Debtor has not filed for prior extensions nor has he filed for prior bankruptcies.
6. In my opinion, a Court order shortening time will not negatively affect Creditors because Debtor should have his chance for satisfactory representation.
7. Communications with opposing counsel:
    a. I spoke directly with Wayne Silver, esq., who represents Kai Family Trust and filed the Request for Special Notice. Mr. Silver stated he would not oppose an ex parte to shorten time.
    b. I sent the following Creditors email regarding my request for an ex parte shortening time. As non-affected parties, I do not expect any opposition.

DECLARATION PURSUANT TO RULE 9006-1(c)(4) -- Page 1 of 2

    i. Synchrony Bank c/o PRA Receivables Management, LLC (claims@recovercorp.com)

    ii. Resurgent Capital Services (POC #1-4) – askbk@resurgent.com

    iii. Ocwen Loan Servicing LLC (POC #6) BKTrusteeQueries@ocwen.com

 c. I left a message with the Franchise Tax Board (POC #5) at 916-845-4750 regarding my request for an ex parte shortening time. As a non-affected party, I do not expect any opposition.

 d. I called the Chapter 13 Trustee regarding my request for an ex parte shortening time. I left a message with Nannette Dumas, esq. As a non-affected party, I do not expect any opposition.

8. I spoke directly with the Debtor and emailed him with notice of my ex parte request to shorten time and set the hearing for January 10, 2019 at 9:30 A.M. Based on communications with Debtor, he did not agree to any of my requests.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is both true and correct. Executed this 7th day of January 7, 2019 in San Mateo, California.

        */s/ Eddy Hsu*
        **EDDY HSU**
        Attorney for Debtor