**LAW OFFICE OF WAYNE A. SILVER**
Wayne A. Silver (108135)
643 Bair Island Road,
Suite 403
Redwood City, CA 94063
Phone: (650) 282-5970
Fax:    (650) 282-5980
Email: ws@waynesilverlaw.com

*Attorney for KENNETH Y. KAI and*
*TAE K. KAI, Trustees of the Kai Family 1998 Trust*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>MICHAEL HAROUTUN MIROYAN,<br><br>     Debtor. | Case No.: 18-52601-MEH<br>Chapter 13<br><br>RS No.: WS110<br><br> Date:  January 31, 2019<br>Time:  9:30 a.m.<br>Court:  3020, Hon. M. Elaine Hammond |

**REQUEST FOR JUDICIAL NOTICE**

     KENNETH Y. KAI and TAE K. KAI ("Movants"), Trustees of the Kai Family 1998 Trust

("Kai Trust") request the Court take judicial notice under Federal Rule of Evidence 201 of the

following pleadings and documents in Civil Action No. 15-1-0164K against *Hawaiian Riverbend,*

*LLC* in the Circuit Court of the Third Circuit State of Hawaii:

| Exhibit | Description |
|---|---|
| One | Commissioner's Report, Declaration of Commissioner, Exhibits "1" – "8", Certificate of Service |
| Two | Plaintiff's Notice of Bankruptcy Filed by Michael Haroutun Miroyan; Exhibit "A"; Certificate of Service |

     Under Fed. R. Evid. 201(d), judicial notice may be taken at any stage of a proceeding. The

Court may take judicial notice of any matter "not subject to reasonable dispute because it: (1) is

generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily

Request for Judicial Notice

determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

Courts may take judicial notice of proceedings in other courts. *U.S. ex rel Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (citing *St. Louis Baptist Temple, Inc. v. FDIC*, 605 F.2d 1169 (10th Cir. 1979)) ("[W]e 'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.'"). The contents of these filings are public records that are "not subject to reasonable dispute [and] capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).

The Court may also consider facts subject to judicial notice in the context of a FRCP 12(b)(6) motion to dismiss. *Mullis v. U.S. Bankruptcy Court*, 828 F.2d 1385, 1388 (9th Cir. 1987).

Dated: January 16, 2019

*/s/ Wayne A. Silver*
Wayne A. Silver, attorney for *KENNETH Y. KAI and TAE K. KAI, Trustees of the Kai Family 1998 Trust*

EXHIBIT ONE

[Commissioner's Report, Declaration of Commissioner, Exhibits "1" – "8", Certificate of Service - Civil Action No. 15-1-0164K against *Hawaiian Riverbend, LLC* in the Circuit Court of the Third Circuit State of Hawaii]



FILED

Schlueter, Kwiat & Kennedy LLLP

MICHAEL H. SCHLUETER 8534
JASON R. KWIAT      9188
ANDREW M. KENNEDY    9734
75-167 Kalani Street, Suite 201
Kailua-Kona, Hawaii 96740
Tel. No. (808) 987-7275
Fax No. (808) 443-0339
inquiries@kona-lawyer.com

Counsel for Defendant

2018 DEC 20  AM 9: 37

HENRIETTA CHONG, CLERK
THIRD CIRCUIT COURT
STATE OF HAWAII

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| KENNETH Y. KAI and TAE K. KAI, TRUSTEES OF THE KAI FAMILY 1998 TRUST<br><br>vs.<br><br><br><br>HAWAIIAN RIVERBEND, LLC; COUNTY OF HAWAII; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE ENTITIES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>Defendant. | CIVIL No. 15-1-0164K<br><br>COMMISSIONER'S REPORT, DECLARATION OF COMMISSIONER, EXHIBITS "1"-"8"; CERTIFICATE OF SERVICE<br><br><br>Judge: Hon. Robert D.S. Kim |

## COMMISSIONER'S REPORT

COMES NOW, Court Appointed Commissioner, ANDREW M. KENNEDY, of

SCHLUETER, KWIAT, & KENNEDY LLLP, and reports as follows:

1.     Commissioner was appointed in this case pursuant to an order granting plaintiffs'

renewed motion for summary judgment and for interlocutory decree of foreclosure, filed

December 17, 2015 [Filed March 21, 2018] ("Order").

2.     The order directs Commissioner to sell at public auction the property listed at TMK No

(3) 6-8-002-053.

West Hawaii Today.

12.    Additional expenses in the form of the Broker's Price Opinion are anticipated, and a

supplement to this report will be submitted.


DATED:       Kailua-Kona, Hawaii, December 18, 2018

Schlueter, Kwiat & Kennedy LLLP

BY:

ANDREW M. KENNEDY
COURT APPOINTED COMMISSIONER

## DECLARATION OF ANDREW M. KENNEDY

1.  I am an attorney licensed in the State of Hawaii. I am the Court appointed commissioner in this foreclosure action. The following is true to the best of my knowledge and belief.

2.  I was appointed Commissioner in this case pursuant to an order granting plaintiffs' renewed motion for summary judgment and for interlocutory decree of foreclosure, filed December 17, 2015 [Filed March 21, 2018] ("Order")

3.  On April 24, 2018, I sent an introductory letter to the parties in this matter.

4.  Attached hereto as Exhibit "1" is a true and correct copy of the April 24, 2018 letter.

5.  In March I received a phone call from a Mr. Michael Miroyan, who told me he was the owner of the property. I noted that the Defendant in this matter was Hawaiian Riverbend LLC and the attorney of record for the matter is Paul Sulla, Esq. However, as a courtesy, I continued to keep Mr. Miroyan informed as to the proceedings.

6.  Mr. Miroyan was abusive, made many threatening remarks, would leave numerous voice messages threatening me and my law partners. I requested that all communication went through the attorney of record for this case, Paul Sulla, Esq. However, I did keep Mr. Miroyan informed as to the foreclosure sale process, the dates of the auction and property viewings, and the notice of foreclosure and fact sheet.

7.  On two separate occasions I made submissions to the Court regarding Mr. Miroyan's conduct.

8.  Attached hereto as Exhibit "2" is April 24, 2018 submission regarding Michael Miroyan

9.  Attached hereto as Exhibit "3" is September 24, 2018 submission regarding Michael Miroyan

10. I prepared a notice of foreclosure sale for publication.

11. My initial notice of foreclosure included the language "agricultural lot" in the property description. Pursuant to request from Mr. Miroyan, I deleted that language from the notice.

12.  The notice ran for publication in West Hawaii Today, a newspaper of general circulation in the district where the property is located, on October 21, 2018, October 28, 2018, November 4, 2018.

13.  Attached hereto as Exhibit "4" is a true and correct copy of the Affidavit of Publication from West Hawaii Today

14.  Attached hereto as Exhibit "5" is a true and correct copy of the payment receipt in the amount of $826.56 from West Hawaii Today.

15.  I prepared a fact sheet for circulation.

16.  My initial fact sheet included the language "agricultural lot" in the property description. Pursuant to request from Mr. Miroyan, I deleted that language from the fact sheet.

