**LAW OFFICE OF WAYNE A. SILVER**
Wayne A. Silver (108135)
643 Bair Island Road,
Suite 403
Redwood City, CA 94063
Phone: (650) 282-5970
Fax:    (650) 282-5980
Email: ws@waynesilverlaw.com

*Attorney for KENNETH Y. KAI and*
*TAE K. KAI, Trustees of the Kai Family 1998 Trust*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MICHAEL HAROUTUN MIROYAN,<br><br>    Debtor. | Case No.: 18-52601-MEH<br>Chapter 13<br><br>RS No.: WS110<br><br> Date:  January 31, 2019<br> Time:  9:30 a.m.<br> Court: 3020, Hon. M. Elaine Hammond |

## DECLARATION ERRATA SHEET OF ANDREW M. KENNEDY

KENNETH Y. KAI and TAE K. KAI ("Movants"), Trustees of the Kai Family 1998 Trust ("Kai Trust"), submit the attached Declaration Errata Sheet of Andrew M. Kennedy in support of their Motion for Relief from Stay.

Dated: January 17, 2019

                                            */s/ Wayne A. Silver*
                                            Wayne A. Silver, attorney for *KENNETH Y.*
                                            *KAI and TAE K. KAI, Trustees of the Kai*
                                            *Family 1998 Trust*

# DECLARATION ERRATA SHEET

The following corrections are made to the declaration of Andrew M. Kennedy:

First Change:

9.  In this instant case, the primary **plaintiff** was Hawaiian Riverbend LLC.

    Is changed to:

9.  In this instant case, the primary **defendant** was Hawaiian Riverbend LLC.

Second Change:

Date of Declaration is changed from January 15, 2016 to January 15, 2019.

    I declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED:	Kailua-Kona, HI, JANUARY 16, 2019

_____
ANDREW M. KENNEDY