**LAW OFFICE OF WAYNE A. SILVER**
Wayne A. Silver (108135)
643 Bair Island Road,
Suite 403
Redwood City, CA 94063
Phone: (650) 282-5970
Fax:   (650) 282-5980
Email: ws@waynesilverlaw.com

*Attorney for KENNETH Y. KAI and*
*TAE K. KAI, Trustees of the Kai Family 1998 Trust*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MICHAEL HAROUTUN MIROYAN,<br><br>  Debtor. | Case No.: 18-52601-MEH<br>Chapter 13<br><br>RS No.: WS110<br><br> Date: January 31, 2019<br> Time: 9:30 a.m.<br> Court: 3020, Hon. M. Elaine Hammond |

## CERTIFICATE OF SERVICE BY CM/ECF AND REGULAR MAIL

I, Wayne A. Silver, the undersigned, hereby declare:

I am the attorney for KENNETH Y. KAI and TAE K. KAI, Trustees of the Kai Family 1998 Trust, with offices at 643 Bair Island Road, Suite 403, Redwood City, CA 94063. On January 17, 2019 I caused to be served true and correct copies of the DECLARATION ERRATA SHEET OF ANDREW M. KENNEDY by means of this Court's electronic transmission to the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF users set forth on the ECF/CMS Mailing List obtained from this Court on this date, as follows:

| Name | Email Address |
|---|---|
| Devin Derham-Burk | ctdocs@ch13sj.com |
| Sean Ferry | bkyecf@rasflaw.com, sferry@ecf.courtdrive.com |
| Eddy Hsu | eddyhsu@ehlawgroup.com, |

|  | HsuER74029@notify.bestcase.com |
|---|---|
| Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| Wayne A. Silver | w_silver@sbcglobal.net, ws@waynesilverlaw.com |

In addition on this date, I served the foregoing document on Debtor MICHAEL HAROUTUN MIROYAN and parties requesting notice, by placing true and correct copies thereof enclosed in sealed envelopes, with first-class postage thereon fully prepaid, addressed to:

Michael Haroutun Miroyan
PO Box 3181
Saratoga, CA 95070-1181

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

and depositing said envelopes for mailing with the U.S. Postal Service at Sunnyvale, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 17, 2019 at Sunnyvale, California.

/s/ *Wayne A. Silver*
Wayne A. Silver

Certificate of Service by CM/ECT and Regular Mail