DEVIN DERHAM-BURK, ESQ. #104353
CHAPTER 13 STANDING TRUSTEE
DEVIN L. PACE, ESQ. #256514
NANETTE DUMAS, ESQ. #148261
JANE Z. BOHRER, ESQ. #243692
P.O. BOX 50013
SAN JOSE, CA 95150-0013
TELEPHONE: (408) 354-4413
FACSIMILE: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

IN RE:

MICHAEL HAROUTUN MIROYAN,

Debtor.

CHAPTER 13 CASE NO. 18-52601 MEH

DECLARATION OF DEVIN DERHAM-BURK IN SUPPORT OF MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 109(e)

Hearing Date: March 21, 2019
Hearing Time: 9:300 a.m.
Judge: Hon. M. Elaine Hammond
Place: United States Bankruptcy Court
280 S. First Street, Courtroom 3020
San Jose, CA 95113

I, Devin Derham-Burk, Chapter 13 Standing Trustee, declare:

1. I am an attorney at law, duly licensed to practice before this Court and the duly appointed Chapter 13 Standing Trustee ("Trustee") in this matter.

2. As the Trustee, I have direct knowledge of the following facts.

3. I personally conducted the continued § 341 meeting of the above-captioned debtor in this case (the "Debtor") held on February 11, 2019. In the course of the meeting the Debtor

provided me with a list of unsecured debts totaling $558,000. A true and correct copy of that list is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 21st day of February, 2019 at Los Gatos, California.


    /s/ Devin Derham-Burk
Chapter 13 Standing Trustee

Unsecured Creditors/ Priority/ Non Priority
Dkt #61 filed 8-12-16 US Bankruptcy Court - Hawaii
Scheduel E/F Creditors who Have Unsecured Claims

## PRIORITY Unsecured Creditors

| | | |
|---|---|---:|
| County of Hawaii | Property Taxes | 40,000 |
| Michael Miroyan | Pre-Petition Salary | 45,000 |
| Ryan Smith | Pre-Petition Salary | 25,000 |
| **Total Priority Unsecured** | | **110,000** |

## NONPRIORITY Unsecured Creditors

| | |
|---|---:|
| Ali Kalbali | 34,000 |
| David Dorenfield | 100,000 |
| Hal Barker | 8,000 |
| Joel Rettew | 40,000 |
| Mary Galyean | 5,000 |
| Michael Riehm | 2,000 |
| Phil Hayes | 70,000 |
| Ryan Smith | 85,000 |
| Tony Lawrence | 3,000 |
| Trish Tran | 87,000 |
| William Keoni Shultz | 14,000 |
| **Total NONPRIORITY Unsecured** | **448,000** |
| **TOTAL PRIORITY / NONPRIORITY Unsecured** | **558,000** |