Exh 5

# Fwd: Treachery Deceit & Fraud

*MIROYAN CH 13 #13-52601*

**Michael Miroyan** <mac8881@me.com>

Fri 2/22/2019 10:59 AM

To: Sergio Barraza <sbarraza@allprobailbond.com>;

Sent from my #15 iPhone

Begin forwarded message:

> **From:** Michael Miroyan <mac8881@me.com>
> **Date:** February 22, 2019 at 3:48:48 AM PST
> **To:** "Malik, " <maliklaw@gmail.com>
> **Subject:** Fwd: Treachery Deceit & Fraud

Sent from my #15 iPhone

Begin forwarded message:

> **From:** Michael Miroyan <mac8881@me.com>
> **Date:** July 25, 2016 at 7:38:38 PM PDT
> **To:** Beverly Heritage Hotel <frontdesk@beverlyheritage.com>
> **Subject:** Fwd: Treachery Deceit & Fraud

Please print -155

Sent from my iPhone

Begin forwarded message:

> **From:** Michael Miroyan <mac8881@me.com>
> **Date:** October 7, 2015 at 4:29:05 PM PDT
> **To:** usa5158@fedex.com
> **Subject:** Fwd: Treachery Deceit & Fraud

Sent MM iPhone

Begin forwarded message:

> **From:** Michael Miroyan <mac8881@me.com>
> **Date:** April 26, 2015 at 11:34:42 PM PDT
> **To:** Tae <kaiortho@gmail.com>, Tae <taehyuga@yahoo.com>
> **Subject:** Treachery Deceit & Fraud

It is my position that the note and the mortgage interest showed it's all been taken under fraudulent conditions in improper business practices on your part,that were not truthful nor open for me to even see where you were going with this until just today and yesterday when it all of a sudden dawned on me that although I've been trying to make it right and be an honorable and good friend and Business associate, but shouldering these financial responsibilities as I feel I

should on my own shoulders although I've not have to do it legally bylaw but I wanted to do it but I sure didn't want to do it this way... Now to find out that you've been conniving and conspiring lying cheating all with the endgame in mind to kill me & my money in Hawaii in the assets HR owns and that this whole time your dishonesty and subterfuge has been aimed at the stealing of that property with my demise in your mind and heart at all times... All I can say is I'm very hurt and very upset I'm very shocked and I can't believe that you were going to this extent for the last three years and therefore all bets are off ....no wonder you didn't get around to extending formally the mortgage to at least December of 2015 as we had agreed and we signed the paper saying so.....I was to have time.... not to be put under the pressure cooker again ....because you 2 wasted 10 months... Where you made it virtually impossible to meet with you...& it took forever in coming to a resolution on something that should've not taken long at all had it not been for your false accounting , $200,000 wrong at all on your side and only produced at the end of May '13 for which I got one meeting between January '13 and June of '13 and that was in June '13 where I pointed out your "mistakes " by
mis-charging $200,000 to your bottom line for yourselves.... And for a few other greaseball moves that I'm not going into at this time.

Had it Not been for your endless games, subterfuge, chicanery...& lies ..... If you have not been pursuing this secret agenda as a separate and secret game plan we wouldn't of wasted 10 or 12 months in the deal like you should have ... Our improvements most likely would have been done by now...

Its always been my/our plan that when the improvements are ready to be built, including the road to the park...that at that Time we would endeavor to take out the first mortgage and .... Pay off the first not the second... Because HR will have to borrow a considerable amount of money for those on and off-site
improvements.

We have talked with the bank of Hawaii and Miss Crawford said she wants to do that because they want to carry the paper on the shopping center...

If there is any further disruption by you Kais whose conduct for the past three years has been full of deceit, dishonor and fraudulent business dealings ....w/ me and this project that is certainly the case and you have significantly damaged me & this shopping center project w/ your treacherous games and hurtful actions ; so I tell you, straight up.... If you file a notice of default if you do not scan down and sign that which we agreed to in the term of the length of our first mortgage then I will bring all of this into a court of law and expose it for what it actually is ...and I will file a cross complaint lawsuit for no less than $10 million which is a low number compared to what you're trying to do to me and what you've cost me and lost time feel like a fool for doing the right thing while you been led by counsel all the way through and lying to me all the way through.

