EX M 8





Lot Layout – for – Hawaiian Riverbend LLC – Michael Mirogan Managing Member

Waikiki, Island County, Hawai'i

± 244 Multi-Family Units ± 484 Parking Spaces

*#53 W.Wac Comm*

*CH 13*

*BK Mirogan #18-52601*

PLANNERS
ARCHITECTS
Ridon Dogenley

Sheet No.

A - 1.1

Exh. 9

| | |
|---|---|
| **From:** | Michael Miroyan <mac8881@me.com> |
| **Sent:** | Sunday, July 22, 2018 11:32 AM |
| **To:** | Hawaii; Kona Seaside |
| **Subject:** | Hawaii County Parcel Maps $1.5m sale #57 inWV 4/2/18 |
| | |
| **Flag Status:** | Flagged |

Print 10 please two pages each in color

http://qpublic9.qpublic.net/qpmap4/map.php?county=hi_hawaii&parcel=680020570000&extent=-17342901+2263533+-17340693+2264509&layers=parcels+roads+parcel_sales+streetnum

# Hawaii County Parcel Maps

*Hawaii County makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified taxroll. All data is subject to change before the next certified taxroll. The 'parcels' layer is intended to be used for visual purposes only and should not be used for boundary interpretations or other spatial analysis beyond the limitations of the data. The 'parcels' data layer does not contain metes and bounds described accuracy therefore, please use caution when viewing this data. Overlaying this layer with other data layers that may not have used this layer as a base may not produce precise results. GPS and imagery data will not overlay exactly.

## Controls



## Reports

View as: Google Earth | Bird's Eye | Google Maps & Street View

PARCEL INFORMATION TABLE

| | |
|---|---|
| Selected Parcel | 680020570000 (Click for Card) |
| Property Class | 5 |
| Acreage | 11.707 |
| Physical Address | |
| Market Land Value | $ 921,900 |
| Dedicated Use Value | $ 0 |
| Land Exemption | $ 0 |
| Net Taxable Land Value | $ 921,900 |
| Assessed Building Value | $ 0 |
| Building Exemption | $ 0 |
| Net Taxable Building Value | $ 0 |
| Total Taxable Value | $ 921,900 |
| Improvements on Parcel | 0 |
| Total Improvement Area (sq ft) | 0 |

| Two most recent parcel sales | | | |
|---|---|---|---|
| Date | Price | Qual | Reason |
| 04/24/2018 | $ 1,500,000 | | 2 |
| 06/01/2017 | $ 55,000 | | 2 |

Website last updated July 20, 2018
GIS Maps last updated May 09, 2018

Sent from mmiphone









William P. Kenoi
*Mayor*

BJ Leithead Todd
*Director*

Margaret K. Masunaga
*Deputy*

# County of Hawaiʻi

**PLANNING DEPARTMENT**
Aupuni Center • 101 Pauahi Street, Suite 3 • Hilo, Hawaiʻi 96720
Phone (808) 961-8288 • Fax (808) 961-8742

March 28, 2013

Mr. Sidney Fuke
100 Pauahi Street, Suite 212
Hilo, HI 96720

Dear Mr. Fuke:

State Land Use Boundary Amendment Application (SLU 12-000035)
Request: Agricultural to Urban
Change of Zone Application (REZ 12-000157)
Request: A-5a to CV-20
Applicant: Hawaiian Riverbend, LLC
Tax Map Key: 6-8-002:portion 021

For your information, we are attaching Ordinance No. 13 27, effective March 13, 2013, amending the State Land Use Boundaries Maps and Ordinance No. 13 28, effective March 13, 2013, amending the County Zoning Code, changing the district classification from Agricultural – Five Acres (A-5a) to Village Commercial – 20,000 square feet (CV-20) at Waikoloa, South Kohala, Hawaiʻi.

