- Now the Hi. State Hawaiian Supreme
- This #52 was [arrow] thru FRAUD foreclosure
- Stolen for $120,000
- worth $1.7m (been) when entitled as mapped
- 180 M/fam $3 million
- $4 million



Site Plan

Lot Layout – for – Hawaiian Riverbend LLC – Michael Miroyan Managing Member
Waikoloa, Island & County of Hawai'i

Rehm Owenby
PLANNERS ARCHITECTS

Sheet No: A - 1.1

Now they are trying to steal the $10 million property for $1.2m owed based on a fraudulent mortgage

485 parking spaces per architect = ≈ 400 m/fam $6M @ $15k/ea



#6 to comm

Lot Layout – for – Hawaiian Riverbend LLC – Michael Miroyan Managing Member property
Waikoloa, Island & County of Hawai'i

"With + 484 Parking Spaces Possible. Number of Units May Be 244 to 380 Multi-Family Units"

Site Plan    Sheet No: A – 1.1

and borrowing $35m @5%= $2m/yr ... debt service
but w/rent at $900 each. x 370 = $333k/mo = $4m/yr =

+$2m/yr....

M

12/14/18

MIROYAN'S WORDS IN ORANGE

MILLERS WORDS in yellow

**From:** michael Miroyan [mailto:mac8881@me.com]
**Sent:** Friday, December 14, 2018 5:23 AM
**To:** john@liveinkona.com
**Cc:** Liu Zhaowei
**Subject:** your verbal BPO analysis

morning John ...& Robert....
    i want to see your BPO we discussed over the phone in writing so i am clear on what u are saying. please send it to me on your letterhead and will you forward to me also :

I don't do a bpo on my letter head. I use either one from Fannie Mae or another bank I work with.
To explain what I said the other night and one way to come up with value is to estimate the number of units that can be built on a property. CV zoning allows 1 apartment or dwelling per each 1250 sq. ft. of land 43,560 divided by 1250 equals 34units /acre. . Without a planner or architect drawing out a site plan from a survey with setbacks and easements we don't know exactly what the number of units per acre can be built. If we use 300 unit apartment/condo per the 14.6 acres. Infrastructure is $225,000 per acre or about $11,000 per unit. Building 300 @ 1000sq. ft. units would be 300,000 sq. ft. not counting a common area pavilion/pool etc. At $145 per sq. ft. to build that would be $43,500,000 gross puts us at $145,000 plus $11,000 or $156,000 per unit. Add $1000 per unit for common area and land cost of 6 million or $20,000 per unit and we are at $177,000 per door. If they are worth $350,000 as condos then the margin is $173,000 per door minus cost to market and sell. If they are apartments and rent for $1200 each at 90% occupancy that is $324,000 per month gross rental income.
That is fantastic.

The numbers have to be worked backwards from what a developer wants to build on the site.

Case: 18-52601    Doc# 62-2    Filed: 02/28/19    Entered: 02/28/19 17:15:20    Page 4 of 9

*your resume I'll attach an old one from 2015. My California Broker license is inactive at this time. I have not needed one for a long time. You can call around and ask other agents about me if you want.

*the comps in WV that you think are relevant & the full price of the DR Horton sale of 4.8ac(it wasn't $1m) I will have to work on this.

*your sales and listings for 2018 (last 12 mos) I'll have to pull this off MLS. You can look at www.liveinkona.com also.

*if you have read the conditions of approval #53 I have once and will review. I have helped a developer get county council extension for a development before and testified before them so I am familiar with the process.

*how do you determine # of apts/acre & price per door? Answered above.

*what about competition? No apartment or condo competition in Waikloa now.

*what about obstacles or discrimination at planning dept? Need aggressive planner/architect that will go in with a plan that he can get approved. There is a need for rentals on the island especially the west side and the job creation that the construction and completed development will bring are hot buttons.

I also put my commercial and land listing on loopnet and costar which is where the commercial brokers share their listings. It is like the commercial MLS.

