Faris Lee Off. Memo

# RARE HAWAII FEE LAND DEVELOPMENT OFFERING
## Waikoloa (Big Island), HI

AHHI - $91,000

WAIKOLOA VILLAGE GOLF COURSE

WAIKOLOA HIGHLANDS CENTER

# RARE HAWAII FEE LAND DEVELOPMENT OFFERING

## NEC WAIKOLOA ROAD & PANIOLO AVENUE
## WAIKOLOA, HI 96738

### EXCLUSIVE BROKERS:

Richard Chichester
President & CEO
rchichester@farislee.com
(949) 221-1818
R.E. License No. 00777637

Donald MacLellan
Senior Managing Partner
dmaclellan@farislee.com
(949) 221-1821
R.E. License No 0897784

Thomas Chichester
Managing Director
tchichester@farislee.com
(949) 221-1820
R.E. License No 0915137

Gregory G. Ogin, R
President, Clark Commercial Group
gogin@svn.com
(808) 987-6446
R.E. License No RB-16053

**Faris·Lee**
INVESTMENTS

18301 Von Karman Avenue, Suite 800
Irvine, CA 92612
Phone: (949) 221-1800
Fax: (949) 221-1830
www.farislee.com

*The information contained herein has been carefully compiled from sources we consider reliable, and while not guaranteed as to completeness or accuracy, we believe it to be correct as of this date. The proforma revenues and expenses set forth in this brochure do not constitute a representation, warranty, or guaranty of any of the numbers set forth herein or of any economic value attributable to the property or income that may be derived therefrom. Independent estimates of proforma revenues and expenses should be developed before any decision is made on whether to invest in the property*



## STATEMENT OF CONFIDENTIALITY & DISCLAIMER

Faris Lee Investments ("FLI") has been engaged as the exclusive financial advisor to the Seller in connection with Seller's solicitation of offers for the purchase of the property known as Land Pad, City of Waikoloa, County of Hawai'i, State of Hawaii. Prospective purchasers are advised that as part of the solicitation process, Seller will be evaluating a number of factors including the current financial qualifications of the prospective purchaser. Seller expressly reserves the right in its sole and absolute discretion to evaluate the terms and conditions of any offer and to reject any offer without providing a reason therefore. Further, Seller reserves the right to terminate the solicitation process at any time prior to final execution of the Purchase Agreement.

The information contained in this Offering Memorandum is confidential and furnished solely for the purpose of a review by a prospective purchaser of the Property, and it is not to be used for any other purpose or made available to any other person without the express written consent of Seller or FLI. The material is based in part upon information supplied by the Seller and in part upon financial information obtained by FLI from sources it deems reasonably reliable. Summaries of any documents are not intended to be comprehensive or all-inclusive, but rather only outline some of the provisions contained therein and qualified in their entirety by the actual document to which they relate.

No representation or warranty, expressed or implied, is made by the Seller, FLI, or any of their respective affiliates as to the accuracy or completeness of the information contained herein. Prospective purchasers should make their own projections and form their own conclusions without reliance upon the material contained herein and conduct their own due diligence, including engineering and environmental inspections, to determine the condition of the Property and the existence of any potentially hazardous material located at the Property site or used in the construction or maintenance of the building at the Property site.

A prospective purchaser's sole and exclusive rights with respect to this prospective transaction, the Property, or information provided herein or in connection with the sale of the Property shall be limited to those expressly provided in an executed Purchase Agreement and shall be subject to the terms thereof. In no event shall a prospective purchaser have any other claims against Seller or FLI or any of their affiliates or any of their respective officers, directors, shareholders, owners, employees, or agents for any damages, liability, or causes of action relating to this solicitation process or the marketing or sale of the Property.

Prospective purchasers are not to construe the contents of this Offering Memorandum or any prior or subsequent communication from FLI or Seller or their affiliates or any of their respective officers, directors, shareholders, owners, employees, or agents as legal, tax, or other advice. Prior to submitting an offer, prospective purchasers should consult with their own legal counsel and personal and tax advisors to determine the consequences of an investment in the Property and arrive at an independent evaluation of such investment.

## TABLE OF CONTENTS

DEVELOPMENT OVERVIEW || 4+

AREA OVERVIEW || 12+

# INVESTMENT SUMMARY

## PRICING

**Pricing:** Best Offer
**Land Area:** 14.622 Acres

## PARCEL MAP



## PROPERTY SPECIFICATIONS

**SF Land Area:** 14.622 Acres
**Address:** NEC Waikoloa Road & Paniolo Avenue, Waikoloa, HI 96738
**Zoning:** CV-20 - Commercial
5E - Agricultual Land
**Ownership:** Fee Simple (Land)

| PARCEL | ACRES | SQUARE FEET |
|---|---|---|
| 3-6-8-002-053-0000 | 14.622 | 636,934 |

## INVESTMENT SUMMARY

Faris Lee Investments is pleased to offer for sale an extraordinary ownership and development opportunity of a 14.622 acre land parcel situated on the island of Hawai'i. Located just east of the Kohala Coast of Hawai'i and 20 minutes from the Kona International Airport, this property represents a unique opportunity to develop in the continuously growing and upscale Waikoloa Village community.

