# Area Overview



Case: 18-52601  Doc# 62-4  Filed: 02/28/19  Entered: 02/28/19 17:15:20  Page 1 of 8

# AREA OVERVIEW

## THE CITY OF WAIKOLOA

Waikoloa Village is located close to the center of Hawaii. Waikoloa Village has 17.83 square miles of land area. As of 2010-2014, the total Waikoloa Village population was 6,841, which has grown 42.34% since 2000.

Waikoloa Hawaii begins with the cool highlands of Hawaii's ranch country on the Big Island of Hawaii, a great and varied land gifted with natural beauty, enriched by the life and lore of ancient Polynesia. Waikoloa stretches over the lower slopes of Mauna Kea to the sun-drenched shores of the Pacific Ocean. Waikoloa is one of Hawaii's premier vacation destinations.

Waikoloa Village offers residents and visitors unlimited recreational opportunities. With nearly perfect weather year round visitors can explore wide open spaces on horseback, view spectacular night skies, golf on an 18-hole Robert Trent Jones golf course, built against a back drop of sun, sea and mountains. The village itself is comprised of its own post office, a supermarket, pharmacy, doctors, video and beach gear rental shop, health food store, 2 banks, a clothing shop and several complexes including the Villas at Waikoloa, Fairways Waikoloa, Waikoloa Village, Paniolo Club and Waikoloa Greens.

Approximately 7000 people live in this growing community, many of whom work in the hospitality industry.

Within 10 minutes of Waikoloa Village, the Waikoloa Beach Resort is located with its royal fishponds. These ponds had been built and stocked to provide food for the "ali'i" or Hawaiian Royalty long ago. A conservation area fringed by palm trees and cooled by gentle breezes, is an inviting site for a stroll or picnic. Beside the ponds, a crescent of golden sand stretches around the calm waters of a quiet protected bay. It is the best place to relax on the beach, swim, sail, snorkel, or skin dive.

The nearest major airport is Waimea-Kohala Airport. This airport has domestic flights from Waimea, Hawaii and is 17 miles from the center of Waikoloa, HI. Another major airport is Kona International Airport at Keahole (KOA / PHKO), which has international and domestic flights from Kailua, Hawaii and is 26 miles from Waikoloa, HI.

## ISLAND OF HAWAII

The island of Hawai'i, commonly known as the Big Island, is located 214 miles from Honolulu, the state capital, 2,200 miles from the west coast of the continental United States, and 4,000 miles from Japan. The city of Hilo on the east side of the island serves as the county seat as well as the transportation and financial center for the Big Island. Hilo's infrastructure includes Hilo Harbor, a deep-water port, and Hilo International Airport, which is capable of handling fully-loaded wide-bodied aircraft. Kailua-Kona and South Kohala, major tourist destination areas on the west side of the Big Island, are served by flights from the United States mainland, and Canada through the Kona International Airport. Scheduled freight services are available between the islands by air and sea transport. Communities on the island are linked by a network of State and County maintained streets and highways. The population of the county for year 2014 was 194,190.

Each year the Big Island plays host to a number of world-renowned festivals and sports events, the most notable being the Merrie Monarch Hula Festival (in Hilo each April), the Ironman Triathlon World Championships (in Kona every October) and the Kona Coffee Cultural Festival in November.



Case: 18-52601   Doc# 62-4   Filed: 02/28/19   Entered: 02/28/19 17:15:20   Page 2 of 8

# AREA OVERVIEW (CONT.)

## ECONOMY

The Big Island is the most diversified of the neighbor island economies.

Tourism — Tourism has always been one of the major industries on the island. In addition to the mild climate and natural beauty it shares with other areas in the state, the County features the Hawai'i Volcanoes National Park. A popular attraction, the park is the most visited site in the state, with over 1.7 million visitors each year. The number of domestic and international visitors to the County for the current fiscal year was approximately 1.45 million, with an approximately 2.1 percent increase from the previous year's count of 1.42 million. For the most part, the County is less dependent on tourism than the other islands in the State, but the Kona airport terminal modernization project is budgeted at $ 60 - 70 million and the State plans on completing the design phase shortly and beginning construction by the summer.

Construction — The outlook for the construction industry based on building permits seems to be improving despite conflicting information being provided by the continual decline in recorded construction jobs. Total number of building permits authorized in June 2015 was up by 56.0 percent compared to the same month a year ago and total value of building permit authorized was up by 11.0 percent for the same period. According to the Economic Forecast by First Hawaiian Bank private building permits are up from less than $ 30 million per month in 2010 to more than $ 60 million per month in 2015.

Several large construction projects and exciting changes are in store for the citizens on each side of the island. In addition to the Kona airport construction scheduled to begin by summer, the east side of the island is anxiously awaiting the changes being brought on by the new management of the Naniloa property by Hilton, through its Doubletree brand. A new airport fire station of about $20 million is slated for Hilo, in addition to the construction project already in the design phase for the Kona airport. There is also much single-family residential construction activity planned for the Hilo side including the 56 lots of Hilo Hillside Estates, 37 lots of Punahou Mauka Estates, 19 lots of Lake View Estates and a 49 lot subdivision being developed on land below the Hilo Municipal Golf Course.

