**From:** Michael Miroyan <mac8881@me.com>
**To:** Asher <traderash@aol.com>
**Subject:** Fwd: COH: webpage comp sale... 11.7acres zoned Ag5ac ; sold $1.5m cash on 4/24/18 and located directly across Waikoloa road from HR's property TMK#6-8-02-52 ...and #53
**Date:** Mon, Nov 12, 2018 7:25 am

Begin forwarded message:

**From:** Michael Miroyan <mac8881@me.com>
**Date:** July 17, 2018 at 7:58:59 AM PDT
**To:** sklawkona@gmail.com, Hawaii -3rd Circuit Court <kona3cc@gmail.com>
**Cc:** Cory Tereick <ctereick@hotmail.com>, "Roger Wehrsig Waikoloa Village Grn Mgr." <gm@wvagolf.com>, Margaret Tigue-Hawaii 4me <margaret@hawaiis4me.com>, Councilman Tim Richards-WV Hawaii <tim.richards@hawaiicounty.gov>, Michael.Yee@hawaiicounty.gov, DARAI@co.hawaii.hi.us, Darrow Jeff <jeff.darrow@hawaiicounty.gov>, jonathan.holmes@hawaiicounty.gov, Pinkston Gary <Mpfinancial@sbcglobal.net>, Root Terry Atty <terry@jsullinc.com>, Dorenfeld David Dorenfeld <david@dorenfeldlaw.com>, KeoniSchultz <jlove@cades.com>, KeoniSchultz <wshultz@cades.com>, "Whittaker Stephen D." <stephen@whittakerlawkona.com>, "Sulla, Paul Atty" <psulla@aloha.net>, sklawkona@gmail.com
**Subject:** Fwd: COH:  webpage comp sale... 11.7acres zoned Ag5ac ; sold $1.5m cash on 4/24/18 and located directly across Waikoloa road from HR's property TMK#6-8-02-52 ...and #53

There will be more to follow how much more depends on the conduct of the miscreants Commissioner Schlueter; real estate broker David Lucas; Attorney Stephen Whitaker and attorney Paul Sulla junior.

July 17, 2018    *3 DAYS #52 Before Court Confirmation*

To: The Honorable Robert Kim , Judge third Circuit Court, Kealakekua,Hi ...to Please take judicial notice of these facts and the lies by omission the premeditated and conspiratorial fraud by the attorneys and the Real estate broker David  Lucas and the Commissioner Schlueter in this matter.

Thank you.

    case#14-1-0429k ;

Tereick vs. Hawaiian Riverbend, Llc

    Aloha Commissioner Schlueter - I spoke with Raynette in the tax assessors office yesterday and she was kind enough to send this comparable and recent sale over to me which I now send to you...

    As you can see #57, the comp sale, is directly across the street from Hawaiian Riverbend, Llc's  #52 and both properties share the exact same Ag5ac zoning .

    The sale date is listed as 4-24-18 for $1.5 million cash....It recorded on May 11 of 2018.... 65 days ago and this sale is the most recent and best comp for

    TMK #6 -8-02–52, which is literally just on the other side Waikaloa Rd. to the north.

    You can click on "show parcel map" on this page enclosed here , within The Tax Assessors website and it will take you to a map of the parcel....it's really kind of neat...Then , while you are looking at that parcel, which will be outlined in red, you can touch any other parcel and up on the right-hand side pops up the assessors information about it .

    This comparable sale must have somehow been missed by your broker Dave Lucas and by you when  you and he put together that absurd $240,000 BPO as the Value for that which Judge Robert Kim requested of you, which was an honest and fair broker'sr opinion of value of TMK#:6-8-02-52 ...10.75acres of raw land but with its own water meter and water on it and power also, both of which are lacking on this comp sale for TMK #: 6-8-02-57 which sold for  $1.5 million all cash and recorded less than 70 days ago.

    On July 15, a couple of days ago,I sent you an email and also CCed the Honorable Court on it stating that your selected representative broker and his $240,000 appraisal value was pure unadulterated crap and fraud perpetrated upon this court in an effort to improperly steal my property.

