# [EXT]:Fwd: Waikaloa Village Listing of 14 acres of CV-20 property From 2/8 - 7/2 /2019 w/1day notice for cancellation that won't happen as long as JMiller does his job as I expect he will ; disclosures regarding bankruptcy are included; sales p...

Michael Miroyan [mac8881@me.com]
**Sent:** Thursday, February 28, 2019 12:45 PM
**To:** Print & Marketing Services 358

Please print the emails black-and-white

Sent from my #15 iPhone

Begin forwarded message:

> **From:** Michael Miroyan <mac8881@me.com>
> **Date:** February 28, 2019 at 11:33:48 AM PST
> **To:** execinnhotel@gmail.com
> **Subject: Fwd: Waikaloa Village Listing of 14 acres of CV-20 property From 2/8 - 7/2 /2019 w/1day notice for cancellation that won't happen as long as JMiller does his job as I expect he will ; disclosures regarding bankruptcy are included; sales price and s**
>
> Please print this email . 2copies
> Sent from my #15 iPhone
>
> Begin forwarded message:
>
>> **From:** John Miller <John@liveinkona.com>
>> **Date:** February 12, 2019 at 1:30:38 PM PST
>> **To:** 'Michael Miroyan' <mac8881@me.com>
>> **Subject: RE: Waikaloa Village Listing of 14 acres of CV-20 property From 2/8 - 7/2 /2019    w/1day notice for cancellation that won't happen as long as JMiller does his job as I expect he will ; disclosures regarding bankruptcy are included; sales price and s**
>>
>> Hi,
>> The broker is not comfortable with the listing unless we have something from your bankruptcy attorney or from the court confirming that we can list it and sell it. Also I will not list it for 5%.
>> I have 1 other party that may be interested and will pass the information on to them. I don't think you have an attorney from what you have said so it doesn't look like we can move forward.
>> I wish you good luck.