Michael Miroyan
in pro per
Box 3181
Saratoga, Ca
95070
408-913-3123

todays date
March 8, 2019

FILED

MAR 0 8 2019

CLERK
United States Bankruptcy Court
San Jose, California

US Bankruptcy Court
N. Dist. of California

In. re:

Michael Haroutun Miroyan
Debtor

Case# 18-52601 MEH
Chapter 13

re: Proposed orders by
Atty Wayne Silver based
on hearing 3/1/19
Court: 3020 Hon. M.E Hammond
M Miroyan Declaration in support.

Miroyan's declaration in opposition
to the form and lies within Atty Silvers
proposed orders and Miroyan's demand
that local Rule 9021-(c) be adhered to
and the order be lodged for 7 days.

3/8/19

Miroyan

pg.1

March 6, 2019

4pg . Declaration of Michael Miroyan in letter format to Atty Wayne Silver. Filed on 3/8/19

Mr. Silver - You obviously don't care about any proper ethics or morals when it comes to your legal profession . I don't believe your conduct would be sanctioned by the state bar even though so far this judge has done exactly that.

And I understand you don't care about me ...but what you don't understand is that I'm not going to tolerate you breaking the law . .. you continue to perpetrate fraud upon the court and me ...you crooked Liar and pathetic attorney who represents everything horrible about attorneys.

I demand that you follow the local rules, that you quote and send to me via your last email… Rule 9201-1(c) requires that this "proposed order" of yours, to which I reject and object as to form and content be lodged for a period of 7 days before the judge can sign it and I am confident she will not sign it because of your lies within it ...this being one of your most blatant lies: arrogantly and deceitfully negating filed documents in this case !

I demand you stop telling lies !!
You are forcing me to file a complaint with the attorney generals office for your perjury. And your criminal acts do not cease ...to the contrary , they get worse .

I will be asking the judge for sanctions against you for such conduct, as you knowingly perform fraud on the court . Such despicable actions should be made an example of , certainly not ignored, which by its very nature is to promote and sanction ....and that's why you continue to knowingly break the law, isn't it ?

Because you're not being called on your misdeeds ...and as a miscreant Who believes he is getting away with it ....you want to keep getting away with it , Isn't that correct?

Mr. Silver you must quit lying in your
in your pleadings ....and you must CEASE in your fraudulent attempt to "rewrite history" here in this fraudulent order where you ask for the judge's signature saying there was "no consideration" at all given for the transfer of the assets( Page 2 line 23 ) which is contrary to the documentary proof filed in the clerks office in this case !

Your ignoring of my filed documents is illegal and fraudulent and you know better.

Yet you are knowingly breaking the law ! You are willingly risking your license and your livelihood to live in court and in your pleadings . Where is your "get out of jail free card ", Mr. Silver ...show it to me.

When you tell the judge to disregard Filed Documents in this case, as you wish she would do, referring specifically to the Aug.2, 2018 2pg signed memo re: consideration for the transfer of assets (and all debt) from my wholly owned Hawaiian Riverbend, Llc to myself personally for close to $1.9million dollars in consideration and which you choose to Falsely label within your PROPOSED LIE ORDER as "no consideration" and ask Judge Hammond to sign it you are knowingly committing perjury and asking the Judge to do the same.

thing ! You are breaking the law ,sir .

How can a lawyer do something like this ?? into the teeth of such contrary evidence ....filed documentary proof of $1.9 million dollars owed by the LLC to me personally .....

Mr. Silver , Your actions are unconscionable ! It means you have no conscience ...which means you are running amuck And doing me extensive and possibly irreparable damage as is your goal.

Mr. silver, you're despicable behavior is beyond the comprehension of a normal individual .....and shows the lengths to which you are willing to go .... to knowingly break the law , to do so in a federal courtroom in broad daylight and attach your name to it .....to perjure yourself in this court of law and in your pleadings and put it in writing because you fear the document and the truth so much And because you got your marching orders from Hawaii where they don't want to have to litigate the validity of the transfer because it is a valid and lawful transfer !

Its your dirty job, isn't it Mr. Silver, to try to make it not be a lawful and valid transfer Which it most certainly was,and so you entice the judge to join you in your perjury!! You invite Judge Hammond to perjure herself also .

