# Notice Recipients

District/Off: 0971−5 | User: arosales | Date Created: 3/15/2019
Case: 18−52601 | Form ID: pdfeoc | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Michael Haroutun Miroyan    PO Box 3181    Saratoga, CA 95070−1181

TOTAL: 1