Michael Miroyan, in proper
Box 3181
Saratoga, Ca
95070-1181
408-913-3123

MARCH 20, 2019

FILED
MAR 20 2019
CLERK
United States Bankruptcy Court
San Jose, California

BR Case # 18-52601
United States Bankruptcy Court
Northern District of Calif. San Jose

in re: Debtor
Michael Haroutan Miroyan

case # 18-52601
Notification of Conversion from CH13 to Ch 11 individual BK - filing fee of $932 paid. Declaration of M Miroyan in support.

Notice of filing conversion from CH 13 to Ch. 11 individual Bankruptcy; Declaration of Michael Miroyan in support.

To Judge Hammond who has denied me my due process rights who has shut me out from her court who has returned my filed documents illegally to me when I never requested it. I say to you shame on you!! for

pg. 1 of 2

denying me my right to access to the Court; for denying my due process rights; for denying me equal protection under the law and in general I notify you now of my position diametrically opposed to you and Mr. Wayne Silver, a soon to be disbarred attorney who is a criminal masquerading as one and whom you have aligned yourself with to your detriment and at the cost of the integrity of your Court.

I do hereby notify you of my intent to file a motion of reconsideration based on the completely erroneous ruling of yours re the lifting of the stay where you throw me under the bus and allow the illegal acts of Wayne Silver to go forward rather than stopping him and you didn't allow me adequate time to speak or set the record. I further notify you in this declaration of my conversion from this case # 18-52601 to a CH. 11 individual bankruptcy filing and I do hereby pay

the $932 filing fee by #2 separate money orders:
1) #17-915429974  $500  and
2) #17-915429975  $432
   $932

with the conversion paperwork to be filed in addition to this sworn declaration either before or directly after tomorrows dismissal hearing at 9:30am in your Court brought by the US Trustee.

I swear under penalty of perjury of the laws of the State of Calif. all of the above is true. and I would welcome access to the Courts, and access to be able to set a proper record, heretofore denied.

M Miroyfor

Case: 18-52601    Doc# 72    Filed: 03/20/19    Entered: 03/20/19 17:11:38    Page 3 of 3

pg. 3 of 3