17.  Attached hereto as Exhibit "6" is a true and correct copy of the fact sheet in this case.

18.  Numerous persons contacted me interested in the property. I forwarded them fact sheets and if requested a copy of the Order for summary judgment.

19.  I went to Waikola villages and provided the fact sheet to the local realtor, as well as to the community association for posting, and posted it at the local coffee shop.

20.  I held two property viewings for the property on November 3, 2018 and November 4, 2018. The property is a vacant lot, and I set up a table on the southwest corner of the lot for much of the viewing time. Nobody appeared or approached me either day.

21.  On November 26, 2018, an auction was held at the flagpole at Hale Halawai, 75-5760 Alii Drive, Kailua-Kona, HI.

22.  Matthew Shannon appeared on behalf of the bank. One other person, Roger Wehrsig, was present. Mr. Wehrsig did not provide any ability to pay, nor did he indicate an intention to bid.

23.  At 12:00, a description of the property was read aloud, the terms of the auction were also read aloud. Matthew Shannon submitted a credit bid for the Plaintiff in the amount of $1,248.739.72. A closing call of going once, going twice, going three times, sold, was made. No other bids were submitted, the property was sold to the Plaintiff.

24.  I have reviewed the County of Hawaii Real Property Tax Office filing on this property and the total market value is listed at $658,000.00.

25.  Attached hereto as Exhibit "7" is the County of Hawaii Real Property Tax Office filing

for this property

26. In light of the bid being significantly higher than the market value listed with the County of Hawaii Real Property Tax Office, I submit that this is a fair and reasonable price for this property.

27. I have also contacted a licensed broker to perform a broker's price opinion on this property.

28. I have incurred fees in this matter total $6,671.45. This reflects 36.6 hours, which includes a 2 hours of additional work that Commissioner anticipates will be required to attend the confirmation and to prepare or execute any documents to wind up this transaction. This includes a GET tax at the rate of 4.16%.

29. Attached hereto as Exhibit "8" is a true and correct copy of my invoice for this matter.

30. I have incurred costs in the amount of $826.56 for advertising the Property in West Hawaii Today.

31. Additional expenses in the form of the Broker's Price Opinion are anticipated, and a supplement to this report will be submitted.


I declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED: Kailua-Kona, Hawaii, December 18, 2018

Schlueter, Kwiat & Kennedy LLLP

BY: _____

ANDREW M. KENNEDY
COURT APPOINTED COMMISSIONER

EXHIBIT "1"

# SCHLUETER, KWIAT & KENNEDY LLLP

April 24, 2018

PAUL SULLA, ESQ.
106 Kamehameha Ave, #2A
Hilo, HI 96720
Attorney for Hawaii Riverbend LLC

Re: **KENNETH Y. KAI and TAE K. KAI, TRUSTEES OF THE KAI FAMILY 1998 TRUSTv. HAWAIIAN RIVERBEND, LLC; COUNTY OF HAWAII; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE ENTITIES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10; CIVIL No. 15-1-0164K**

Dear Mr. Sulla:

I am the court appointed commissioner in the above-captioned matter pursuant to ORDER GRANTING PLAINTIFFS' RENEWED MOTION FOR SUMMARY JUDGMENT AND FOR INTERLOCUTORY DECREE OF FORECLOSURE, FILED DECEMBER 17, 2015. I have been appointed to sell at public auction the property located at TMK NO. (3) 6-8-002-053.

I ask that you inform your client of the following:
I am writing to inform you of the opportunity to participate in open houses prior to the public auction of this property. If you would like an open house, please let me know within 20 days. If I do not hear from you, or you otherwise fail to cooperate with the holding of an open house, the property will be sold without the benefit of an open house. An open house is intended to benefit you to help obtain a higher price for the property. In the event the proceeds of the sale are insufficient for the debt in this foreclosure action, you could be held liable for any deficiency. If I do not hear from you within 20 days, I will proceed with a motion to sell the property at auction without an open house.

Please contact me at 808-987-7275 to inform me of your client's preference on how to proceed

Very Truly Yours,
**Schlueter, Kwiat & Kennedy LLLP**

Andrew M. Kennedy

75-167 Kalani Street
Suite 201
Kailua-Kona, HI 96740
(808) 987-7275
fax (808) 443-0339
andrew@kona-lawyer.com

CC:

MATTHEW C. SHANNON, ESQ.
BAYS LUNG ROSE HOLMA
Topa Financial Center
700 Bishop St, Suite 900

CRAIG MASUDA, ESQ
CORPORATION COUNSEL
Hilo Lagoon Centre
101 Aupuni St, Unit 325
Hilo, HI 96720

EXHIBIT "2"

Schlueter, Kwiat & Kennedy LLLP

MICHAEL H. SCHLUETER 8534
JASON R. KWIAT        9188
ANDREW M. KENNEDY   9734
75-167 Kalani Street, Suite 201
Kailua-Kona, Hawaii 96740
Tel. No. (808) 987-7275
Fax No. (808) 443-0339
inquiries@kona-lawyer.com

Counsel for Defendant

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAI'I

| | | |
|---|---|---|
| KENNETH Y. KAI and TAE K. KAI, TRUSTEES OF THE KAI FAMILY 1998 TRUST | ) ) ) ) ) ) ) vs. ) ) ) ) HAWAIIAN RIVERBEND, LLC; ) COUNTY OF HAWAII; JOHN DOES 1- ) 10; JANE DOES 1-10; DOE ) CORPORATIONS 1-10; DOE ) PARTNERSHIPS 1-10; DOE ENTITIES ) 1-10; and DOE GOVERNMENTAL ) ENTITIES 1-10, ) ) Defendant. ) | CIVIL No. 15-1-0164K COMMISSIONER'S SUBMISSION TO THE COURT RE: MICHAEL MIROYAN; DECLARATION OF ANDREW M. KENNEDY; EXHIBITS "A"; CERTIFICATE OF SERVICE Judge: Hon. Robert D.S. Kim |

COMMISSIONER'S SUBMISSION TO THE COURT RE: MICHAEL MIROYAN

COMES NOW, Court Appointed Commissioner, ANDREW M. KENNEDY, of

SCHLUETER, KWIAT, & KENNEDY LLLP, and makes the following submission to the Court

regarding Michael Miroyan, as set forth in the Declaration of Andrew M. Kennedy.

DATED:     Kailua-Kona, Hawaii, April 24, 2018

Schlueter, Kwiat & Kennedy LLLP

BY: _____
COURT APPOINTED COMMISSIONER

## DECLARATION OF ANDREW M. KENNEDY

1.  I am an attorney licensed in the State of Hawaii. I am the Court appointed commissioner in this foreclosure action. The following is true to the best of my knowledge and belief.