If you're smart and I hope you are you'll turn from this imprudent course of action sign the extension in the note as we already have on another piece of paper to the end of this year and wait patiently for me to pay you the entire amount of your first mortgage which I don't believe Scott happen if we go to court because I don't owe certain things that I put in there knowing that you're cheating on me the whole time which like for example the $19,000 I put in there as extra interest just rounded up or the fact that I lost my ranking is foothills of San Jose because of this happy horseshit you guys were playing on me and not being able to prepare properly nor have the money to do so....

And then there's the stress and aggravation factor in emotional damages in pain and suffering to know that it was done all along in a preconceived effort because nothing is ever enough for you... Well you probably save yourself a lot of grief and aggravation by standing down because if you don't I just get real ugly and I'm motivated to do just that because you have burned me knowingly willingly and freely and I've never ever done that to you! !!

Very truly yours,
michael miroyan, manager/member, Hawaiian Riverbend,Llc

Sent MM iPhone

Real Estate Professional in Kailua-Kona Hawaii

Search

Discover

Blog

Marketing

About SIR

Sign in

# Sotheby's
INTERNATIONAL REALTY



Merger LH 13    78-5261

Listing Report @ Sothebys

Real Estate Professional in Kailua-Kona, Hawaii

Contact associate

# Real Estate Professional in Kailua-Kona, Hawaii United States

John brings over 20 years experience in real estate and mortgage. After 17 of those years in California Real Estate John expanded to Hawaii in 2008. He and his wife Pam create a unique team and offer their talents and expertise in marketing and selling homes through all market conditions. John's Resume includes: Loan Originator Reo and Short sale specialist in CA throughout the 90's Resale of homes and commercial real estate in Southern California Land acquisition for custom homebuilders and investors i n New Jersey, Arizona, California and Hawaii Licensed in California, Arizona and Hawaii John's Accomplishments include: Multiple Year "Hall of Fame" Winner Acquired and maintained "Top Producer" Status locally and company wide for the majority of his career Prestigious "Mentoring Award" A high honor for teaching and mentoring upcoming agents to higher levels of achievement themselves, often resulting in their own "Top Producer" and "Hall of Fame" status. Member: Hawaii Board of Realtors California Association of Realtors National Association of Realtors Orange County Assn. of Realtors Phoenix Board of Realtors ReoTrans (Equator), Resnet & L.P.S. Desktop/Invoice Management

English

MacArthur Sotheby's International Realty

78-6831 Alii Drive, Suite 163
Kailua-Kona, Hawaii, 96740
United States

Call

Call

Real Estate Professional in Kailua-Kona, Hawaii

Contact associate



# O'OMA MAKAI #0 KAILUA-KONA HI 96740

Kailua-Kona, Hawaii, 96740 United States

$6,200,000
AMERICAN DOLLAR
Sold : 12/31/2013



Real Estate Professional in Kailua-Kona, Hawaii

Contact associate

# 75-216 HUALALAI RD KAILUA-KONA HI 96740

Kailua-Kona, Hawaii, 96740 United States

$2,000,000
AMERICAN DOLLAR
Sold : 8/20/2013



Real Estate Professional in Kailua-Kona, Hawaii

Contact associate

| | |
|---|---|
| 4 | 4 |
| BEDROOMS | BATHROOMS |

$1,XXX,XXX
AMERICAN DOLLAR
Sold : 1/25/2017



# 76-6336 KILOHANA ST KAILUA-KONA HI 96740

Kona Vistas, Kailua-Kona, Hawaii, 96740 United States

| | |
|---|---|
| 3 | 3 |
| BEDROOMS | BATHROOMS |

$1,225,000
AMERICAN DOLLAR
Sold : 12/18/2014

Real Estate Professional in Kailua-Kona, Hawaii

Contact associate



# 78-6701-A ALII DR KAILUA-KONA HI 96740

Kailua-Kona, Hawaii, 96740 United States

| 5 | 6 |
|---|---|
| BEDROOMS | BATHROOMS |

$1,134,000
AMERICAN DOLLAR
Sold - 3/4/2016



Real Estate Professional in Kailua-Kona, Hawaii

Contact associate

# 77-367 HOOMALUHIA DR KAILUA-KONA HI 96740

Kailua-Kona, Hawaii, 96740 United States

**3**
BEDROOMS

**4**
BATHROOMS

**$1,075,000**
AMERICAN DOLLAR
Sold : 6/21/2013



# 78-6977 WALUA RD KAILUA-KONA HI 96740

Kailua-Kona, Hawaii, 96740 United States

John Miller Real Estate Associate in Kailua-Kona Hawaii - Sotheby's International Realty