Sincerely,

BJ LEITHEAD TODD
Planning Director

lhawaiianriverbend02syhf
Atts.
cc/att: Hawaiian Riverbend, LLC
Leeward Planning Commission
Plan Approval Section
DLNR – HPD
Real Property Tax Office
Land Use Commission (w/SLU Ord. 13 27)

*Hawaiʻi County is an Equal Opportunity Provider and Employer*

| | | | | | |
|---|---|---|---|---|---|
| 6. | 266° | 19' | 57" | 24.17 | feet along Lot 9-B; |

Thence, along the same on a curve to the left with a radius of 265.00 feet, the chord azimuth and distance being;

| | | | | | |
|---|---|---|---|---|---|
| 7. | 254° | 55' | 34" | 104.81 | feet; |
| 8. | 243° | 31' | 12" | 102.13 | feet along the same; |

Thence, along the same on a curve to the right with a radius of 191.00 feet, the chord azimuth and distance being:

| | | | | | |
|---|---|---|---|---|---|
| 9. | 267° | 37' | 40" | 156.03 | feet; |
| 10. | 291° | 44' | 07" | 164.63 | feet along the same; |
| 11. | 21° | 44' | 07" | 279.00 | feet along the same; |
| 12. | 291° | 44' | 07" | 447.84 | feet along the same; |
| 13. | 21° | 44' | 07" | 263.57 | feet along Lot 8, Waikoloa Development, File Plan 1172; |
| 14. | 291° | 44' | 07" | 755.00 | feet along the same; |
| 15. | 21° | 44' | 07" | 180.00 | feet along the same to the point of beginning and containing an area of 14.622 acres, more or less. |

All as shown on the map attached hereto, marked Exhibit "A" and by reference made a part hereof.

SECTION 2. In the event that any portion of this ordinance is declared invalid, such invalidity shall not affect the other parts of this ordinance.

SECTION 3. This ordinance shall take effect upon its approval.

INTRODUCED BY:

_____
COUNCIL MEMBER, COUNTY OF HAWAI'I

Kona, Hawai'i

Date of Introduction: February 6, 2013
Date of 1st Reading: February 6, 2013
Date of 2nd Reading: February 20, 2013
Effective Date:      March 13, 2013

REFERENCE Comm. 66



# AMENDMENT TO THE STATE LAND USE BOUNDARIES MAPS

AMENDING THE STATE LAND USE BOUNDARIES MAP
FOR THE COUNTY OF HAWAI'I, BY CHANGING THE DISTRICT CLASSIFICATION
FROM THE AGRICULTURAL DISTRICT TO THE URBAN DISTRICT
AT WAIKOLOA, SOUTH KOHALA, HAWAI'I

MAP PREPARED BY:
COUNTY OF HAWAI'I, PLANNING DEPARTMENT

DATE: OCT 18, 2012

TMK: (3) 6-8-002:021 (por.)

Hawaiian Riverbend, LLC
Map: 12-185

EXHIBIT "A"

Introduced By: Zendo Kern (B/R)
Date Introduced: February 6, 2013
First Reading: February 6, 2013
Published: N/A

*REMARKS:* _____

_____

_____

_____

Second Reading: February 20, 2013
To Mayor: February 28, 2013
Returned: March 14, 2013
Effective: March 13, 2013
Published: March 21, 2013

*REMARKS:* _____

_____

_____

_____

| ROLL CALL VOTE | | | | |
|---|---|---|---|---|
| | AYES | NOES | ABS | EX |
| Eoff | X | | | |
| Ford | X | | | |
| Ilagan | X | | | |
| Kanuha | X | | | |
| Kern | X | | | |
| Onishi | X | | | |
| Poindexter | X | | | |
| Wille | X | | | |
| Yoshimoto | X | | | |
| | 9 | 0 | 0 | 0 |

| ROLL CALL VOTE | | | | |
|---|---|---|---|---|
| | AYES | NOES | ABS | EX |
| Eoff | X | | | |
| Ford | X | | | |
| Ilagan | X | | | |
| Kanuha | X | | | |
| Kern | X | | | |
| Onishi | X | | | |
| Poindexter | X | | | |
| Wille | X | | | |
| Yoshimoto | X | | | |
| | 9 | 0 | 0 | 0 |