I prospect for buyers for my listings. The brokerage community in Hawaii (all islands) is the best source but I also cold call directly to people like The Kobayashi's, DeBartolo's, Blackstone Group, Alexander and Baldwin, D.R. Horton are all listed and I can usually get through to someone to pitch a piece of property. The pool of buyer's for a piece of land is pretty small so it takes developing a plan that makes sense and then going with it. I think apartments with maybe putting a gas station/convenience store on the corner on 1-2 acres is a great way to market it.

I hope this has answered some of your questions. I have to wrote and offer on a house now so I will be busy for a while.

Thank you.

John Miller
Macarthur Sotheby's intl. Realty
808-315-5501
john@liveinkona.com
LiveInKona.com
Hawaii's Best Address

L

<2019 license.pdf>

<Real Estate Work History.pdf>

AERIAL VIEW



PROPERTY OVERVIEW [ 8 ] LAND PAD

John Miller
Macarthur Sotheby's Intl. Realty
808-315-5501
john@liveinkona.com
LiveInKona.com
Hawaii's Best Address

---

**From:** Michael Miroyan [mailto:mac8881@me.com]
**Sent:** Monday, February 11, 2019 6:24 AM
**To:** Miller, John Realtor Sothebys
**Subject:** Waikaloa Village Listing of 14 acres of CV-20 property From 2/8 - 7/2 /2019 w/1day notice for cancellation that won't happen as long as JMiller does his job as I expect he will ; disclosures regarding bankruptcy are included; sales price and sale

JM - It's OK if there's little blue ink on it... gives it a little bit of soul brudda ....Brokerage 5% to be split 50-50; if you double end it : 4%.

Here then is your next $130,000 plus commission For a job well done and achieving a fair sales price because it's the best property in town and the only one with the commercial zoning and you and I both know it's worth $7- $8million.

I expect my authorized and approved copy executed by your broker soon & if you have any questions please feel free to call me.

It's a money maker.

Best regards,

Michael Miroyan

Case: 18-52601  Doc# 62-2  Filed: 02/28/19  Entered: 02/28/19 17:15:20  Page 8 of 9

# [EXT]:Fwd: Waikaloa Village Listing of 14 acres of CV-20 property From 2/8 - 7/2 /2019 w/1day notice for cancellation that won't happen as long as JMiller does his job as I expect he will ; disclosures regarding bankruptcy are included; sales p...

Michael Miroyan [mac8881@me.com]
**Sent:** Thursday, February 28, 2019 12:45 PM
**To:** Print & Marketing Services 358

Please print the emails black-and-white

Sent from my #15 iPhone

Begin forwarded message:

> **From:** Michael Miroyan <mac8881@me.com>
> **Date:** February 28, 2019 at 11:33:48 AM PST
> **To:** execinnhotel@gmail.com
> **Subject: Fwd: Waikaloa Village Listing of 14 acres of CV-20 property From 2/8 - 7/2 /2019 w/1day notice for cancellation that won't happen as long as JMiller does his job as I expect he will ; disclosures regarding bankruptcy are included; sales price and s**
>
> Please print this email . 2copies
> Sent from my #15 iPhone
>
> Begin forwarded message:
>
>> **From:** John Miller <John@liveinkona.com>
>> **Date:** February 12, 2019 at 1:30:38 PM PST
>> **To:** 'Michael Miroyan' <mac8881@me.com>
>> **Subject: RE: Waikaloa Village Listing of 14 acres of CV-20 property From 2/8 - 7/2 /2019    w/1day notice for cancellation that won't happen as long as JMiller does his job as I expect he will ; disclosures regarding bankruptcy are included; sales price and s**
>>
>> Hi,
>> The broker is not comfortable with the listing unless we have something from your bankruptcy attorney or from the court confirming that we can list it and sell it. Also I will not list it for 5%.
>> I have 1 other party that may be interested and will pass the information on to them. I don't think you have an attorney from what you have said so it doesn't look like we can move forward.
>> I wish you good luck.