Located on the main thoroughfare that connects Waikoloa to Hilo, this land parcel is in a one of a kind location that will benefit from tourist and local traffic. This land parcel also gives the owner the opportunity to benefit from increased foot traffic and tenant synergy from Waikoloa Village Market, the only full service grocery anchored center within a 17 mile radius.

## INVESTMENT HIGHLIGHTS

### IRREPLACABLE LOCATION

» Located on Waikoloa Road - Main road that connects Waikoloa and Hilo
» Main road in Waikoloa to reach Mauna Kea from the westside- One of the top attractions on the Island of Hawai'i and home to the world's largest observatory for optical, infared and submilimeter astronomy

### ADJACENT TO DOMINANT GROCERY ANCHORED CENTER

» The only full service grocery anchored center within a 17 mile radius
» Only grocery store serving the entire Waikoloa residential communtiy
» Waikoloa Village Market sales continue to increase year after year

### WAIKOLOA VILLAGE - EXPLOSIVE POPULATION GROWTH

» From 2000-2013, the population of Waikoloa has increased 216%

### HAWAII TOURISM IS A BOOMING ECONOMIC DRIVER

» On the island of Hawai'i, expenditures from visitors incresed 13.8% to $1.7 Billion from 2011-2012
» Number of tourists arriving via air has climed 12.3% since 2011
» Hawai'i Island welcomed 1,503,547 air travel visitors in 2015 compared to 1,449,070 in 2014
» Tourism spending climbed 7.7% compared to 2015

### AFFLUENT TRADE AREA

» Average Household Income within a 5-mile radius is greater than $93,000

Case: 18-52601    Doc# 62-3    Filed: 02/28/19    Entered: 02/28/19 17:15:20    Page 4 of 9

ADJACENT PROPERTY








LAND PAD  [ 6 ]  PROPERTY OVERVIEW

LOCATION MAP

# BIG ISLAND OF HAWAII

Niihau
Kauai
Oahu — Honolulu
Molokai
Lanai  Maui
Kahoolawe
WAIKOLOA ☼ Hawaii

**WAIKOLOA**

Kohala — Hawi
Kapaau
Hapuna Beach Park   Pololu Valley
Honokaa
Lapakahi State Historical Park
Waipio
Puukohola Heiau Nat'l Historic Site
Waimea
Kukuihaele
Laupahoehoe
Honomu
Papaikou
Hilo
Keaau
Koa'au  Keastown
Orchidlands Estates
Ainaloa   Nanawale Estates
Hawaiian Acres   Pahoa   Leilani Estates
Eden Roc
Fern Forest
Volcano
Hawaii Volcanoes National Park
Mauna Kea State Park
Mauna Lani
Anaehoomalu Bay
Keauhou Beach
Kailua-Kona
Kaloko
Holualoa
Keei
Honalo
Keolakekua
Captain Cook
Pu'uhonua O Honaunau Nat'l Hist Park
Pahala
Ninole
Naalehu
Honomalino Bay
Manuka State Park
Manuka Bay
Waiohinu... Beach

Kekaha Kai State Park
Kona Int'l Airport at Keahole

N E S W

LAND PAD  [ 7 ]   PROPERTY OVERVIEW

Case: 18-52601   Doc# 62-3   Filed: 02/28/19   Entered: 02/28/19 17:15:20   Page 6 of 9

POTENTIAL RETAIL DEVELOPMENT SITE PLAN

TOPOGRAPHIC MAP
SHOWING EXISTING CONDITIONS UPON
LOT NO. 8 & 9
of "WAIKOLOA DEVELOPMENT", File Plan 117;
Being a Portion of Royal Patent No. 5671
Land Commission Award No. 8521-B, Apana 1
to G.D. Hueu
At Waikoloa, South Kohala, County of Hawaii
Island of Hawaii & State of Hawaii
TMK No. (3) 6-8-002:020 & 021

AERIAL SURVEYING, INC.

LAND PAD [ 9 ] PROPERTY OVERVIEW

POTENTIAL RESIDENTIAL DEVELOPMENT SITE PLAN

- Sale Pending 5.95 Acres
- Park Donation 10.39 Acres
- Rodeo Arena
- POTENTIAL 3 STORY (45 FT) RESIDENTIAL DEVELOPMENT
- Paniolo Avenue
- Waikoloa Road

N

LAND PAD [ 10 ] PROPERTY OVERVIEW

SITE PLAN NOT TO SCALE

Case: 18-52601   Doc# 62-3   Filed: 02/28/19   Entered: 02/28/19 17:15:20   Page 8 of 9



POTENTIAL RETAIL DEVELOPMENT SITE PLAN

LAND PAD [ 11 ] PROPERTY OVERVIEW

SITE PLAN NOT TO SCALE