## MAJOR EMPLOYERS

| MAJOR EMPLOYERS | # OF EMPLOYEES |
|---|---|
| » State of Hawai'i | 8,300 |
| » County of Hawai'i | 2,800 |
| » United States Government | 1,300 |
| » Four Seasons Resort Hualalai | 1,000 |
| » Hilton Waikoloa Village | 850 |
| » KTA Super Stores | 750 |
| » The Fairmont Orchid, Hawai'i | 650 |

Case: 18-52601    Doc# 62-4    Filed: 02/28/19    Entered: 02/28/19 17:15:20    Page 3 of 8



*Handwritten at top:* July 2005 MIROYAN Buys 13,767ac for $60m w/ PARTNER @ COE it APPRAISES $164million

| FILE PLAN | LOT | TMK | CNTY ZONING | DESCRIPTION | ACRES | TOTAL UNITS | LES 15 |
|---|---|---|---|---|---|---|---|
| **Unplanned - Above Queen K Highway** | | | | | | | |
| 1653 | 3B | 6-8-001-005 | A-5 | Parcel 4 Subd #2- Open Area- Makai Quarry | 3049.99 | 610 | 91.5 |
| 1435 | 1 | 6-8-001-027 | A-5 | Waik. Pcl 4 Subdv. Kohala side of Waikoloa Rd Mauka of Hwy | 733.94 | 147 | 22.0 |
| | | | | Subtotal | 3783.93 | 757 | 113. |
| **Village Multifamily** | | | | | | | |
| 1378 | 5 | 6-8-003-032 | RM 1.5 | Waik. MF Unit II- Camp. Off. DayCare Ctr, por Palmer GC | 27.75 | 806 | 120. |
| 1378 | 2 | 6-8-003-029 | RM 1.5 | Waik. MF Unit III-Kona side of loop rd-Multi Family | 4.60 | 134 | 20. |
| 1378 | 4 | 6-8-003-031 | RM 1.5 | Waik. MF Unit III-Kona side of loop rd-Multi Family | 3.71 | 108 | 16. |
| 1188 | 109 | 6-8-003-036 | RM 1.5 | Waik. Vlg. 1A-Along WVGC 9th Fairway-Schuler Opt. 3rd incr | 3.28 | 95 | 14. |
| 1378 | 3B | 6-8-003-037 | RM 1.5 | Waik. MF Unit III-Kona side of loop rd-Multi Family | 2.30 | 67 | 10. |
| | *9/5/c* | | | Subtotal | 41.63 | 1209 | 181 |
| **Village Commercial** | | | | | | | |
| 2242 | 5 | 6-8-003-040 | CV-10 | Waikoloa Comm'l Unit II- Below Waikoloa Highlands Office | 23.21 | | |
| 2242 | 4 | 6-8-003-015 | CV-10 | Waikoloa Comm'l Unit II- Below New Post Office | 15.95 | | |
| 2242 | 6 | 6-8-003-014 | CV-10 | Waikoloa Comm'l Unit II- Btwn Waikoloa Rd. & Puu Melia St | 4.91 | | |
| 2242 | 3 | 6-8-003-016 | CV-10 | Waikoloa Comm'l Unit II- Kona Side of New Post Office | 1.02 | | |
| | | | | Subtotal | 45.09 | | |
| **Highlands Golf Estates** | | | | | | | |
| 1172 | 2 | 6-8-002-016 | RA-1A | Below Ranch Pcl & Above Pcl 4 (Portion) Highlands/ Residential | 532.61 | 533 | 79 |
| 1172 | 2 | 6-8-002-016 | O | Below Ranch Pcl & Above Pcl 4 (Portion) Highlands/ Palmer G.C. | 198.97 | N/A | |
| 1378 | 5 | 6-8-003-032 | O | Waik. MF Unit II- Camp. Off, Day Care Ctr, por Palmer G.C. | 29.61 | N/A | |
| | | | | Subtotal | 761.19 | 533 | |
| **Unplanned Highlands** | | | | | | | |
| 1172 | 7 | 6-8-002-017 | A-5 | Below Ranch Pcl & Above Pcl 4 (Portion) Urb. Resv Equest. Ranch Est. | 2153.44 | 431 | 6 |
| 1172 | 2 | 6-8-002-016 | A-5 | Below Ranch Pcl & Above Pcl 4 (Portion) | 1701.28 | 340 | 5 |
| 1172 | 2 | 6-8-002-016 | A-5 | Below Ranch Pcl & Above Pcl 4 (Portion) Highlands/ Palmer | 10.87 | 2 | |
| 1172 | 9 | 6-8-002-021 | A-5 | Below Ranch Pcl & Above Pcl 4 & Village-Civic Center | 31.32 | 6 | |
| | | | | Subtotal | 3896.92 | 779 | |
| **Ranchlands** | | | | | | | |
| 1139 | 10 | 6-8-002-001 | A-20 | Ranch Parcel | 1169.68 | 58 | |
| 1139 | 2 | 6-8-002-012 | A-20 | Ranch Parcel | 1076.27 | 53 | |
| 1139 | 1 | 6-8-002-013 | A-20 | Ranch Parcel | 802.93 | 40 | |
| 1139 | 4 | 6-8-002-010 | A-20 | Ranch Parcel | 740.87 | 37 | |
| 1280 | 1 | 6-8-002-002 | A-20 | Ranch Parcel | 651.83 | 33 | |
| 1139 | 6A | 6-8-002-007 | A-20 | Ranch Parcel | 400.04 | 20 | |
| 1139 | 5A | 6-8-002-015 | A-20 | Ranch Parcel | 342.63 | 17 | |
| 1139 | 5 | 6-8-002-018 | A-5 | Around Hawaii Belt Rd: Remnant | 84.07 | 16 | |
| | | | | Subtotal | 5268.33 | 275 | |
| | | | | **TOTAL** | **13,755** | **2,345** | |