And I stand by those words.  In light of this evidence …. in light of this irrefutable evidence which you buried or consciously ignored, by design to hide the truth rather than to disclose it I would say,  like most rational people would say,:

how the hell could that have happened ? These guys are no good…. just like Miroyan said…..This evidence , this closed sale, which  you surely  knew about…. it vindicates me and convicts you and your gang of co-conspirators of Fraud on Purpose and with malicious intent….

No matter how you Color it or try to shade it …. you are so far off the mark you won't be fooling anyone .  You're as crooked as a man should never be !

And I stand by those words also Counselor for you are an officer of the court license to practice law in the state of Hawaii and to me your conduct is despicable and so is your greed and I'm wondering what the hell has happened to the morals of common decency on the big Island of Hawaii ?? as I fight my way through this corrupt nonsense….. Where so many people have turned a blind eye to justice and focus their attention on nothing but money that is not theirs ; that they have not earned;  that they are trying to steal in sight of Almighty God and ought to be ashamed of themselves, particularly because you use the office with which you have been entrusted to do it.

To make matters even worse… It was Hawaiian Riverbend, Llc's  attorney, Mr. Paul Sulla Junior,  that handled this bizarre transaction on behalf of the Sellers,  bizarre as it is ….where $55,000 turns into $1.5 million in less than 6months … and it was Sulla who should've pointed this out to the court on behalf of his client, me and my LLC, this sale showing the true value of Riverbend's property #52, the subject of this foreclosure being north of $1,350,000 where you, Mr. Schlueter and atty Stephen Whittaker and atty Sulla and now Broker David Lucas has joined your conspiracy with an overt act of felony lying so y'all can steal my property for $130,000 that's owed to Mr. Cory TerEick…. attorney Paul Sulla, the crown sleaze factor in this mess and charade and farce of an auction and foreclosure process instead of assisting his client with this knowledge of this sale and pointing it out to the court, he he did absolutely nothing except submit bills for himself to the Honorable court for money that he hasn't earned , fraudulently seeking that which he doesn't deserve, devoid of conscience and to which I vigorously object and  oppose any payment to that man for anything whatsoever …for he is the traitor who is the source of much of my problems…

Hawaii attorneys Steven Whittaker and Paul Sulla Junior , are on the Internet in a negative fashion where the citizens of Hawaii on the big Island accuse them of the forgery of documents and the theft of their homes not exactly the qualities one wants to see in barristers in the state of Hawaii , is it ?

According to what one reads on the Internet , both  attorney Whittaker and Attorney Sulla have gotten away with their theft of other people's property prior to this ,but this one should now be thwarted with this comparable and irrefutable sale right here as Judge Kim must when looking at this evidence say as any other rational person would …..what the hell kind of selective nonsense is going on here
? And how arrogant are you so as to disregard such a blatant and discoverable fact and have the unmitigated gall think you would get away with it?!!

The answer is  plain and simple Mr. Schlueter, attorney Schlueter, Commissioner Schlueter, it is inexplicable conduct ….so far off the mark of honor & common decency, that there's only a single conclusion that one can come to, in light of your conduct and these facts,  and that is that you have abdicated your role as a Commissioner , that you are not doing your job fairly or executing it properly, that you are corrupt and in bed with Whittaker, Sulla,  and broker David Lucas all for the sake of personal gain and for the willful and shameful stealing of another man's land and using your position to do just exactly that.

How do you turn off your conscience and conduct yourself in such a manner as that?

I certainly hope you will  pivot from this untenable position that you have created for yourself ; resign your commission for this particular job ; have it assigned to somebody else and start the process over because mistakes were made and in the interests of justice and that which  the Honorable court called for, and I thank God he did,  this charade will not suffice and it's going to end with or without your capitulation .

Lord knows I've made my mistakes in judgment in my life and I'm not here to judge another man ….I got a full-time job judging myself …but my job is also to protect my assets, my properties , my life , my liberty and the pursuit of my happiness. And you guys have really done a number on me ….you made it so I can't hire a lawyer… because I'm blackballed and I'm on the blacklist; you made it so the Judge threatens to turn me into the Attorney General for practicing law which is false …. The truth is because I take an interest in my property ….Properties that I earned through years of hard work and diligence ….It brings me no pleasure to have to fight this kind of fight ..  where I either get cheated out of my land or I have to expose a criminal conspiracy which is exactly what it is.