Well this is something I've never seen ....no one should ever see and it's a criminal prosecution against you ,Mr. Silver.

You Knowingly break the law . How do you know you're not going to get busted ? How do you know you won't be called on the carpet for being a perjuror and for performing fraud on the court ? You're supposed to be an officer of the court, yet you knowingly and willingly perform fraud upon it !!

How do you do that without being worried about the consequences?

How do you get there ? that logic does not follow !!

The extent of your treachery and deceit scares me and would scare most people. You are trying to erase $1.9million dollars of my earned monies.... the LLC owes me that money Mr. Silver . Your grand left of it is a felony and you do it thinking there's no repercussions ?? I disagree wholeheartedly!

And this is just one of the glaring examples of the lies in your proposed order.

I demand the local rules be followed which means 7 days it must be lodged.

And you're slick Willy moves are going to be exposed for your colleagues to see , the State bar & the state Attorney Generals Office and the Federal courts to see & decide the just remedy or you're going to correct them henceforth and at all times act as a professional lawyer should, not as you have been ...as a shyster trying to pull the wool over my eyes and taking advantage of a pro-se litigant,Based on your highly questionable legal tactics

P5.2of4

Pg.3

especially when you're giving this Judge Hammond her marching orders ....in her court ....and she incredibly and outrageously is nodding her head and then you take it to a whole new level in an order that doesn't even reflect that which was put on the record and which contains bald face lies because you will not act like a proper attorney .

Perhaps you are in capable of doing so and have become this that we see before us  ...

This honest and truthful assessment of mine and warning to you is me treating you better than you have ever or will ever treat me ....which is so pathetic And is an  indictment against you.

If you think I'm joking ,  then continue w/ your false pleadings ; And your blatant fraud in court .

Perhaps you think there's nothing I can do because you're so smart and you're so far ahead of me and therefore you get a laugh out of this request and demand made in civility....

A legally trained officer of the court and a member of the California state bar Shouldn't act the way you act.

Your current job and the way you perform it , is  to get away with  every dirty trick and low level stunt you can in court ....irregardless if it resembles the truth or not .... and you break the law .

Such arrogance & a cavalier attitude towards justice ....are not among the attributes of good attorneys , nor citizens, nor men .

 You have no immunity when you knowingly break the law.... And that's exactly what you have been doing .... with the sole purpose and the sole goal to be the unfair & fraudulent destruction of your opponent Michael Miroyan's valid position; you  knowingly file false documents, knowingly and willingly break the law ignoring the facts and attempt to change and alter those facts through your lies in the proposed order .

And you do with a sense of immunity and impunity as you  tell Judge Hammond exactly what you want her to say ....and then you tell her exactly what she is to do ....even when there's no basis for it in fact or in the law & incredibly , she follows you ...In a blatant and outrageous abdication of her duties as an impartial referee.

Instead she has somehow become your obsequious servant ,  right or wrong and it's all wrong and it's not right and it's illegal and it's very clear something weird has happened in that courtroom since the previous hearing ....where all of a sudden I can't speak.... I can't get a continuance ....I can't get time to find an attorney... and you are dictating policy instead of the judge which is an outrage but which  you look upon as "I'm going to get my decision .....I'm going to get my order ......and I'm gonna get this Miroyan guy out of here ...."

 Real solid reasoning there Mr. Slipver based on stare decicis is it ? or I would say the death of it And this Judge Hammond imprudently follows you on 03/08/019 where is he following you

Pg. 3 of 4

,Mr. Silver?

Does the judge know where she's following you to?

I object to your order as to form and content and I shall not sign this lie for it is fraud.

Truly yours,

*(signature)* 3/6/19
Michael Miroyan
In pro per

I, Michael Miroyan, do hereby swear under penalty of perjury of the laws of the State of California that all of the above is true.

3/8/19

*(signature)* MMIROYAN

On Mar 4, 2019, at 8:52 AM, Wayne Silver <ws@waynesilverlaw.com> wrote:

*Silver*
*1st email*
*to*
*Miroyan*

Mr. Miroyan-

Attached please find the proposed Order Granting Motion for Relief From Stay. I will consider requests for changes consistent with the Court's ruling if you get back to me today, or if you approve, please sign off, scan and email back to me - drop the original into the mail to my office.