2.  Upon my appointment as commissioner in this matter, I was contacted by a Mr. Michael Miroyan ("Miroyan")

3.  Miroyan informed me that he was the owner of the subject property

4.  Upon review of the file, I became aware that Miroyan is represented by Paul Sulla, Esq. ("Sulla") in this matter

5.  As such, I contacted Miroyan and informed him that all of my communications would be through Sulla

6.  Miroyan then sent me a number of emails on April 10, 2018, requesting that I communicate with him.

7.  On April 20 and April 21, 2018, Miroyan sent a series of vulgar emails to me.

8.  On the weekend of April 20-22, Miroyan left a number of aggressive messages on my firm's answering machine

9.  On April 23, 2018, I responded to Miroyan to informing him that I would be corresponding through his attorney on this matter, to please refrain from sending these emails or leaving the type of messages he has been leaving on our machine, and informing Miroyan that I would be submitting these emails to the Court.

10. Attached hereto as Exhibit "A" is a true and correct copy of two emails sent on April 20, 2018 and April 21, 2018.

    I declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

    DATED:     Kailua-Kona, Hawaii, April 24, 2018
                     Schlueter, Kwiat & Kennedy LLLP

                     BY: _____
                           COURT APPOINTED COMMISSIONER

-2-

EXHIBIT "A"

 Gmail                              Schlueter, Kwiat & Kennedy LLLP <sklawkona@gmail.com>

## Fwd: Kennedy you ain't no good you're a piece of shit

**Michael Miroyan** <mac8881@me.com>                              Fri, Apr 20, 2018 at 11:17 PM
To: sklawkona@gmail.com

Your commissioner Sluetter your another one that doesn't keep me informed or follow the rule when did you hold the open house on my property you didn't follow the rules I told you I wanted to have an open house and I told Mr. Kennedy the one time I talk to that flaming fucking asshole that I wanted to have an open house so fuck you to Schlueter you piece of shit illegal corrupt motherfucker you piece of shit motherfucker....You don't want to follow the rules motherfucker you want to rescue him justice there is going to be no fucking auction I'm gonna put you up for auction you piece of shit

Sent from iPhoneHRmm
E
Begin forwarded message:

> **From:** Michael Miroyan <mac8881@me.com>
> **Date:** April 21, 2018 at 2:15:02 AM PDT
> **To:** andrew@kona-lawyer.com
> **Subject: Kennedy you ain't no good you're a piece of shit**
>
> So check this out Mr. Andrew fucking Kennedy fuck you motherfucker you won't even give me the date of the auction of my property you fucking piece of shit I'm coming to see you you motherfucker I'm a gonnax
>
>
> Sent from iPhoneHRmm

## CERTIFICATE OF SERVICE

I hereby certify that a copy hereof was served by U.S. First Class Mail upon:

MATTHEW C. SHANNON, ESQ.
BAYS LUNG ROSE HOLMA
Topa Financial Center
700 Bishop St, Suite 900

PAUL SULLA, ESQ.
106 Kamehameha Ave, #2A
Hilo, HI 96720

CRAIG MASUDA
CORPORATION COUNSEL
Hilo Lagoon Centre
101 Aupuni St, Unit 325
Hilo, HI 96720

  April 24, 2018   .

ANDREW M. KENNEDY

EXHIBIT "3"

Schlueter, Kwiat & Kennedy LLLP

MICHAEL H. SCHLUETER 8534
JASON R. KWIAT       9188
ANDREW M. KENNEDY   9734
75-167 Kalani Street, Suite 201
Kailua-Kona, Hawaii 96740
Tel. No. (808) 987-7275
Fax No. (808) 443-0339
inquiries@kona-lawyer.com

Counsel for Defendant

## IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

## STATE OF HAWAI'I

| | | |
|---|---|---|
| KENNETH Y. KAI and TAE K. KAI, TRUSTEES OF THE KAI FAMILY 1998 TRUST | ) ) ) ) ) ) ) ) vs. ) ) ) ) ) ) ) ) ) ) ) ) ) Defendant. ) | CIVIL No. 15-1-0164K COMMISSIONER'S SECOND SUBMISSION TO THE COURT RE: MICHAEL MIROYAN; DECLARATION OF ANDREW M. KENNEDY; EXHIBITS "A"; CERTIFICATE OF SERVICE |
| HAWAIIAN RIVERBEND, LLC; COUNTY OF HAWAII; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE ENTITIES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, | | Judge: Hon. Robert D.S. Kim |

## COMMISSIONER'S SECOND SUBMISSION TO THE COURT RE: MICHAEL MIROYAN

COMES NOW, Court Appointed Commissioner, ANDREW M. KENNEDY, of

SCHLUETER, KWIAT, & KENNEDY LLLP, and makes the following submission to the Court

regarding Michael Miroyan, as set forth in the Declaration of Andrew M. Kennedy.

DATED:    Kailua-Kona, Hawaii, September 24, 2018

Schlueter, Kwiat & Kennedy LLLP

BY: _____
ANDREW M. KENNEDY

# DECLARATION OF ANDREW M. KENNEDY

1. I am an attorney licensed in the State of Hawaii. I am the Court appointed commissioner in this foreclosure action. The following is true to the best of my knowledge and belief.

2. On September 19, 2018, I received a phone call from property owner, Michael Miroyan.

3. In the past I have received vulgar and threatening messages from Mr. Miroyan.

4. Mr. Miroyan is represented by Paul Sulla, Esq., in this matter.

5. I have informed Mr. Miroyan that, in light of the nature of his communications, all communication should go through his attorney, and that he did not have permission to contact me.

6. On September 19, 2018, Mr. Miroyan called me. This was a very vulgar phone call in which I was called a "pussy" among other inappropriate comments.

7. This is the second submission to the Court regarding Mr. Miroyan's behavior, the other being submitted in late April.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED:        Kailua-Kona, Hawaii, September 24, 2018

Schlueter, Kwiat & Kennedy LELP

BY: _____

ANDREW M, KENNEDY

## CERTIFICATE OF SERVICE

I hereby certify that a copy hereof was served by U.S. First Class Mail upon:

MATTHEW C. SHANNON, ESQ.
BAYS LUNG ROSE HOLMA
Topa Financial Center
700 Bishop St, Suite 900

PAUL SULLA, ESQ.
106 Kamehameha Ave, #2A
Hilo, HI 96720

CRAIG MASUDA, ESQ
CORPORATION COUNSEL
Hilo Lagoon Centre
101 Aupuni St, Unit 325
Hilo, HI 96720

September 24, 2018        .

ANDREW M. KENNEDY

EXHIBIT "4"

# AFFIDAVIT OF PUBLICATION

IN THE MATTER OF
PANIOLO AVENUE and WAIKOLOA ROAD

}
}
}
}
}
}
}
}

STATE OF HAWAII }
} SS.
City and County of Honolulu }

| Doc. Date: | NOV – 5 2018 | # Pages: | 1 |
|---|---|---|---|

Notary Name: COLLEEN E. SORANAKA          First Judicial **Circuit**

Doc. Description: _Affidavit of_
_Publication_

Notary Signature          NOV – 5 2018
                          Date

*(Notary seal: COLLEEN E. SORANAKA, NOTARY PUBLIC, No. 90-263, STATE OF HAWAII)*

<u>Gwyn Pang</u> being duly sworn, deposes and says that she is a clerk, duly authorized to
execute this affidavit of Oahu Publications, Inc. publisher of The Honolulu
Star-Advertiser, MidWeek, The Garden Island, West Hawaii Today, and Hawaii
Tribune-Herald, that said newspapers are newspapers of general circulation in the State
of Hawaii, and that the attached notice is true notice as was published in the

| Honolulu Star-Advertiser | 0 | times on: |
|---|---|---|
| MidWeek | 0 | times on: |
| The Garden Island | 0 | times on: |
| Hawaii Tribune-Herald | 0 | times on: |
| West Hawaii Today | 3 | times on: |

10/21, 10/28, 11/04/2018

Other Publications: _____ 0 times on: _____

And that affiant is not a party to or in any way interested in the above entitled matter.