Contact associate



# 78-6981 KEWALO PL KAILUA-KONA HI 96740

Bayview Estates, Kailua-Kona, Hawaii, 96740 United States

**3**
BEDROOMS

**2**
BATHROOMS

**$975,000**
AMERICAN DOLLAR
Sold : 8/18/2016



John Miller Real Estate Associate in Kailua-Kona Hawaii - Sotheby's International Realty

Real Estate Professional in Kailua-Kona, Hawaii

Contact associate

# 75-5354 KALAMONA #1 HOLUALOA HI 96725

Holualoa, Hawaii, 96725 United States

5
BEDROOMS

3
BATHROOMS

$961,000
AMERICAN DOLLAR
Sold : 8/25/2014



Real Estate Professional in Kailua-Kona, Hawaii

Contact associate

**3**
BEDROOMS

**3**
BATHROOMS

**$930,000**
AMERICAN DOLLAR
Sold : 4/24/2015



## 74-4904 KIWI ST KAILUA-KONA HI 96740

Kailua-Kona, Hawaii, 96740 United States

**5**
BEDROOMS

**4**
BATHROOMS

**$929,000**
AMERICAN DOLLAR
Sold : 8/30/2016

Real Estate Professional in Kailua-Kona, Hawaii

Contact associate



# 79-7350-B MAMALAHOA HWY KEALAKEKUA HI 96750

Kealakekua, Hawaii, 96750 United States

**5**
BEDROOMS

**4**
BATHROOMS

$925,000
AMERICAN DOLLAR
Sold : 12/14/2011

Prev   1   2   3   4   5   6   7   Next

Exh #7

## ACTION BY WRITTEN CONSENT OF
## SOLE MEMBER AND MANAGER
## OF HAWAIIAN RIVERBEND, LLC

The undersigned, being the sole member and manager (the "Member") of **HAWAIIAN RIVERBEND, LLC**, a Hawaii limited liability company (the "Company"), hereby consents to the following resolution in accordance with Hawaii Revised Statutes, Section 428-404(d).

WHEREAS, the Member has considered the financial and operational conditions of the Company's business;

WHEREAS, the Company's pending litigation status necessitates having legal representation in Court but that the Company cannot appear for itself in Court without having legal counsel authorized to practice law in the State of Hawaii representing Company;

WHEREAS, the Company lacks the financial means to hire legal counsel at this time;

WHEREAS, the Member desires to appear in Court on behalf of the Company but is unable to represent the Company in Court;

RESOLVED, THEREFORE, that in the business judgment of the Member after consideration of the alternatives available that it is in the best interests of the Company, its creditors, member and other interested parties that Company transfer, assign, and convey to Member its interests in the real property parcel owned by Company in Waikoloa Village, Hawaii described as TMK 6-8-02-53 in consideration of the Member personally assuming all liabilities and obligations of Company, and Member agreeing to hereafter make all necessary appearances in Court relative to said land parcel; and it is

FURTHER RESOLVED, that the Company is hereby authorized to execute and file all grant deeds and other papers and documents, and to take any and all action which it deems necessary or proper to obtain these objectives; and it is

FURTHER RESOLVED, that the Company is authorized, empowered and directed to take any and all further action and to execute and deliver any and all such further instruments and documents, where necessary or appropriate in order to carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is

RESOLVED FURTHER, that any actions taken by Member acting as Manager of Company prior to the date of the foregoing resolutions adopted hereby that are within the authority conferred thereby are hereby ratified, confirmed and approved as the acts and deeds of this Company.

IN WITNESS WHEREOF, the undersigned sole member and manager has executed this written consent this 2nd day of August, 2018.

MICHAEL MIROYAN