*I DO HEREBY CERTIFY that the foregoing BILL was adopted by the County Council published as indicated above.*

APPROVED AS TO
FORM AND LEGALITY:

_____
DEPUTY CORPORATION COUNSEL
COUNTY OF HAWAI'I

Date MAR 11 2013

Approved/Disapproved this 13th day
of March, 20 13

*MAYOR, COUNTY OF HAWAI'I*

_____
*COUNCIL CHAIRPERSON*

_____
*COUNTY CLERK*

Bill No.: 19
Reference: C-66/PC-10
Ord No.: 13 27

EXh. 10

It is my understanding that filing the BK instantly freezes all assets of any kind, including corporate interests. For example if you owned 1000 shares of IBM, or you owned the entire float. The clerk who files the BK papers is not an attorney and even if he thinks the entire case is fraudulent, he can't prevent you from filing it.

If somebody wants to claim some kind of fraudulent transfer, that is fine, but irrelevant. The BK court can rule on it when it comes up.

Fraudulent transfer means the illegal transfer of property with the intention to defraud the creditors. To constitute a fraudulent transfer their must be an intention to handicap the creditor from his just and lawful entitlements. Thus a fraudulent transfer arises in a creditor debtor relationship.

In a fraudulent transfer the property is put out of reach of the creditor so that a creditor is delayed from satisfying his debt. For example, when A transfers his property to B without relinquishing his/her ownership over the property with an intention to put the property out of reach of his/her creditor, then such transfer is called a fraudulent transfer.

A fraudulent transfer gives rise to a civil cause of action. The court can set aside a fraudulent transfer at the request of the defrauded creditor. Fraudulent transfer is also known as fraudulent conveyance.

In this case, it is the exact opposite of fraud. ~~I~~ transferred to ~~myself~~ myself, not a third party. You did not do it, to hide or conceal, but to be able to defend against others committing fraud against you. And I did it for close to Silver is wrong !!! the guesses ~~Silver is wrong !!! the guesses~~ the question is $million in consideration, Silver is wrong !!! the guesses ~ playing fast & loose ~~

There was no mens rea. Meaning your intentions were obviously not to fraud anybody and hide it. Any action brought against you for fraudulent transfer would most likely have a very uphill battle, not to mention a possible beating by the judge for trying to deceive the court.

Silver is repelled and wrong : they have the property to lie and I have done so in this court. Obstructive done worse.

# GOLDEN EAGLE INVESTMENTS, LLC
## *Michael Miroyan, President*

PO Box 3181 • Saratoga, CA 95070 • (408) 497-2328 • miroyan@hotmail.com

## Development Projects

**2006** "New 58, LLC," adjoining property to Sperry Road Business Center, LLC, Owner: Michael Miroyan/GOLDEN EAGLE INVESTMENTS, LLC.

**2006** "Sweet 140, LLC," adjoining property to Sperry Road Business Center, LLC, Owner: Michael Miroyan/GOLDEN EAGLE INVESTMENTS, LLC

**2005** "WAIKOLOA MAUKA, LLC," MIROYAN HOLDS 20% **OWNERSHIP** OF 13,797 acres on the Big Island of Hawaii; Miroyan handled all facets of this $60 million acquisition; 10 year plan will result in a $2 billion asset;

**2005** "M Ranch, LLC" 269 acre ranch in Stanislaus County, Patterson, CA, Michael Miroyan managing member. Owners: Michael Miroyan/GOLDEN EAGLE INVESTMENTS, LLC, et al. *Status: considering "water slide park" • planning stages only*