**ZONING KEY:**
- U — Urban
- A — Agriculture (X Acres/ Unit)
- CONSV — Conservation
- RS — Residential - Single Family
- UE — Urban Expansion
- LD — Low Density IND Industrial
- O — Open
- UN — Unplanned
- CV — Village Commercial
- RA-1A — Residential - 1 Acre
- RM — Multifamily (X,000 SF Lot)

*Handwritten:* Fax: 882-5700    866 582-7777    215/#

*Handwritten:* Mauna Kea

John Miller
Macarthur Sotheby's intl. Realty
808-315-5501
john@liveinkona.com
LiveInKona.com
Hawaii's Best Address

---

**From:** Michael Miroyan [mailto:mac8881@me.com]
**Sent:** Monday, February 11, 2019 6:24 AM
**To:** Miller, John Realtor Sothebys
**Subject:** Waikaloa Village Listing of 14 acres of CV-20 property From 2/8 - 7/2 /2019 w/1day notice for cancellation that won't happen as long as JMiller does his job as I expect he will ; disclosures regarding bankruptcy are included; sales price and sale

JM - It's OK if there's little blue ink on it... gives it a little bit of soul brudda ....Brokerage 5% to be split 50-50; if you double end it : 4%.

Here then is your next $130,000 plus commission For a job well done and achieving a fair sales price because it's the best property in town and the only one with the commercial zoning and you and I both know it's worth $7- $8million.

I expect my authorized and approved copy executed by your broker soon & if you have any questions please feel free to call me.

It's a money maker.

Best regards,

Michael Miroyan



## Department of Commerce and Consumer Affairs

### CERTIFICATE OF GOOD STANDING

I, the undersigned Director of Commerce and Consumer Affairs of the State of Hawaii, do hereby certify that according to the records of this Department,

HAWAIIAN RIVERBEND, LLC

was organized under the laws of the State of Hawaii on 07/14/2005 ; that it is an existing limited liability company in good standing and is duly authorized to transact business.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Department of Commerce and Consumer Affairs, at Honolulu, Hawaii.

Dated: January 08, 2018

Director of Commerce and Consumer Affairs

To check the authenticity of this certificate, please visit: http://hbe.ehawaii.gov/documents/authenticate.html
Authentication Code: 294400-COGS_PDF-38581C5

# DCCA State of Hawaii

Downloaded on January 8, 2018.
The information provided below is not a certification of good standing and does not constitute any other certification by the State.
Website URL: http://hbe.ehawaii.gov/documents

## Business Information

| | |
|---|---|
| MASTER NAME | HAWAIIAN RIVERBEND, LLC |
| BUSINESS TYPE | Domestic Limited Liability Company (LLC) |
| FILE NUMBER | 38581 C5 |
| STATUS | Active |
| PLACE INCORPORATED | Hawaii UNITED STATES |
| REGISTRATION DATE | Jul 14, 2005 |
| MAILING ADDRESS | PO BOX 3181<br>SARATOGA, California 95070<br>UNITED STATES |
| PARTNER TERMS | AT-WILL |
| MANAGED BY | MANAGER(S) |
| AGENT NAME | MICHAEL MIROYAN |
| AGENT ADDRESS | 62-2280 KANEHOA ST<br>KAMUELA, Hawaii 96740<br>UNITED STATES |

## Annual Filings

| FILING YEAR | DATE RECEIVED | STATUS |
|---|---|---|
| 2017 | Jan 5, 2018 | Processed |
| 2016 | Jan 5, 2018 | Processed |
| 2015 | Feb 16, 2016 | Processed |
| 2014 | May 4, 2015 | Processed |
| 2013 | Feb 3, 2014 | Processed |
| 2012 | Dec 28, 2012 | Processed |
| 2011 | Oct 28, 2011 | Processed |
| 2010 | Dec 14, 2010 | Processed |
| 2009 | Nov 9, 2009 | Processed |
| 2008 | Jun 4, 2009 | Processed |
| 2007 | Jun 4, 2009 | Processed |
| 2006 | Jun 4, 2009 | Processed |

## Officers

| NAME | OFFICE | DATE |
|---|---|---|
| MIROYAN,MICHAEL | MGR | Jul 14, 2005 |