To me, ts a  point of honor … you brought this fight to my door…Your choices have taken us here and as so often eventually happens, the best of plans , especially those hatched in darkness, end up going awry.

It is my sincere hope that you're not going to continue with this charade and this farce of an auction …or to try to carry your lie into the court confirmation hearing.

Everything about this process has been fraud and carry it further once you're exposed like this…  into the teeth of Judge Kim's order demanding an honest appraisal and/or an honest BPO because there's no way that it's going to come in for less than 10 times the amount that is owed to Mr. TeirEick which is $130,000 and the property is worth 10 to 20 times that much ….so let it go and start the process over as the Judge's order has not been carried out nor honored,  has it?
And if it were to be honored with the proper an accurate appraisal they would be such disparity between what is owed and what the property is worth that the process would have to be started over again as well it should since that which is occurred is nothing

more than an abortion. D

My Dad used to say to me "what if everybody did that ?" Would it be good or would it be bad ? Come on guys you're better than this and you know this type of thing can't keep going on in 2018 in the United States of America ....This is the greatest country in the world gentlemen and we got to keep it that way by honor and integrity and making hard decisions and saying no and executing the office with which we are entrusted, to the best of our abilities , in the light of our own good conscience that doesn't go to sleep ...that we may bring honor to our station in life and that we may execute our office efficiently and with integrity as we are duty-bound to the citizenry of the state of Hawaii ...As well as to the generations who preceded us ....those who gave their lives to make this great country what it is ....4@and we can't lose sight of that .

I included Mr. Gary Pingston in this email because 48 hours ago he lied directly to me in his efforts to sidetrack me and to put me off of my research into this matter . So , Mr. Pingston, and his Meridian Pacific, the Hilo planning department's favorite son, who gets whatever he wants from Director Michael Yee ....where all I get is discrimination , backstabbing, being lied to, and constant Prejudicial and discriminatory harassment unparalleled in like 25 years as a real estate developer he, Mr. Gary Pingston has proved himself to be a standup liar. ....And with the not so veiled threat ... stay out of trouble...Well, if by trouble you mean dont stand on honor ; negate the truth; Give up ....your beat Mr. Miroyan , the ex-con ....look at how many of us there are !! then , up yours, Mr. Pingston you and your whole crew....Because I got more honor and integrity in the tip of my baby finger than you got in your whole body...I will stand my ground because like Maya Angelou said "one person standing on the truth, is never in a minority."

Very truly yours,

Michael Miroyan
Manager/member,
Hawaiian Riverbend, Llc

Sent from mmiphone

Begin forwarded message:

From: "Mar, Raynette" <Raynette.Mar@hawaiicounty.gov>
Date: July 16, 2018 at 7:29:36 PM PDT
To: "mac8881@me.com" <mac8881@me.com>
Subject: COH: webpage



COUNTY OF HAWAI'I
*Real Property Tax Office*

Recent Sales in Area    Previous Parcel    Next Parcel    Return to Main Search Page    Hawaii Home    Real Property Home

Owner and Parcel Information

| Owner Name | PUA MELIA LLC Fee Owner, Tenants in Severalty | Today's Date | July 16, 2018 |
| --- | --- | --- | --- |
| Mailing Address | 59-362 KANALOA DR KAMUELA, HI 96743 | Parcel Number | 680020570000 |
| Location Address | | Project Name | |
| Property Class | AGRICULTURAL | Parcel Map | Show Parcel Map   Plat ; TMK; Maps |
| Neighborhood Code | 6822-8 | Land Area (acres) | 11.707 |
| Legal Information | 6-8-02: SM: 68 | Land Area (approximate sq ft) | 509,957 |

3

## Assessment Information    Show Historical Assessments

| Year | Property Class | Market Land Value | Dedicated Use Value | Land Exemption | Net Taxable Land Value | Market Building Value | Assessed Building Value | Building Exemption | Net Taxable Building Value | Total Taxable Value |
|------|----------------|-------------------|---------------------|----------------|------------------------|-----------------------|-------------------------|--------------------|----------------------------|---------------------|
| 2018 | AGRICULTURAL | $ 921,900 | $ 0 | $ 0 | $ 921,900 | $ 0 | $ 0 | $ 0 | $ 0 | $ 921,900 |

## Land Information

| Property Class | Square Footage | Acreage | Agricultural Usage |
|----------------|----------------|---------|--------------------|
| | 509,957 | 11.707 | |

## Improvement Information

No improvement information available for this parcel.