If I do not hear from you by close of business today, or if we are unable to agree on your proposed changes, I will delete your signature block and upload the Order to the Court for execution (without your approval) tomorrow, together with a Certificate of Service under Local Rule 9021-1, et seq. You are then welcome to submit your own proposed form of Order and serve a copy on my office.

Thank you.

Sent from my #15 iPhone

*Pg. 6*

EXHIBIT "A"

Atty Silvers 1st proposed
order - 12 pgs.

Pg 7

1 **LAW OFFICE OF WAYNE A. SILVER**
Wayne A. Silver (108135)
2 643 Bair Island Road,
Suite 403
3 Redwood City, CA 94063
Phone: (650) 282-5970
4 Fax: (650) 282-5980
Email: ws@waynesilverlaw.com
5
6 *Attorney for KENNETH Y. KAI and*
7 *TAE K. KAI, Trustees of the Kai Family 1998 Trust*

8 **UNITED STATES BANKRUPTCY COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN JOSE DIVISION**

11

| 12 In re: | Case No.: 18-52601-MEH |
| --- | --- |
| 13 MICHAEL HAROUTUN MIROYAN, | Chapter 13 |
| | RS No. WS110 |
| 14 Debtor. | Date: March 1, 2019 |
| 15 | Time: 10:00 a.m. |
| | Court: 3020, Hon. M. Elaine Hammond |

16 *handwritten: Silver's #1*
**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND**
17 **AWARDING IN REM RELIEF UNDER 11 U.S.C. §362(d)(4)**

18    The motion of the Kai Family 1998 Trust Dated October 5, 1998 ("Kai Trust"), for full and

19 complete relief from the bankruptcy automatic stay under 11 U.S.C. §362(d)(1), together with an *in*

20 *rem* order under 11 U.S.C. §362(d)(4) ("Motion"), to continue the judicial foreclosure of an

21 undeveloped lot located in Hawaii identified in bankruptcy debtor Michael Haroutun Miroyan's

22 ("Michael Miroyan") bankruptcy schedule A/B, Item 1.4 as: "Empty Land in HI, Lot: 3-6-8-002-

23 053" and described in the Warranty Deed dated August 9, 2018 attached as Exhibit "A" hereto

24 (referred to herein as "Parcel 53"), came on for continued hearing on March 1, 2019 before the Hon.

25 M. Elaine Hammond, U.S. Bankruptcy Court Judge. Debtor Michael Miroyan appeared in *pro per.*

26 Attorney Wayne A. Silver appeared on behalf of the Kai Trust.

27    The Court having read and reviewed the pleadings, declarations and requests for judicial

28 notice, having heard the arguments of those appearing, and having stated its findings and conclusions

Page - 1

Order Granting Motion for Relief from Stay and Awarding In Rem Relief Under 11 U.S.C.
§362(d)(4)

Case: 18-52601   Doc# 67   Filed: 03/08/19   Entered: 03/08/19 17:04:10   Page 8 of 23

*handwritten top right: MIROYAN refuses to sign. This order is a lie.*

*handwritten bottom right: 8*

on the record under Federal Rule of Bankruptcy Procedure 7052, with good cause appearing, hereby

ORDERS:

    1.      The Kai Trust's Motion is GRANTED.

    2.      The Court having analyzed the twelve factor test originated in *In re Curtis*, 40 B.R. 795, 799–800 (Bankr.D.Utah 1984), and having found those factors weigh heavily in favor of the Kai Trust, and having found Debtor Michael Miroyan engaged in bad faith, grants the Kai Trust full and complete relief from the bankruptcy automatic stay for cause under 11 U.S.C. §362(d)(1) to pursue all rights and remedies to foreclose upon and if necessary obtain possession of Parcel 53, as follows:

    (a)      Continue the prosecution of Civil Action No. 15-1-0164K against Hawaiian Riverbend, LLC in the Circuit Court of the Third Circuit State of Hawaii ("Civil Action") to final judgment;

    (b)      Add debtor Michael Miroyan as a defendant in the Civil Action, amend the complaint in the Civil Action as necessary, and pursue the Civil Action against debtor Michael Miroyan to final judgment;

    (c)      Bring a claim against debtor Michael Miroyan in the Civil Action for avoidance and cancellation of the Warranty Deed dated August 9, 2018 attached as Exhibit "A" hereto that transferred Parcel 53 from Hawaiian Riverbend, LLC to himself; and,

    (d)      Execute on any judgment or interlocutory order in the Civil Action with respect to the foreclosure of Parcel 53 against Hawaiian Riverbend, LLC, debtor Michael Miroyan, and any subsequent transferee of Parcel 53, without further order of this Court.