_Gwyn Pang_
Gwyn Pang

Subscribed to and sworn before me this _5_ day of _November_ A.D. 20_18_

Colleen E. Soranaka, Notary Public of the First Judicial Circuit, State of Hawaii
My commission expires: Jan 06 2020

*(Notary seal: COLLEEN E. SORANAKA, NOTARY PUBLIC, No. 90-263, STATE OF HAWAII)*

Ad #    0001142667

SP.NO.: _____  L.N. _____

---

**NOTICE OF FORECLOSURE SALE**
By order of the Circuit Court of the Third Circuit in Civil No. 15-1-0184K, the below named Commissioner has been appointed to sell the named property at public auction. PROPERTY DESCRIPTION: Undeveloped lot located on the northeast corner of Paniolo Ave. and Waikoloa Rd. Tax Map Key: No. (3) 6-8-002-053. OPEN HOUSES: November 3, 2018, 10:00 am to 12:00 pm; and November 4, 2018, 10:00 am to 12:00 pm. AUCTION: November 26, 2018 at 12:00 p.m. Auction will be held at the flagpole at Hale Halawai located at 75-5760 Alii Drive, Kailua-Kona, HI. TERMS: No upset price. Property is to be sold in its "as is" condition, without any representations or warranties whatsoever as to title or possession and by way of a quitclaim conveyance by public commissioner's sale. The successful bidder at Sale shall make a down payment to Commissioner of no less than ten percent (10%) of the highest successful bid price. Payment in cash, money order, by cashier's check or by certified check, provided that Plaintiff may satisfy the down payment by way of offset up to the amount of its secured debt ("credit bid"). Prior to bidding, any person not previously authorized to credit bid must show the Commissioner such person's present ability to make the required down payment immediately upon the close of bidding at Sale. At the Court's discretion, the 10% down payment bay be forfeited in whole or in part if the purchaser shall fail to pay the balance of the purchase price as required and set forth below, the Court may, for good cause, allow further bidding. In the event that such bidding is allowed, the first post auction bid must be at least one hundred five percent (105%) of the highest bid at Sale. The Court shall determine the amount of fees of the Commissioner. All costs and expenses of the closing of the Sale, including without limitation, the costs of conveyance, including preparation of the conveyance document, conveyance tax, escrow and recording fees, any proof of title or title insurance, and notary fees, as well as the costs of securing possession of the property, shall be the responsibility of and paid by the purchaser. Neither the availability of title insurance nor securing possession of the property shall be a condition of closing. Sale subject to Court confirmation. DISCLOSURE: Content of this Notice has been obtained from sources believe by Commissioner to be reliable but may not necessarily be accurate or complete. It is the sole responsibility of all bidders to verify the information contained herein. COMMISSIONER: Andrew M. Kennedy, Schlueter, Kwiat & Kennedy LLLP, Atrium Court, 75-167 Kalani Street, Suite 201, Hawaii 96740, Tel. No. (808) 987-7275, Email: andrew@kona-lawyer.com (WHT1142667: 10/21, 10/28, 11/04/18)

EXHIBIT "5"

# Oahu Publications Inc.

## Payment Receipt

**Friday, October 19, 2018**

Transaction Type: Payment
Order Number: 0001142667
Payment Method: Credit Card
Bad Debt: -
Credit Card Number: XXXXXXXXXXXX5607
Credit Card Expire Date: 6/28/2019
Payment Amount: 826.56
Reference Number: 08530E
Charge to Company: **Oahu Publications Inc.**
Category: Classified
Credit to Transaction Number: P452906
Invoice Text:
Invoice Notes:
PO Number:

Customer Type: Business Transient
Customer Category:
Customer Status:
Customer Group:
Customer Trade:
Account Number: 94386
Phone Number: 8089877275
Company / Individual: **Company**
Customer Name: SCHLJETER & KWIAT & KENNEDY LLLP *

Customer Address: PO BOX 288
KEALAKEKUA, HI 96750
USA

Check Number:
Routing Number:

EXHIBIT "6"

# SCHLUETER, KWIAT & KENNEDY LLLP

## FACT SHEET

Pursuant to ORDER GRANTING PLAINTIFFS' RENEWED MOTION FOR SUMMARY JUDGMENT AND FOR INTERLOCUTORY DECREE OF FORECLOSURE (MARCH 21, 2018), in CIVIL NO. 15-1-0164K (Foreclosure) in the Circuit Court of the Third Circuit ("Order"), the undersigned commissioner has been directed to sell the property as described herein by public auction.

Information contained in Fact Sheet has been obtained from courses believed by Commissioner to be reliable, but may not necessarily be accurate or complete and cannot be guaranteed by Commissioner or relied upon by any prospective bidder on the property. **It is the sole responsible of all prospective bidders to verify the information contained herein through their own independent investigation and to hire their own professionals and/or consultants to obtain information regarding the property prior to bidding on the property.**

I.    Property Description

   A.    Address: N/A

   B.    Tax Map Key:  No. (3) 6-8-002-053

   C.    Description:  Undeveloped lot located on the northeast corner of Paniolo Ave and Waikoloa Rd.

II.   Real Property Tax Information

   A.    Market Land Value & Net Taxable Land Value: $658,000.00

   B.    Market Building Value & Net Taxable Building Value: $0

   C.    Total Taxable Value: $658,000.00

III.  Encumbrances and Other Information

   Commissioner directs interested parties' attention to Order referenced above as to existing encumbrances set forth therein.  As allowed by law, there may be encumbrances pursuant to Orders and further amounts and charges as may be approved by the Court, which may include Commissioner's fees and costs and real property taxes (see above).  There may be other charges to the purchaser as allowed by law.  There may be other encumbrances on this property.  Bidders must conduct their own investigation as to any encumbrances that may affect this property.  Bidders shall be responsible for their own due diligence as to title for this property.

IV.   Sales Information

   Auction Date:   Monday, November 26, 2018, 12:00 PM (noon)
   Auction Location:  Flagpole at Hale Halawai, 75-5760 Alii Drive, Kailua-Kona, HI

75-167 Kalani St, Suite 201
Kailua-Kona, HI 96740
(808) 987-7275
fax (808) 443-0339
andrew@kona-lawyer.com

# SCHLUETER, KWIAT & KENNEDY LLLP

Property Viewing(s):    Saturday, November 3, 2018 from 10:00 AM to 12:00 PM
                            Sunday, November 4, 2018 from 10:00 AM to 12:00 PM

V.    Terms

Property is to be sold in its "as in" condition, without any representations or warranties whatsoever as to title or possession and by way of a quitclaim conveyance by public commissioner's sale ("Sale"), without an upset price, in accordance with Order. Sale is subject to Court's confirmation.