**2004** "Sperry Road Business Center, LLC", Patterson, CA. Michael Miroyan managing member. Owner: Michael Miroyan/GOLDEN EAGLE INVESTMENTS, LLC 55%, Vitoil, 45%. 131 acres Light Industrial/Business Park. *Status: Successful in land dedication to Modesto Junior College, 30 acres for college site. 100 acres remaining of planned development; 63 acres commercial; 15 acres business park.*

**2003-04** "Patterson Village, LLC", Tae Kai and Michael Miroyan managing members, Patterson, CA; Michael Miroyan/GOLDEN EAGLE INVESTMENTS, LLC owner, et al. 92 . *Status: proposed 85 units of affordable (condos/town homes) & single lot housing. Projected annexation and tentative map approval 2007.*

**2003** "Altadena Lane, LLC," Michael Miroyan, member/owner. Location: 3973 + 3979 consists of 3 houses + 2 vacant lots on 5 lot subdivision. Now selling. *Status: 3 sold. Escrows Closing: Dec. 2006 - Feb. 2007.*

**2002-03** "Vitoil-Scottish Rite, LLC." 2455 Masonic Drive; 4.69 acres of high density, (walking distance from Valley Train Transit station), acquisition price: $7.5 million. *Status: Approved project = 170 condos, Willow Glen, CA; Sold to: Vitoil Corp. Build out schedule 2007-2008.*

2002-03 "Vitoil-Bella Madiera, LLC". Acquisition price: $1.1 million. 141 acre Ranch at Bella Madiera Drive. Owners: Vitoil Corp./Mike Miroyan/GOLDEN EAGLE INVESTMENTS, LLC; *Status: Projected approval of 3 lot cluster development December 2006. (This project is very similar and the land is contiguous to the 170 acre Rancho Higuera Estates, LLC).*

2001 "Story Lane, LLC". Two single-family residences at 10671 Story Lane, San Jose, CA. *Status: Sold out. Owner: Mike Miroyan/*GOLDEN EAGLE INVESTMENTS, LLC 50%, et al.

2001 "N. White Rd. Townhomes, LLC," 12 units at 242 and 246 N. White Rd., San Jose, CA. Owner; Mike Miroyan/GOLDEN EAGLE INVESTMENTS, LLC 64%, et al. *Status: Project was sold in June 2006.*

2001 "Bonita Condos, LLC," 31 units on Bonita Ave., San Jose, CA. *Status: sold out 2004-2005. Builder: Vitoil Corp.*

2000 "Rancho Higuera Estates, LLC," 170 acre Ranch, East Foothills, acquisition price: $1 million. Owners: Greg Blackwell, 38.5%, Tim Blackwell, 38.5%, Mike Miroyan/GOLDEN EAGLE INVESTMENTS, LLC 23%. *Status: Phase 1: 37 acre one time lot split completed and approved by the County of Santa Clara Board of Supervisors, September 2004. Phase 2: Remaining 133 acres to be cluster development; projected date 4 additional lots: spring 2007.*

2000 "Alum Rock Hideaway, LLC," 2 acres on Alum Rock Ave. 95 condos with underground parking and commercial frontage on Alum Rock Ave. *Status: construction scheduled for 2007. Sold to Greg Blackwell, Inc.*

1999 Northrup Ave., Willow Glen, San Jose, CA; 14 Town homes on ¾ acre; under construction 2005. *Status: sold out. Sold to Greg Blackwell, Inc.*

1998-99 "Trinity Park, LLC," First St., San Jose, CA, is a subdivision of 59 single-family homes; $23 million Blackwell construction loan with Denise Van Houten at Heritage Bank. *Status: 59 homes sold out. Miroyan Development Deal; Greg Blackwell, Inc., General Contractor.*

Exh 11

Attached hereto as **Exhibit 1**, is Final Seller's Settlement Statement provided to Commissioner upon closing of transaction by Old Republic Title & Escrow of Hawaii. No funds were received and/or taken possession by Commissioner as part of this matter other than those Court-approved fees and costs awarded to Commissioner.