## Other Building and Yard Improvements

| Description | Quantity | Year Built | Area | Gross Building Value |
|-------------|----------|------------|------|----------------------|

No information associated with this parcel.

## Permit Information

| Date | Permit Number | Reason | Permit Amount |
|------|---------------|--------|---------------|

No permit information associated with this parcel.

## Dept of Public Works Bldg Division Permit and Inspections Information

| Permit Date | Permit Type | Permit Number | Permit Reason | Permit Description | Estimated Cost | Inspection Date | Inspection Status |
|-------------|-------------|---------------|---------------|--------------------|----------------|-----------------|-------------------|

No permit and inspections information associated with this parcel.

As a courtesy to the public, we provide building permit data as supplied by the Department of Public Works. As such, no warranties, expressed or implied, are provided for the data herein, its use or its interpretation, and accuracy.

## Sales Information

| Sale Date | Sale Amount | Instrument # | Instrument Type | Instrument Description | Date of Recording | Land Court Document Number | Cert # | Book/Page | Conveyance Tax | Document Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/24/2018 | $ 1,500,000 | 67050158 | FEE CONVEYANCE | Warranty Deed | 05/11/2018 | | | | 4500 | Warranty Deed |
| 06/01/2017 | $ 55,000 | 66030880 | FEE CONVEYANCE | Warranty Deed | 01/29/2018 | | | | 82.5 | Warranty Deed |
| 05/15/2017 | $ 0 | | OTHER | Mapping Change | 05/15/2017 | | | | | Mapping Change |

## Current Tax Bill Information    2018 Tax Payments    Show Historical Taxes

| Tax Period | Description | Original Due Date | Taxes Assessment | Tax Credits | Net Tax | Penalty | Interest | Other | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| 2018-1 | Real Property Tax | 08/20/2018 | $ 0.00 | $ 0.00 | $ 4,309.89 | $ 0.00 | $ 0.00 | $ 0.00 | $ 4,309.89 |
| 2018-2 | Real Property Tax | 02/20/2019 | $ 0.00 | $ 0.00 | $ 4,309.88 | $ 0.00 | $ 0.00 | $ 0.00 | $ 4,309.88 |
| | | | | | | | | | $ 8,619.77 |

Tax bill is computed to 07/31/2018   Or pay online at http://payments.ehawaii.gov/propertytax/hawaii   Other Payment Options Click Here

Recent Sales in Area    Previous Parcel    Next Parcel    Return to Main Search Page    Hawaii Home    Real Property Home

The Hawaii County Tax Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. Website Updated: July 13, 2016

© 2013 by County of Hawai'i Real Property Tax Office | Website design by aPublic.net

**From:** Michael Miroyan <mac8881@me.com>
    **To:** Asher <traderash@aol.com>
**Subject:** Fwd: Case #:14 – 1– 429K TerEick v. HawaiianRiverbend , Llc Hearing on June19,2018 @8:00am
    **Date:** Mon, Nov 12, 2018 6:48 am

Pls. read

Sent from mmiphone

Begin forwarded message:

> **From:** Michael Miroyan <mac8881@me.com>
> **Date:** October 21, 2018 at 6:50:59 PM PDT
> **To:** Asher <traderash@aol.com>
> **Subject:** Fwd: Case #:14 – 1– 429K  TerEick v. HawaiianRiverbend , Llc      **Hearing on June19,2018 @8:00am**

*in HAWAII Supreme Court*

Please print. Thanks !