    3.      The Court having found Michael Miroyan engaged in bad faith by transferring Parcel 53 from Hawaiian Riverbend, LLC to himself for no consideration and then filing for Chapter 13 bankruptcy, and that such conduct was designed to hinder, delay and possibly defraud the Kai Trust, Kai Trust shall have *in rem* relief under 11 U.S.C. §362(d)(4) such that, if recorded in compliance with applicable State laws governing notices of interests or liens in real property, this Order shall be binding in any other case under Title 11 purporting to affect Parcel 53 by any person or entity filed not later than 2 years after the date of the entry of this Order by this Court, except that a debtor in a

subsequent case under Title 11 may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing.

4.     Michael Miroyan's Request for Judicial Notice filed on February 28, 2019 (Docket No. 62) is DENIED.

5.     Michael Miroyan's motions filed on February 27, 2019 (Docket No. 61): (1) to continue the hearing on the Motion; (2) extend the bankruptcy automatic stay for twelve (12) months; and (3) authorize Parcel 53 to be listed for sale with John Miller of Sotheby's Real Estate, are DENIED.

6.     The Kai Trust's objections to the unsworn Declaration of Michael Miroyan and attachments thereto filed on February 22, 2019 (Docket No. 60) are SUSTAINED.

7.     The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

***END OF ORDER***

Approved as to form.

Dated: March ___, 2019

_I will not sign._

_____
Michael Haroutun Miroyan

Order Granting Motion for Relief from Stay and Awarding In Rem Relief Under 11 U.S.C. §362(d)(4)



**STATE OF HAWAII**
**BUREAU OF CONVEYANCES**
**RECORDED**
August 09, 2018 3:29 PM
Doc No(s) A−67950847

/s/ LESLIE T. KOBATA
REGISTRAR

Conveyance Tax: $0.00

1   2/3   CGG
B − 33205881

LAND COURT

AFTER RECORDDATION, RETURN BY:    MAIL (  )        PICKUP (  )

Michael Miroyan
P.O. Box 3181
Saratoga California 95070

---

S:\CLERICAL\LJN\PW\DSA  FORMS MASTERS\Warranty deed (rev 6-11) .wpd

TMK No.  **(3) 6-8-002-053**                Total No. of Pages: 
Subdivision File No.

## WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS:

This Deed, made on **August 08, 2018**, by **Hawaiian Riverbend, LLC, a Hawaii limited liability company**, whose address is **P.O. Box 3181 Saratoga California 95070**, with full power to sell, convey, transfer, mortgage, lease, or otherwise deal with real property, hereinafter called the "Grantor", and **Michael Miroyan, a single man**, whose address is **P.O. Box 3181 Saratoga California 95070** hereinafter called the "Grantee".

### W I T N E S S E T H:

For TEN DOLLARS ($10.00) and other good and valuable consideration paid to the Grantor by the Grantee, the receipt of which is herby acknowledged, the Grantor does hereby grant, bargain, sell and convey unto the Grantee, in fee simple, forever, the property more particularly described in **EXHIBIT "A"**, which is attached to and expressly made a part hereof.

And the revisions, remainders, rents, issues and profits thereof and all of the estate, right, title and interest of the Grantor, both at law and in equity, therein and thereto;

TO HAVE AND TO HOLD the same, together with all buildings, improvements, tenements, rights, easements, hereditaments, privileges and appurtenances thereto belonging or appertaining, or held and enjoyed in connection therewith unto the Grantee according to the tenancy hereinabove set forth, absolutely and in fee simple, forever.