Pursuant to Order, Plaintiff and all parties are authorized to purchase the mortgaged property at Sale. the successful bidder at Sale shall make a down payment to the Commissioner in an amount not less than ten percent (10%) of the highest successful bid price. The payment shall be in cash, money order, by cashier's check or by certified check, provided that Plaintiff may satisfy the down payment by way of offset up to the amount of its secured debt ("credit bid"). Prior t bidding, any person not previously authorized to credit bid must show the Commissioner such persons present ability to make teh required down payment immediately upon the close of bidding at Sale. At the Court's discretion, the 10% down payment may be forfeited in whole or in part if the purchaser fails to pay the balance of the purchase price as required and set forth below. The balance of the purchase price shall be paid to the commissioner upon approval and confirmation of the sale.

The Commissioner shall hold the proceeds of Sale subject to the directions of the Court. A hearing shall be held to consider confirmation of Sale. At that hearing, the Court shall hear the proof of claim of any other party and shall determine the priority among the claims of the parties besides Plaintiff. At hearing, the Court may, for good cause, allow further bidding. In the event that such bidding is allowed, the first post auction bid must be at least one hundred five percent (105%) of the highest bid at Sale. The court shall determine the amount of fees of the Commissioner and the amount of the attorneys' fees and costs of Plaintiff and shall direct the final payment of the proceeds of the sale. Upon distribution of the sale proceeds according to the directions of the Court, the Commissioner shall file an accurate accounting of receipts expenses and distributions.

The Commissioner may require that Sale close through an escrow, even if the purchase does not require one. All costs and expenses of the closing of the sale, including without limitation, the costs of conveyance, including preparation of the conveyance document, conveyance tax, escrow and recording fees, any proof of title or title insurance, and notary fees, as well as the costs of securing possession of the property, shall be the responsibility of and paid by the purchaser. Neither the availability of title insurance nor securing possession of the property shall be a condition of closing.

**SALE SHALL NOT BE FINAL UNTIL APPROVED AND CONFIRMED BY THE COURT.**

VI.    Commissioner

Andrew M. Kennedy, Schlueter, Kwiat & Kennedy LLLP, 75-167 Kalani St, Suite 201, Kailua-Kona, HI 96740. Telephone No. 808-987-7275, Fax No. 808-339-1339. Email Andrew@kona-lawyer.com

75-167 Kalani St, Suite 201
Kailua-Kona, HI 96740
(808) 987-7275
fax (808) 443-0839
andrew@kona-lawyer.com

Page 2 of 2

PARCEL MAP
PARCEL NUMBER 680020530000



EXHIBIT "7"



# COUNTY OF HAWAI'I
## Real Property Tax Office



| **Recent Sales in Area** | **Previous Parcel** | **Next Parcel** | **Return to Main Search Page** | **Hawaii Home** | **Real Property Home** |
|---|---|---|---|---|---|

## Owner and Parcel Information

| Owner Name | MIROYAN,MICHAEL  Fee Owner | Today's Date | December 18, 2018 |
|---|---|---|---|
| Mailing Address | PO BOX 3181  SARATOGA, CA 95070-1181 | Parcel Number | 680020530000 |
| Location Address | | Project Name | |
| Property Class | AGRICULTURAL | Parcel Map | Show Parcel Map  Plat (TMK) Maps |
| Neighborhood Code | 6822-8 | Land Area (acres) | 14.622 |
| Legal Information | FROM: 6802-21 14.622 AC NEW PARCEL | Land Area (approximate sq ft) | 636,934 |

## Assessment Information   Show Historical Assessments

| Year | Property Class | Market Land Value | Dedicated Use Value | Assessed Land | Land Exemption | Market Building Value | Assessed Building Value | Building Exemption | Total Market Value | Total Taxable Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | AGRICULTURAL | $ 658,000 | $ 0 | $ 658,000 | $ 0 | $ 0 | $ 0 | $ 0 | $ 658,000 | $ 658,000 |

## Land Information

| Property Class | Square Footage | Acreage | Agricultural Usage |
|---|---|---|---|
| | 636,934 | 14.622 | |

## Improvement Information

No Improvement information available for this parcel.

## Other Building and Yard Improvements

| Description | Quantity | Year Built | Area | Gross Building Value |
|---|---|---|---|---|
| | | No information associated with this parcel. | | |

## Permit Information

| Date | Permit Number | Reason | Permit Amount |
|---|---|---|---|
| | | No permit information associated with this parcel. | |

## Dept of Public Works Bldg Division Permit and Inspections Information

| Permit Date | Permit Type | Permit Number | Permit Reason | Permit Description | Estimated Cost | Inspection Date | Inspection Status |
|---|---|---|---|---|---|---|---|
| | | | No permit and inspections information associated with this parcel. | | | | |

As a courtesy to the public, we provide building permit data as supplied by the Department of Public Works. As such, no warranties, expressed or implied, are provided for the data herein, its use or its interpretation, and accuracy.

## Sales Information

| Sale Date | Sale Amount | Instrument # | Instrument Type | Instrument Description | Date of Recording | Land Court Document Number | Cert # | Book/Page | Conveyance Tax | Document Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/08/2018 | $ 0 | 67950847 | FEE CONVEYANCE | Warranty Deed | 08/09/2018 | | | | 0 | Warranty Deed |
| 11/29/2012 | $ 0 | | OTHER | Mapping Change | 11/29/2012 | | | | | Mapping Change |

## Current Tax Bill Information   2018 Tax Payments   Show Historical Taxes

| Tax Period | Description | Original Due Date | Taxes Assessment | Tax Credits | Net Tax | Penalty | Interest | Other | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| PRIOR | Real Property Tax | 08/20/2013 | $ 0.00 | $ 0.00 | $ 10,907.60 | $ 1,090.76 | $ 6,599.10 | $ 650.00 | $ 19,247.46 |
| 2015-1 | Real Property Tax | 08/20/2015 | $ 0.00 | $ 0.00 | $ 2,183.00 | $ 218.30 | $ 960.52 | $ 0.00 | $ 3,361.82 |
| 2015-2 | Real Property Tax | 02/22/2016 | $ 0.00 | $ 0.00 | $ 2,183.00 | $ 218.30 | $ 816.44 | $ 0.00 | $ 3,217.74 |
| 2016-1 | Real Property Tax | 08/22/2016 | $ 0.00 | $ 0.00 | $ 2,183.00 | $ 218.30 | $ 672.36 | $ 0.00 | $ 3,073.66 |
| 2016-2 | Real Property Tax | 02/21/2017 | $ 0.00 | $ 0.00 | $ 2,183.00 | $ 218.30 | $ 528.29 | $ 0.00 | $ 2,929.59 |
| 2017-1 | Real Property Tax | 08/21/2017 | $ 0.00 | $ 0.00 | $ 2,206.60 | $ 220.66 | $ 388.36 | $ 0.00 | $ 2,815.62 |
| 2017-2 | Real Property Tax | 02/20/2018 | $ 0.00 | $ 0.00 | $ 2,206.60 | $ 220.66 | $ 242.73 | $ 0.00 | $ 2,669.99 |
| 2018-1 | Real Property Tax | 08/20/2018 | $ 0.00 | $ 0.00 | $ 3,076.15 | $ 307.62 | $ 135.35 | $ 0.00 | $ 3,519.12 |
| 2018-2 | Real Property Tax | 02/20/2019 | $ 0.00 | $ 0.00 | $ 3,076.15 | $ 0.00 | $ 0.00 | $ 0.00 | $ 3,076.15 |
| | | | | | | | | | $ 43,911.15 |