Dated: Kailua-Kona, Hawai'i, September 3, 2018.

SCHLUETER, KWIAT & KENNEDY LLLP

**/s/ Michael H. Schlueter**

MICHAEL H. SCHLUETER
Court Appointed Commissioner



# ★ OLD REPUBLIC TITLE & ESCROW OF HAWAII

65-1279 Kawaihae Road, Suite 110 • Kamuela HI • 96743 • (808) 887-0717 • FAX (808) 748-4090

Schlueter, Kiwiat & Kennedy LLLP
75-167 Kalani Street Suite 201
Kailua Kona, HI 96740

Date: August 30, 2018
Escrow No.: 6826000451-TH
Escrow Officer: Tierra Hookano
Settlement Date: August 31, 2018

Property: Lot 9-B Waikoloa Development, Waikoloa, HI 96738

## Final Seller's Settlement Statement

| Item | | Debits | Credits |
|---|---|---|---|
| Sales Price | | | 178,789.62 |
| Loan payoff to  ($109,304.66) | | | |
| Current Principal | | 109,304.66 | |
| Expenses of Sale to Michael H. Schleuter, Commissioner | | 1,887.12 | |
| Fees- Services as Commissioner to Michael H. Schleuter, Commissioner | | 5,127.50 | |
| Attorney Fees - Plaintiff Reimbursement | | 33,696.24 | |
| Real Estate Taxes to Director of Finance, County of Hawaii ((3) 6-8-002-052-0000) | | 30,285.94 | |
| All 2015-2018 | 30,285.94 | | |
| Prorate R.E. Taxes, 08/31/18 to 01/01/19, 120 days @ $12.5987 | | | 1,511.84 |
| Due To Seller | | 0.00 | |
| Total | | 180,301.46 | 180,301.46 |

*This property is under appeal.*

*It is worth $1.7 million and it was taken from Miroyan for $180,000*

*Due to Seller $0⁰⁰*

*Missing $1.5m stolen from senior citizen M Miroyan*

*If the stay is lifted the cheaters win & Miroyan dies.... unnecessarily - I pray NO! Please NO! Jimmy*

August 30, 2018 9:11 AM

recorded on 8/3/18 w/owner's title ins.

TH/th
Seller's Settlement Statement

EXHIBIT 1

CERTIFICATE OF SERVICE

I hereby certify that an unfiled copy of the foregoing document was served upon the below by way of regular U.S. Mail:

1)     Stephen D. Whittaker, Esq.
   Attorney at Law
   P.O. Box 964
   Kailua-Kona, HI 96745-0964
   Attorney for Plaintiff
   CORY TEREICK

2)     Hawaiian Riverbend, LLC
   c/o Michael Haroutun Miroyan
   P.O. Box 3181
   Saratoga, CA 95070
   DEFENDANT

3)     Paul J. Sulla, Jr., Esq.
   Attorney at Law
   P.O. Box 5258
   Hilo, HI 96720

On: Kailua-Kona, Hawai'i, September 3, 2018.

SCHLUETER, KWIAT & KENNEDY LLLP

/s/ **Michael H. Schlueter**

_____
MICHAEL H. SCHLUETER
Court-Appointed Commissioner

=================================================================
Cory TerEick v. Hawaiian Riverbend, LLC et al., Civil No. 14-1-0429K
CERTIFICATE OF SERVICE

3

Exh 12

2-22-19

Lord — hear my plea
look down upon the needs
of thy servants & I demand
you heavily bless these clerks
and Judge Hammond & everyone
in this office who stayed late
for me, your contemptible worm
I ask you bless them heavily
all of them w/ wisdom, grace
& enlightenment In Jesus Name
I do pray for

Amen