Michael Miroyan

Sent from mmiphone

*2 DAYS before the Court Confirmation hearing on #52*

Begin forwarded message:

> **From:** Michael Miroyan <mac8881@mc.com>
> **Date:** June 19, 2018 at 12:59:22 AM PDT
> **To:** Hawaii -3rd Circuit Court <kona3cc@gmail.com>, "Whittaker Stephen D." <stephen@whittakerlawkona.com>, Cory Tereick <ctereick@hotmail.com>, Dorenfeld David Dorenfeld <david@dorenfeldlaw.com>, Root Terry Atty <terrysroot@yahoo.com>, "Hawaii/1st Am Title Naomi esc#:4-4437056" <ahoshida@firstam.com>, stacey@dorenfeldlaw.com, DDeLaCruz@firstam.com, sklawkona@gmail.com
> **Subject:** Case #:14 – 1– 429K  TerEick v. HawaiianRiverbend , Llc      **Hearing on June19,2018 @8:00am**

June 18, 2018
Re: court confirmation hearing
TMK #:6–8 – 02–52

*CONflict !*

THIS IS A MOTION FOR A CONTINUANCE IN THIS CASE#:14-1-429k... *Seller of #57 for $1.5m*

*my crooked ATTORNEY who was the*

*They ignored the facts AND the SALE !!*

Dear Judge Kim:
Dear Mr. Stephen Whittaker:
Intervenor Paul Sulla:

My name is Michael Miroyan and I am through my LLC, Hawaiian Riverbend, Llc The
defendant in this foreclosure matter. I own 100% of the membership interests of EHR llc

I am en route to this June 19, 2018,… 8:00am early hearing with enough money in cash and cashiers checks to cure The default in the above referenced case as is my right , I do believe , under Hawaii state law .

I left a message on Judge Kim's Chambers answering machine earlier today, June 18,2018 explaining that I was in route to do that to the courthouse and I asked for a return call to clarify how I drop money at the clerks office in this matter for the judge to distribute funds to cure the default . I then called the clerks office and asked them the same thing and advised them that I would be arriving two hours late fir the hearing from the San Francisco Bay area on the first available flight that Tues. morning to be at the hearing to be able to cure the default .

I have also sent three emails previously, as requested and instructed by the recorded voicemail answering machine in Judge Robert Kim's chambers
ph # 808- 443 -2210.

The recorded message on the machine states that we will be contacted by someone in that office/judges chambers before the close of business that same day and that has not been my experience . I have received no emails whatsoever in return to the questions or requests that I have made. Nor has anyone from that phone number or the judges chambers ever returned my call although your answering machine recording says you will.

Therefore I am in a great quandry as to how to get anything accomplished in this 3Circuit Court.

Judge Kim forced attorney Paul Sulla to stay on my case when he asked to withdraw back in February 2018. I assume the judge did that so that the LLC would have some proper representation… But , if that was Judge Kim's Objective, it most Certainly has not been accomplished.

To the contrary Mr. Sulla has done everything he can to damage HR,LLC and me and our interests in this court . He has filed no paperwork/pleadings to our benefit whatsoever .... even though asked him to do so .. ..... instead, Sulla said to me..'Just because the judge forced me to stay on doesn't mean I have to do anything when I'm not getting paid' ....And he then refused to talk to me because I have not paid fees, said that he has no obligation to talk to me or to do anything on our behalf because we have not paid fees; And he manufactured false threats Allegedly by me,and made up stories to buttress his false position, Which is Sulla's way of keeping me in the dark so I don't know what's going on and abusing And trampling under foot the due process rights of HR,llc while Sulla et al ...are stealing my land !

Sulla Did not keep me informed in a timely manner of what was transpiring, Through his lack of communication and ordering his staff to do the same not to talk to me ....he would send me via US mail pleadings that were 45 days old of things that had already transpired And he worked with Mr. Whittaker, opposing counsel , More as an enemy of the LLC than ge did as an attorney representing it ... these two attorneys, Whittaker and Sulla have worked together before denying people their rights in their properties and or on the Internet together as a team to watch out for because they steal peoples property and this now is what we have occurring here .