AND the Grantor herby covenants with the Grantee that the Grantor is lawfully seized in fee simple of the described real and personal property and that the Grantor has good right to convey the same as aforesaid; that the property in free and clear of all encumbrances, except as

may be described in **EXHIBIT "A"**; and the Grantor will WARRANT AND DEFEND the same unto Grantee, forever, against the lawful claims and demands of all persons.

It is understood and agreed that the term "property" shall be deemed to mean and include the property specifically described in **EXHIBIT "A"**, all buildings and improvements thereon (including any personal property described in **EXHIBIT "A"** ) and all rights, easements, privileges and appurtenances in connection therewith, that the terms "Grantor" and "Grantee", as and when used herein, or any pronouns used in place thereof, shall mean and include the masculine and/or feminine, the singular or plural number, individuals, firms or corporations, that the rights and obligations of the Grantor and Grantee shall be binding upon ant inure to the benefit of their respective estates, heirs, personal representatives, successors in trust and assigns and that where there is more than one Grantor or Grantee, any covenants of the respective party shall be and for all purposes deemed to be joint and several.

**IN WITNESS WHEREOF**, the undersigned executed these presents and of the day and year first above written.

_____
**Michael Miroyan, Sole Member of
Hawaiian Riverbend, LLC**

"Grantor"

_____
**Michael Miroyan**

"Grantee"

Pg. 6

STATE OF HAWAII )
) SS.
CITY AND COUNTY OF HONOLULU )


On this _8th_ day of _August_, 2018, before me personally

appeared _Michael Miroyan_, to me personally known, who, being

by me duly sworn or affirmed, did say that such person executed the foregoing instrument as the

free act and deed of such person, and if applicable in the capacity shown, having been duly

authorized to execute such instrument in such capacity.

[Official Seal/Stamp]

Signature: _____
Name: _Sharon Julian_
Notary Public, State of Hawaii

My commission expires: _02/05/2020_

---

## NOTARY CERTIFICATION

Document Description: _Warranty Deed_

☑ Doc. Date: _08|08|2018_ or ☐ Undated
No. of Pages: _7_

Signature of Notary Public

Date of Notarization: _08|09|2018_

_Sharon Julian_
Printed Name of Notary Public

[official Seal/Stamp]

Pg. 7

13

# EXHIBT "A"

## Legal Description

On Feb 13 2013 the HI county Council approved the this Lot into 3 newly created parcels:  TMK # (3)-6-8-002-021 was reduced to 5.95 acres; TMK # (3)-6-8-002-052 created 10.75 acres; TMK # (3)-6-8-002-053 created 14.622 acres.

All of that certain parcel of land situate at Waikoloa, District of South Kohala, Island and   County of Hawaii, State of Hawaii, being LOT 9 of the "WAIKOLOA  DEVELOPMENT", as shown on File Plan Number 1172, filed in the Bureau of Conveyances of the State of Hawaii, and containing an area of 14.622 acres, more or less.

BEING THE PREMISES ACQUIRED BY DEED WITH COVENANTS AND RESERVATION OF EASEMENTS AND OTHER RIGHTS

GRANTOR: **Waikoloa Mauka, LLC, a Delaware limited liability company**
GRANTEE : **Hawaiian Riverbend, a Hawaii limited liability company**
DATED :  **November 12, 2009**

RECORDED : November 23, 2009 as Document No. 2009-179060

1. Real Property Taxes, if any, that may be due and owing.
   Tax Key: (3) 6-8-002-053    Area Assessed: 14.622 acres
   Tax Classification: AGRICULTURAL

2. Any and all matters not shown in the Indices described in Schedule A.

3. Mineral and water rights of any nature.

4. DESIGNATION OF EASEMENT "E-W-1" (50 feet wide)
   PURPOSE   :     electrical, telephone and water line
   SHOWN     :     on File Plan No. 1172

5. GRANT to WAIKOLOA WATER CO., INC., dated December 20, 1978, recorded in Liber 13374 at Page 441, as amended by instrument dated February 4, 1981, recorded in Liber 15498 at Page 103; granting an easement over said Easement "E-W-1".