Tax bill is computed to 12/31/2018   Or pay online at http://payments.ehawaii.gov/propertytax/hawaii   Other Payment Options Click Here

| Recent Sales in Area | Previous Parcel | Next Parcel | Return to Main Search Page | Hawaii Home | Real Property Home |
|---|---|---|---|---|---|

The Hawaii County Tax Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. Website Updated: December 17, 2018

© 2013 by County of Hawai'i Real Property Tax Office | Website design by qPublic.net

EXHIBIT "8"

# SCHLUETER, KWIAT & KENNEDY LLLP

75-167 Kalani St, Suite 201
Kailua-Kona, HI 96740
808-987-7275
andrew@kona-lawyer.com

TO: Kai v. Hawaii Riverbend 15-1-164K

Invoice Date:  December 18, 2018

| Date of Service | Description | Time | Rate | Fee | Cost |
|---|---|---|---|---|---|
| 3/27/2018 | open file, review pleadings | 0.5 | $175.00 | $87.50 | |
| 3/27/2018 | telephone call with michael miroyan | 0.2 | $175.00 | $35.00 | |
| 4/5/2018 | review correspondence from plaintiff attorney | 0.2 | $175.00 | $35.00 | |
| 4/10/2018 | telephone call with plaintiff attorney | 0.2 | $175.00 | $35.00 | |
| 4/10/2018 | email to miroyan | 0.2 | $175.00 | $35.00 | |
| 4/10/2018 | notes to file | 0.1 | $175.00 | $17.50 | |
| 4/10/2018 | county website search, review file, review findings | 0.5 | $175.00 | $87.50 | |
| 4/10/2018 | emails from miroyan | 0.2 | $175.00 | $35.00 | |
| 4/22/2018 | emails from miroyan | 0.2 | $175.00 | $35.00 | |
| 4/22/2018 | messages from miroyan | 0.2 | $175.00 | $35.00 | |
| 4/22/2018 | email to miroyan | 0.2 | $175.00 | $35.00 | |
| 4/23/2018 | prep letters to parties, mailing | 0.7 | $175.00 | $122.50 | |
| 4/23/2018 | email to miroyan | 0.2 | $175.00 | $35.00 | |
| 4/24/2018 | telephone call with paul sulla | 0.1 | $175.00 | $17.50 | |
| 4/24/2018 | telephone call with plaintiff's attorney | 0.1 | $175.00 | $17.50 | |
| 4/24/2018 | draft submission to court re: miroyan | 1.1 | $175.00 | $192.50 | |
| 4/24/2018 | telephone call with plaintiff attorney | 0.1 | $175.00 | $17.50 | |
| 4/24/2018 | telephone call with Craig Masuda | 0.1 | $175.00 | $17.50 | |
| 4/24/2018 | notes to file | 0.2 | $175.00 | $35.00 | |
| 4/25/2018 | confer with sulla, miroyan, look into issue regarding corporate representaion | 0.3 | $175.00 | $52.50 | |
| 5/7/2018 | telephone call with sulla, email sulla, notes to file | 0.2 | $175.00 | $35.00 | |
| 5/7/2018 | email from/to sulla | 0.1 | $175.00 | $17.50 | |
| 5/7/2018 | email to/from sulla | 0.1 | $175.00 | $17.50 | |
| 5/8/2018 | review file, notes to file | 0.2 | $175.00 | $35.00 | |
| 5/8/2018 | party mailings | 0.2 | $175.00 | $35.00 | |
| 5/23/2018 | review file, notes to file | 0.2 | $175.00 | $35.00 | |
| 6/5/2018 | review file, prep for site visit | 0.5 | $175.00 | $87.50 | |
| 6/6/2018 | site visit | 2.8 | $175.00 | $490.00 | |
| 6/12/2018 | correspond with miroyan and sulla | 0.3 | $175.00 | $52.50 | |
| 6/13/2018 | correspond with miroyan and sulla | 0.2 | $175.00 | $35.00 | |

1

| Date | Description | Hours | Rate | Amount | |
|------|-------------|-------|------|--------|---|
| 6/14/2018 | correspond with parties, notes to file | 0.1 | $175.00 | $17.50 | |
| 6/20/2018 | correspond with plaintiff's attoreny, investigate issue related to neighbor property | 0.3 | $175.00 | $52.50 | |
| 7/3/2018 | review property details via google maps, tax map key, identify boundaries, prep for open houses, site visit | 3 | $175.00 | $525.00 | |
| 8/27/2018 | review file and set dates | 0.7 | $175.00 | $122.50 | |
| 8/28/2018 | confer with miroyan, notes to file | 0.1 | $175.00 | $17.50 | |
| 9/4/2018 | confer with plaintiff atty | 0.1 | $175.00 | $17.50 | |
| 9/19/2018 | confer with miroyan, notes to file | 0.1 | $175.00 | $17.50 | |
| 9/24/2018 | Review file, prepare notice of submission for filing | 0.8 | $175.00 | $140.00 | |
| 9/24/2018 | email miroyan, emails with miroyan and Sulla, confer with miryoan | 0.4 | $175.00 | $70.00 | |
| 9/25/2018 | confer with plaintiff atty | 0.1 | $175.00 | $17.50 | |
| 10/1/2018 | confer with plaintiff counsel | 0.1 | $175.00 | $17.50 | |
| 10/8/2018 | confer with miroyan, confer with plaintiff attorney | 0.3 | $175.00 | $52.50 | |
| 10/9/2018 | review emails from plaintiff attorney and miroyan | 0.1 | $175.00 | $17.50 | |
| 10/9/2018 | prepare fact sheet, notice of sale for publication, proof read | 1.1 | $175.00 | $192.50 | |
| 10/11/2018 | revise fact sheet per corrections, prepare fact sheets for distribution | 0.9 | $175.00 | $157.50 | |
| 10/12/2018 | corresopond with newspaper | 0.1 | $175.00 | $17.50 | |
| 10/12/2018 | review correspondence from miroyan | 0.2 | $175.00 | $35.00 | |
| 10/15/2018 | Revise fact sheet and notice for publication per miroyan request, confer with parties, email west hawaii today. | 0.4 | $175.00 | $70.00 | |
| 10/18/2018 | email from miroyan, response | 0.2 | $175.00 | $35.00 | |
| 10/18/2018 | confer with west hawaii today, proof pulication | 0.4 | $175.00 | $70.00 | |
| 10/21/2018 | confer withh potential buyer (x2) | 0.2 | $175.00 | $35.00 | |
| 10/23/2018 | amend factg sheet in accordance with Miroyan request.  Prepare for distribution | 0.4 | $175.00 | $70.00 | |
| 10/23/2018 | confer with potential buyer (x2) | 0.2 | $175.00 | $35.00 | |
| 10/24/2018 | confer with potential buyer | 0.1 | $175.00 | $17.50 | |
| 10/25/2018 | confer with potential buyer | 0.1 | $175.00 | $17.50 | |
| 10/29/2018 | confer with potential buyer | 0.1 | $175.00 | $17.50 | |
| 10/29/2018 | prep file for site visit/open houses | 0.2 | $175.00 | $35.00 | |
| 10/29/2018 | post fact sheets on community bulletin in Waikoloa, visit local real estate agents and deliver fact sheets | 0.8 | $175.00 | $140.00 | |
| 10/31/2018 | confer with potential buyer | 0.1 | $175.00 | $17.50 | |
| 10/31/2018 | review email from miroyan, confer | 0.3 | $175.00 | $52.50 | |