I realize these are severe charges that I am making ...yet every bit of it is true . I've been kept in the dark as much as possible. I have not been made aware of pleadings nor court dates. I wasn't even aware of the court date until several days after it was over where Whittaker recommend it's OK for Sulla to
withdraw As the attorney for HRLLC and this court, Judge Robert Kim allowed him to do so without me even knowing about it . ... all by design by Whitaker & Sulla and the net result is a fast track to injustice where the due process rights of the defendant are completely obliterated as if they

were nonexistent and nobody seems to care and nobody seems to listen.

That is why I write this motion for a continuance and that is why it should be granted for all of the reasons in this pleading /motion& sworn declaration which I now send as an email because time has been so short ... it's been too short to do that which is necessary to be done and That is what for good cause I ask for a continuance of Just 60 days long enough to get an appraisal and to get a loan.

The stealing of a man's land should not be such a rush to injustice as this ....when a defendant points these things out to the court.! Anyone of these reasons is enough to grant the continuance but when taken in the totality of the circumstances I believe it's mandated that an extension be granted.

I have left messages on the Judge Robert Kim's answering machine that I'm coming with $40,000 which is enough to cure the default.

I have called the clerks office and let them know the same thing that I'm going to be dropping the money in the clerks office for the judge to distribute this money to the lender.

Although the answering machine promises contact from the clerk and from Judge Kim chambers I have received no communication whatsoever from them ....not an answer to any emails nor any motion that I have made nor have I received a return call as promised on the recorded voicemail answering machine.

I have stated in my prior pleadings and emails that the sale of $130,000 is not representative or even close to what the property is worth ...That the property is assessed by the county tax assessors office at $659,000 and that is $.30 on the dollar. I have informed this court and provided them with a map by architect Michael Riehm that puts 180 multi family condominium units on this property that are worth in today's market at least $25,000 a door which puts the value of this property when rezoned at
$4.5 million. ...And therefore
" as is " value today should be close to $2 million not $130,000 bucks.

I have a BPO from a local real estate broker who for 20 years has lived in Waikaloa village & he says the property is worth $2.1million "as is" today and when it's rezoned it will be worth $3.6m .

I wish to inform the court that I had a signed letter for commitment from the lender was going to loan me $300,000 on the property as of Saturday, June 10, 2018 and by Wednesday three days later they had pulled this loan out from under me which was devastating and I've been scrambling ever since to not be slaughtered at this upcoming hearing and it is for that reason I come with this money to cure The default and I will be there before noon tomorrow but I will be late for the 8 AM hearing, and for Good cause I ask this Honorable Court to postpone The June 19, 8:00am hearing for just 2-3hours so that I can be there and speak to the court to the judge and opposing counsel, personally.

Moreover, there was no valid auction in this matter and I have pointed that out to this court already . I told commissioner Michael Schlueter I wanted to have an open house just like I told Andrew Kennedy, another commissioner, the same thing .

Schluter held no open house ...And I am unaware if any order that he received recently where this court said he did not have to follow that rule. I am aware that he receive such a ruling back in 2015 three years ago but that is not current in this matter and therefore I believe he violated the rules and that any rate when nobody shows up for an auction its not properly advertised either....And this is a particularly juicy fat foreclosure property with $180,000 total due on done something that's worth $2 million and $50,000 of it is lawyer fees for collecting on a $91,000 note !

HR and I. The owner of HR and its membership interests, stand to be the real losers here , certainly

Case: 18-52601    Doc# 62-5    Filed: 02/28/19    Entered: 02/28/19 17:15:26    Page 9 of
11

not the first mortgage holder, Who is in no danger of not getting his money and his interest, and certainly not these attorneys who are asking for $50,000 , but I stand to lose well Over 1,500,000 dollars in equity...I earned these properties and the equity within them they belong to HRLLC attorney Whitaker didn't earn any of it .....Whittaker hasn't even earned his free requested... its just fluff and false billable hours....his fee ...is exorbitant .

attorney Sulla , according to the People on the Internet .... people who have no motive to lie , yet want to get their voice out there, and there's more than one, and there's more than three ....all say Sulla has stolen their properties, And I believe them based on my experience with Mr. Sulla... the great ConMan and criminal that should be indicted, not allowed to practice law.

I've told everyone associated with this case that Sulla is my enemy not the attorney representing my LLC....

Now let's look at Whittaker Who plays it fast and loose all the time...