6. DESIGNATION OF EASEMENT "E-4" (75 feet wide)
   PURPOSE   :     electrical and telephone
   SHOWN     :     on File Plan No. 1172

7. GRANT TO      :    HAWAII ELECTRIC LIGHT COMPANY, INC.
   DATED       :    April 27, 1976
   RECORDED  :    Liber 11411  Page 135
   GRANTING  :    an easement for utility purposes over Easement "6" described theren

Pg. 8

14

8.  GRANT TO     :   WAIKOLOA WATER CO., INC. doing business as
    WEST HAWAII WATER COMPANY and WAIKOLOA RESORT
    UTILITIES, INC. doing business as WEST HAWAII UTILITY COMPANY
    DATED     :       February 19, 1998
    RECORDED  :       Document No. 98-028921
    GRANTING  :       an easement for utility purposes over Easement "W-2"
                      described therein

9.  GRANT TO     :   WAIKOLOA RESORT UTILITIES, INC. doing
    business as WEST HAWAII UTILITY COMPANY
    DATED     :       February 19, 1998
    RECORDED  :       Document No. 98-028918
    GRANTING  :       an easement over only that portion of said Easement "E-
                      W-1" affecting Lot 9 of File Plan No. 1172

10. GRANT TO     :   VERIZON HAWAII INC. now known as
    HAWAIIAN TELCOM, INC.
    DATED     :       ----- (acknowledged April 22, 2003 and May 23, 2003)
    RECORDED  :       Document No. 2003-139270
    GRANTING  :       an easement for utility purposes over Easement "1"
                      described therein

11. No vehicular access and planting screen, as shown on Subdivision map 11-
    001060, approved November 29, 2012.

12. DESIGNATION OF EASEMENT "AE-1"
    PURPOSE   :       access
    SHOWN     :       on Subdivision map 11-001060, approved November 29,
                      2012

13. The terms and provisions contained in the following:
    (A)    DEED WITH COVENANTS AND RESERVATION OF
           EASEMENTS AND OTHER RIGHTS
    DATED     :       September 20, 2005
    RECORDED  :       Document No. 2005-188909
    Certain water rights reserved in said Deed have been assigned pursuant to
    that certain WATER RIGHTS QUITCLAIM dated September 20, 2005,
    recorded as Document No. 2005-188913, by and between WAIKOLOA
    LAND & CATTLE CO., "Grantor", and WAIKOLOA WATER CO., INC.,
    and WAIKOLOA RESORT UTILITIES, INC., "Grantee".

    (B)    GRANT OF RIGHT TO DESIGNATE AND GRANT EASEMENTS
    DATED     :       September 20, 2005
    RECORDED  :       Document No. 2005-188911
    PARTIES   :       WAIKOLOA MAUKA, LLC, "Owner", and
                      WAIKOLOA LAND & CATTLE CO., "WDC"
    Said Grant was amended by instrument dated November 29, 2006, recorded
    as Document No. 2006-220312.

14. The terms and provisions contained in the following:
    INSTRUMENT :   DECLARATION OF RESTRICTIVE COVENANTS

Pg. 9

15

DATED    :      December 29, 2008
RECORDED  :      Document No. <u>2008-193975</u>

15.    The terms and provisions contained in the following:
INSTRUMENT :  DISCLOSURE AGREEMENT
DATED    :      December 29, 2008
RECORDED  :      Document No. <u>2008-193976</u>

PARTIES   :      WAIKOLOA MAUKA, LLC, a Delaware limited
liability company, "WML", WQJ2008 INVESTMENT,
LLC, a Washington limited liability company,
"WQJ2008", UKUMEHAME QUARRY COMPANY
LIMITED PARTNERSHIP, a Hawaii limited
partnership, "Ukumehame", and collectively with
WQJ2008, "Buyer"

16.    Historic ceremonial and burial sites and similar matters which an
archaeological study and archaeological inspection of the land would
disclose.