| Date | Description | Hours | Rate | Amount | Costs |
|---|---|---|---|---|---|
| 10/31/2018 | review correspondence from Miroyan, from county official regarding zoning | 0.2 | $175.00 | $35.00 | |
| 11/1/2018 | confer with potential buyer | 0.1 | $175.00 | $17.50 | |
| 11/1/2018 | emails from miroyan | 0.1 | $175.00 | $17.50 | |
| 11/2/2018 | emails from miroyan | 0.2 | $175.00 | $35.00 | |
| 11/3/2018 | prepare for open house/site viewing | 0.4 | $175.00 | $70.00 | |
| 11/3/2018 | open house | 3.5 | $175.00 | $612.50 | |
| 11/4/2018 | open house | 3.4 | $175.00 | $595.00 | |
| 11/5/2018 | email from miroyan | 0.1 | $175.00 | $17.50 | |
| 11/15/2018 | emial from miroyan, response | 0.2 | $175.00 | $35.00 | |
| 11/15/2018 | email from miroyan | 0.1 | $175.00 | $17.50 | |
| 11/26/2018 | confer with Eddy Hsu, miroyan atty | 0.3 | $175.00 | $52.50 | |
| 11/26/2018 | Prepare for Auction | 0.5 | $175.00 | $87.50 | |
| 11/26/2018 | auction | 0.7 | $175.00 | $122.50 | |
| 12/5/2018 | confer with court | 0.1 | $175.00 | $17.50 | |
| 12/17/2018 | confer with broker for BPO. Notes on BPO, confer with plaintiff's attorney | 0.5 | $175.00 | $87.50 | |
| 12/18/2018 | commissioner's report | 1.8 | $175.00 | $315.00 | |
| | | 0 | $175.00 | $0.00 | |
| | | 0 | $175.00 | $0.00 | |
| | | 0 | $175.00 | $0.00 | |
| | | 0 | $175.00 | $0.00 | |
| | **WIND UP** | 2 | $175.00 | $350.00 | |
| 9/21/2018 | Advertising Cost | | | | $826.56 |
| | Subtotal | 36.6 | | $ 6,405.00 | $826.56 |
| | Tax (4.166%) | | 4.16% | $ 266.45 | |
| | Total | | | $ 6,671.45 | $826.56 |
| | Total Fees & Costs Due For This Billing Period | | | | $7498.01 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy hereof was served by U.S. First Class Mail upon: (MAIL DATE 12-19-18)

MATTHEW C. SHANNON, ESQ.
BAYS LUNG ROSE HOLMA
Topa Financial Center
700 Bishop St, Suite 900

PAUL SULLA, ESQ.
106 Kamehameha Ave, #2A
Hilo, HI 96720

CRAIG MASUDA, ESQ
CORPORATION COUNSEL
Hilo Lagoon Centre
101 Aupuni St, Unit 325
Hilo, HI 96720

DATED:     Kailua-Kona, Hawaii, December 18, 2018

Schlueter, Kwiat & Kennedy LLLP

BY: _____
ANDREW M. KENNEDY
COURT APPOINTED COMMISSIONER

EXHIBIT TWO

[Plaintiff's Notice of Bankruptcy Filed by Michael Haroutun Miroyan; Exhibit "A"; Certificate of Service - Civil Action No. 15-1-0164K against *Hawaiian Riverbend, LLC* in the Circuit Court of the Third Circuit State of Hawaii]

Of Counsel:

BAYS LUNG ROSE & HOLMA

MICHAEL C. CARROLL          7583-0
Attorney at Law
A Law Corporation
MATTHEW C. SHANNON          9043-0
Attorney at Law
A Law Corporation
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii 96813
Telephone: (808) 523-9000

Attorneys for Plaintiffs
KENNETH Y. KAI and TAE K. KAI,
TRUSTEES OF THE KAI FAMILY 1998 TRUST

FILED

2018 DEC 20 PM 3: 19

J. Y. LEE
CLERK, APPELLATE COURTS
STATE OF HAWAII

Ex Officio Clerk
Circuit Court _____ Circuit

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KENNETH Y. KAI and TAE K. KAI, TRUSTEES OF THE KAI FAMILY 1998 TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> HAWAIIAN RIVERBEND, LLC; COUNTY OF HAWAII; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE ENTITIES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, <br><br> Defendants. | ) CIVIL NO. 15-1-0164K <br> ) (Foreclosure) <br> ) <br> ) PLAINTIFFS' NOTICE OF BANKRUPTCY <br> ) FILED BY MICHAEL HAROUTUN <br> ) MIROYAN; EXHIBIT A; CERTIFICATE <br> ) OF SERVICE <br> ) <br> ) <br> ) <br> ) No Trial Date Set. <br> ) <br> ) <br> ) <br> ) <br> ) |

539805-2

PLAINTIFFS' NOTICE OF BANKRUPTCY FILED BY
<u>MICHAEL HAROUTUN MIROYAN ON NOVEMBER 26, 2018</u>

Notice is hereby given that on or about November 26, 2018, Michael Haroutun
Miroyan ("Miroyan") filed a voluntary petition for bankruptcy protection in the United States
Bankruptcy Court, Northern District of California, Case No. 18-52601 ("Bankruptcy Petition").
Attached hereto as **Exhibit A** is a true and correct copy of the Bankruptcy Petition.  Pursuant to
11 U.S.C. § 362(a), this action is hereby stayed until the bankruptcy matter is resolved or the
automatic stay is lifted.

DATED:        Honolulu, Hawaii, December 20, 2018.