And always to my detriment.

As I have written previously, I have requested a proper payoff demand to cure the default to be provided to me and the title company first American title in Hilo so that I can look it over.

As of this date, attorney for the plaintiff, Mr. Whittaker has not replied to that most reasonable request, Making it difficult if not impossible to have any real meaning to come out of this hearing tomorrow when I want to pay off and cure the default.

How am I supposed do that without an accurate number from Whittaker?

How am I supposed to do that when Whittaker doesn't respond ?doesn't communicate ! doesn't let me know anything ! and fails in his obligations to follow Hawaii state law?

Instead, Mr. Whittaker takes my $91,000 note with simple interest and he wrongly and knowingly chooses to provide a false and inaccurate dollar amount figure in his pleadings. Moreover, he did it with arrogance and impunity..."12% interest compounded monthly", his pleading announced. There is no such wording in the note itself .

But Mr. Whittaker can do whatever he wants , whenever he wants , and take whatever liberty he wants, even when he knows it's false . After all, he is Stephen Whittaker And as an attorney and officer of the court if your Mr. Whittaker wants to lie , he does so; if he wants to present false evidence and make it seem as though it's true with no basis in fact or evidence, he does so and has no fear of repercussion for his loud attempt to hoodwink the Court and the defendant, which strikes me as odd.

Why would an officer of the court blatantly lie in the court? By what right does Mr. Whittaker essentially re-write the note between me and his client ? I did not authorize him to do it, yet he does it anyway and with no factual basis for do it ...This strikes me as ruthless and reckless and as though he fears nothing from this court . Why is that?

The $91k note itself, the evidence, clearly shows he is wrong in his calculations....

And I have pointed it out to him and told him he should make an effort to fix it ....at least a comparable effort to fix it .....with as much zeal that he put into fabricating and creating this fiction in the first place .

Mr. Whitaker has done nothing at all, Mr. Whitaker when I called him on the phone refuses to take

my calls says he owes me nothing and says I cannot represent the LLC it has to be represented by an attorney and he doesn't have to speak to me but my attorney was relieved by this court at a hearing I had no knowledge of nor was I informed about. And this attorney Paul Sulla is an attorney that's done nothing except file paperwork falsely to feather his own nest with fabricated hours ... and yet not one single page on behalf of the LLC only paperwork to a detriment full of lies.

I was just wondering is it possible we could get something closer to the truth in this courtroom or do we have to keep up this charade ?

I swear under penalty of perjury of The laws of the great state of Hawaii that everything that I've stated in this combination declaration and motion for continuance is true, so help me God.

Please do not go forward with the court confirmation process in Lieu of this declaration and all of these things that I bring to the attention of this court knowing that I am in route with the funds to cure, which if Mr. Whitaker where to do is job properly he would admit that the notice of default was not served until April 2015 and it says clearly in the face of the note At the entrances not start running on the note at 12% until 30 days after the notice of default has been served and furthermore, the notice of default via letter supposedly From Mr. TerEick dated 11 October 2014, Is improper and was not received anyways . I was in jail in California for 2.5 ounces of marijuana fron September 30 , 2014 until January 9, 2015....And at no time did I receive this letter from Mr. TerEick.

I did not know it was in foreclosure until A real estate broker sent me the article that was in the Hawaii newspaper In late April 2015.

Therefore by my calculations $33,300 is owed in interest for 37 months to the lender and I bring that money to cure even though I have not received the payoff demand to cure from plaintiff so I've asked for like two or three separate occasions and by Hawaii state law should be provided to me.( See Santiago v. Tanaka 134 HAW. 179; 339 P. 3d 533, 2014 Haw. App Lexis 541 (Haw. Ct App 2014) Which I will send in my next email with the accompanying documentation.

I want to thank Judge Kim in advance of his ruling where I request a reasonable continuance and with court intervention to sort out this matter of how much the Pay off amount should be to cure and that must be provided to defendant and the title company in hopes that he will see the needlessness to rush to injustice as is currently going on.

Very truly yours,

Michael miroyan
Manager/member,
and owner of 100% of the membership interests of
Hawaiian Riverbend, Llc



Sent from mmiphone