17.    REAL PROPERTY MORTGAGE
MORTGAGOR :  HAWAIIAN RIVERBEND, LLC, a Hawaii limited
liability company
MORTGAGEE :  KENNETH Y. KAI and TAE K. KAI, Trustees, of the
Kai Family 1998 Trust dated October 5, 1998
DATED    :      April 28, 2010
RECORDED  :      Document No. <u>2010-062606</u>
AMOUNT   :      $540,000.00-covers the land herein besides other lands
ABOVE MORTGAGE AMENDED BY INSTRUMENT
DATED    :      August 8, 2013
RECORDED  :      Document No. A-<u>50700518</u>
RE     :      to increase Loan Amount to $809,504.00

18.    The terms and provisions contained in the following:
INSTRUMENT :  JOINT VENTURE AGREEMENT
DATED    :      April 29, 2010
RECORDED  :      Document No. <u>2010-062607</u>
PARTIES   :      WAIKALOA MAUKA, LC, a Delaware limited liability
company ("WM") and HAWAIIAN RIVERBEND,
LLC, a Hawaii limited company, ("HR")

19.    GRANT TO    :    WAIKOLOA VILLAGE ASSOCIATION, a Hawaii
nonprofit corporation
DATED    :      August 5, 2013
RECORDED  :      Document No. A-<u>50090859</u>
GRANTING  :      a nonexclusive right and easement over, under and
across the Easement Area being 60 feet wide for utility
purposes

Pg.10

16

20. REAL PROPERTY MORTGAGE
    MORTGAGOR : HAWAIIAN RIVERBEND, LLC, a Hawaii limited liability company
    MORTGAGEE : KENNETH Y. KAI and TAE K. KAI, Trustees of the Kai Family 1998 Trust dated October 5, 1998
    DATED : August 7, 2013
    RECORDED : Document No. A-50700519
    AMOUNT : $300,000.00

21. NOTICE OF PENDENCY OF ACTION
    PLAINTIFF : KENNETH Y. KAI and TAE K. KAI, Trustees of the Kai Family 1998 Trust
    DEFENDANT : HAWAIIAN RIVERBEND, LLC; et al.
    DATED : June 3, 2015
    FILED : Circuit Court of the Third Circuit, State of Hawaii, Case No. 15-1-0164K, on June 3, 2015
    RECORDED : Document No. A-56341008 on June 5, 2015
    RE : foreclosure of Mortgage

22. Any unrecorded leases and matters arising from or affecting the same. 0

23. Discrepancies, conflicts in boundary lines, shortage in area, encroachments or any other matters which a correct survey or archaeological study would disclose.

24. Hawaiian Riverbend, LLC has not yet submitted proper information to the Department of Commerce and Consumer Affairs of the State of Hawaii (Business Registration) for Good Standing status.

Pg. 11

17

Service List

Michael Haroutun Miroyan
PO Box 3181
Saratoga, CA 95070-1181

Pg. 12

18

Order Granting Motion for Relief from Stay and Awarding In Rem Relief Under 11 U.S.C.
§362(d)(4) - Service List

EXHIBIT ~~A~~ `B´

Atty Silver's 2^(ND) proposed order.
4 pages

*Miroyan refuses to sign. This order is a lie Also.*

**LAW OFFICE OF WAYNE A. SILVER**
Wayne A. Silver (108135)
643 Bair Island Road,
Suite 403
Redwood City, CA 94063
Phone: (650) 282-5970
Fax: (650) 282-5980
Email: ws@waynesilverlaw.com

*Attorney for KENNETH Y. KAI and*
*TAE K. KAI, Trustees of the Kai Family 1998 Trust*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.: 18-52601-MEH |
| | Chapter 13 |
| MICHAEL HAROUTUN MIROYAN, | RS No. WS110 |
| Debtor. | Date: March 1, 2019 |
| | Time: 10:00 a.m. |
| | Court: 3020, Hon. M. Elaine Hammond |

*Silver's 2ND*

### ORDER GRANTING MOTION FOR RELIEF FROM STAY AND
### AWARDING IN REM RELIEF UNDER 11 U.S.C. §362(d)(4)

The motion of the Kai Family 1998 Trust Dated October 5, 1998 ("Kai Trust"), for full and complete relief from the bankruptcy automatic stay under 11 U.S.C. §362(d)(1), together with an *in rem* order under 11 U.S.C. §362(d)(4) ("Motion"), to continue the judicial foreclosure of an undeveloped lot located in Hawaii identified in bankruptcy debtor Michael Haroutun Miroyan's ("Michael Miroyan") bankruptcy schedule A/B, Item 1.4 as: "Empty Land in HI, Lot: 3-6-8-002-053" and described in the Warranty Deed dated August 9, 2018 attached as Exhibit "A" to the Motion for Relief from Stay filed on December 29, 2018 (Docket No. 24) (referred to herein as "Parcel 53"), came on for continued hearing on March 1, 2019 before the Hon. M. Elaine Hammond, U.S. Bankruptcy Court Judge. Debtor Michael Miroyan appeared in *pro per*. Attorney Wayne A. Silver appeared on behalf of the Kai Trust.