_____
MICHAEL C. CARROLL
MATTHEW C. SHANNON

Attorneys for Plaintiffs/
Counterclaim Defendants

Debtors may request to receive Court notices and orders by email instead of U.S. mail. Sign Up at www.canb.uscourts.gov

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael Haroutun Miroyan** | | Social Security number or ITIN ▬▬▬ |
| | First Name    Middle Name    Last Name | | EIN __-_____ |
| Debtor 2 | | | Social Security number or ITIN _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | | EIN __-_____ |
| United States Bankruptcy Court | **Northern District of California** | | Date case filed for chapter 13 11/26/18 |
| Case number: | **18–52601 MEH 13** | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/17

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Michael Haroutun Miroyan | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | PO Box 3181<br>Saratoga, CA 95070–1181 | |
| 4. | Debtor's attorney<br>Name and address | Eddy Hsu<br>Law Office of Eddy Hsu<br>1900 S Norfolk St. #350<br>San Mateo, CA 94403 | Contact phone (650) 577–5950 |
| 5. | Bankruptcy trustee<br>Name and address | Devin Derham–Burk<br>P.O. Box 50013<br>San Jose, CA 95150–0013 | Contact phone (408) 354–4413 |
| 6. | Bankruptcy clerk's office<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 280 South First Street<br>Room 3035<br>San Jose, CA 95113 | Hours open: 9:00 am to 4:30 pm, Monday – Friday<br>Contact phone 408–278–7500<br>Date: 12/10/18 |

For more information, see page 2

# EXHIBIT A



| 7. Meeting of creditors | | |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 7, 2019 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>U.S. Federal Bldg., 280 S 1st St. #130, San Jose, CA 95113 |

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors. If a debtor fails to appear, your case may be dismissed without further notice.

| 8. Deadlines | | |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts: You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f),<br>  or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/8/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/4/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/28/19** |
| **For a bankruptcy case pending in the Northern District of California, a Proof of Claim may be filed electronically online at www.canb.uscourts.gov in the Quick Links section, click on "File an Electronic Proof of Claim."** | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 9. Filing of plan, Hearing on Plan Confirmation | If the debtor has already filed a proper Chapter 13 Plan, the Plan is enclosed. If the debtor has not yet filed a proper Chapter 13 Plan, the Plan will be sent separately. The hearing on confirmation will be held: 1/25/19 at 09:55 AM, Location: U.S. Courthouse and Federal Bldg., 280 S 1st Street, Courtroom 3020 3rd Fl., San Jose, CA 95113<br>The case is subject to dismissal, without further notice, upon failure of the debtor to commence making payments called for in the plan, not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier. At the confirmation hearing the court may dismiss or convert the case or continue the hearing without prior notice upon a determination the debtor(s) is unable to present a feasible plan. Written objections to confirmation of the plan must be filed with the court on or before the date stated above for the Meeting of Creditors and served upon the trustee, Debtor(s), and Debtors' Attorney. |
|---|---|
| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| 13. Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |

034158       84504034192019

# UNITED STATES BANKRUPTCY COURT
### *FOR THE*
## NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

### Order Establishing Procedures for Objection to Confirmation

1. **Placement on Trustee's Pending List and Hearing Taken Off Calendar:** If an objection to confirmation is filed or a case is otherwise not ready for confirmation based on deficiencies, such as defaults on plan payments, the Trustee will file a Trustee's Statement of Non-Readiness for Confirmation at least 10 days before the confirmation hearing. The court will serve a notice indicating that the case has been placed on the Trustee's Pending List ("TPL") and that no appearances are expected, the plan will not be confirmed, and the matter will be taken off calendar at the confirmation hearing.

2. **Procedures for Restoring Matter to Confirmation Calendar:** A case that is on the TPL may be restored to the confirmation calendar as follows:

   a. To restore the matter to the Uncontested Confirmation Calendar, the Trustee will file a Trustee's Statement of Resolution when all outstanding objections are resolved, deficiencies have been cured, and the debtor(s) is current on plan payments. The Trustee's docketing of the Statement of Resolution will cause the court to issue a notice that the restored confirmation hearing is set on the date of the next available Uncontested Confirmation Calendar and to serve the notice on parties in interest.

   b. To restore a contested confirmation matter to calendar so the court can resolve factual or legal issues, any party in interest (including the debtor(s)) may file and serve in conformity with B.L.R. 9014-1(a) a Notice of Hearing and Certificate of Service on 28 days' notice to parties in interest. The matter may be set on any Contested Confirmation Calendar date posted on the court's website, but only if these three conditions are met: (1) the § 341 meeting has concluded; (2) the parties have met and conferred in good faith (in person or by telephone); and (3) the dispute is ready to be submitted for resolution, trial setting, evidentiary hearing, or briefing.

   No later than 14 days before the hearing, the noticing party shall file a Chapter 13 Status Conference Statement identifying: (a) the disputed factual and legal issues; (b) the date and time when the parties conferred; and (c) the time estimate for trial or argument. If the Chapter 13 Status Conference Statement is not timely filed, the matter will be stricken from the calendar. Matters stricken from the Contested Confirmation Calendar must be re-noticed for hearing by submitting a new Notice of Hearing, Certificate of Service, and Chapter 13 Status Conference Statement.

Approved.

Dated: July 1, 2015

*Stephen Johnson*
_____
STEPHEN L. JOHNSON
United States Bankruptcy Judge

_M. Elaine Hammond_

M. ELAINE HAMMOND
United States Bankruptcy Judge

_Hannah L. B_

HANNAH L. BLUMENSTIEL
United States Bankruptcy Judge

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| KENNETH Y. KAI and TAE K. KAI, TRUSTEES OF THE KAI FAMILY 1998 TRUST, | ) ) ) | CIVIL NO. 15-1-0164K (Foreclosure) |
| | ) | CERTIFICATE OF SERVICE |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | |
| HAWAIIAN RIVERBEND, LLC; COUNTY OF HAWAII; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE ENTITIES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, | ) ) ) ) ) ) | No trial date set. |
| Defendants. | ) ) ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, a copy of the foregoing document

was duly served on the following parties at their last known addresses by depositing same in the

U.S. Mail, postage pre-paid:

PAUL J. SULLA, JR., ESQ.
P.O. Box 5258
Hilo, Hawaii  96720

Attorney for Defendant/Counterclaimant
HAWAIIAN RIVERBEND, LLC

ANDREW M. KENNEDY, ESQ.
75-167 Kalani Street, Suite 201
Kailua-Kona, Hawaii  96740

Court Appointed Commissioner

539805-2

JOSEPH K. KAMELAMELA, ESQ.
Corporation Counsel
CRAIG T. MASUDA, ESQ.
RENEE N. C. SCHOEN, ESQ.
Deputies Corporation Counsel
County of Hawaii
101 Aupuni Street, Suite 325
Hilo, Hawaii 96720

      Attorneys for Defendant
      COUNTY OF HAWAII

DATED:      Honolulu, Hawaii, December 20, 2018.

_____

MICHAEL C. CARROLL
MATTHEW C. SHANNON

      Attorneys for Plaintiffs/
      Counterclaim Defendants