The Court having read and reviewed the pleadings, declarations and requests for judicial

Page - 1

Case: 18-52601 Doc# 67 Filed: 03/08/19 Entered: 03/08/19 17:04:10 Page 20 of 23

notice, having heard the arguments of those appearing, and having stated its findings and conclusions on the record under Federal Rule of Bankruptcy Procedure 7052, with good cause appearing, hereby ORDERS:

1. The Kai Trust's Motion is GRANTED.

2. The Court having analyzed the twelve factor test originated in *In re Curtis*, 40 B.R. 795, 799–800 (Bankr.D.Utah 1984), and having found those factors weigh heavily in favor of the Kai Trust, and having found Debtor Michael Miroyan engaged in bad faith, grants the Kai Trust full and complete relief from the bankruptcy automatic stay for cause under 11 U.S.C. §362(d)(1) to pursue all rights and remedies to foreclose upon and if necessary obtain possession of Parcel 53, as follows:

(a) Continue the prosecution of Civil Action No. 15-1-0164K against Hawaiian Riverbend, LLC in the Circuit Court of the Third Circuit State of Hawaii ("Civil Action") to final judgment;

(b) Add debtor Michael Miroyan as a defendant in the Civil Action, amend the complaint in the Civil Action as necessary, and pursue the Civil Action against debtor Michael Miroyan to final judgment;

(c) Bring a claim against debtor Michael Miroyan in the Civil Action for avoidance and cancellation of the Warranty Deed dated August 9, 2018 attached as Exhibit "A" to the Motion for Relief from Stay filed on December 29, 2018 (Docket No. 24) that transferred Parcel 53 from Hawaiian Riverbend, LLC to himself; and,

(d) Execute on any judgment or interlocutory order in the Civil Action with respect to the foreclosure of Parcel 53 against Hawaiian Riverbend, LLC, debtor Michael Miroyan, and any subsequent transferee of Parcel 53, without further order of this Court.

3. The Court having found Michael Miroyan engaged in bad faith by transferring Parcel 53 from Hawaiian Riverbend, LLC to himself for no consideration and then filing for Chapter 13 bankruptcy, and that such conduct was designed to hinder, delay and possibly defraud the Kai Trust, Kai Trust shall have *in rem* relief under 11 U.S.C. §362(d)(4) such that, if recorded in compliance with applicable State laws governing notices of interests or liens in real property, this Order shall be

Page - 2

binding in any other case under Title 11 purporting to affect Parcel 53 by any person or entity filed not later than 2 years after the date of the entry of this Order by this Court, except that a debtor in a subsequent case under Title 11 may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing.

4. Michael Miroyan's Request for Judicial Notice filed on February 28, 2019 (Docket No. 62) is DENIED.

5. Michael Miroyan's motions filed on February 27, 2019 (Docket No. 61): (1) to continue the hearing on the Motion; (2) extend the bankruptcy automatic stay for twelve (12) months; and (3) authorize Parcel 53 to be listed for sale with John Miller of Sotheby's Real Estate, are DENIED.

6. The Kai Trust's objections to the unsworn Declaration of Michael Miroyan and attachments thereto filed on February 22, 2019 (Docket No. 60) are SUSTAINED.

7. The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

***END OF ORDER***

Order Granting Motion for Relief from Stay and Awarding In Rem Relief Under 11 U.S.C.
§362(d)(4)

1   <u>Service List</u>

2

3   Michael Haroutun Miroyan
  PO Box 3181
  Saratoga, CA 95070-1181

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Motion for Relief from Stay and Awarding In Rem Relief Under 11 U.S.C.
§362(d)(4)