```
1  Michael Miroyan
   P.O. Box 3181
2  Saratoga, CA 95070
   Tel: (408) 913-3123
3  E-mail: mac8881@me.com

4  Debtor
```

                                    FILED
                                    APR 11 2022
                                    U.S. BANKRUPTCY COURT
                                    NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re:

MICHAEL HAROUTUN MIROYAN

Debtor.

Case Number: 18-52601-MEH
Chapter 13

NOTICE OF MOTION AND MOTION AGAINST ATTORNEY KARYN DOI AND GANG CHEN FOR VIOLATIONS OF AUTOMATIC STAY [18 USC § 362(k)]; DECLARATION OF MICHAEL MIROYAN; MEMORANDUM OF POINTS & AUTHORITIES; [PROPOSED] ORDER; CERTIFICATE OF SERVICE

Date: _____
Time: _____
Judge: Hon. Elaine Hammond

PLEASE TAKE NOTICE that Debtor Michael Miroyan on the Date and Time noted above shall move this Court for an Order against Attorney Karyn Doi and her client Gang Chen awarding actual damages and punitive damages in the amount of $300,000 and attorney's fees incurred for bringing this Motion according to proof.

Debtor Michael Miroyan seeks these damages against lawyer Karyn Doi, and her client Gang Chen for intentionally violating the automatic stay in this case that came into effect upon Miroyan's filing of his Chapter 13 Bankruptcy Petition in this Court on 11-26-2018. On 12-20-2018, in companion case Kai v. Hawaiian Riverbend, LLC, a civil case also presided over by Judge Kim, a Notice of Bankruptcy Filing was filed. Also

on 12-20-2018, Gang Chen, through his attorney Karyn Doi filed papers seeking Summary Judgment in Hawaii's Third Circuit Court in Case Number 16-1-00043K, which was set for hearing and granted by Judge Robert D.S. Kim of Hawaii's Third Circuit Court Division 3 located in Kona, Hawaii on 3-8-2019. A 97 page Motion seeking Disqualification/Recusal is now set for hearing on 5-4-2022 at 8:30 a.m. before Judge Nakamoto in the Third Circuit Court of the State of Hawaii - Division 2, located on the big Island of Hawaii in Hilo, Hawaii.

As a result, since both the filing of the Summary Judgment motion papers by Attorney Karyn Doi on 12-20-2018 and Judge Kim's grant of Summary Judgment in favor of Plaintiff Gang Chen on 3-8-2019 in the Chen civil case were done in violation of the Automatic Stay, the Order granting Summary Judgment is Void.

Debtor therefore seeks a Declaratory Judgment issued by this Court declaring that Judge Robert D.S, Kim's 3-8-2019 Summary Judgment Order in favor of Plaintiff Gang Chen is Void, is a legal nullity.and is of no force and effect.

This Motion is based upon this Notice, the supporting Declaration of Michael Miroyan with Exhibits, the Memorandum of Points and Authorities in support of this Motion, a [Proposed] Order for the Court, a Certificate of Service any any oral argument made at the hearing.

Dated: 11 April 2022.  Respectfully submitted,

Michael Miroyan
Debtor

- 2 -

Case: 18-52601  Doc# 106  Filed: 04/11/22  Entered: 04/11/22 15:16:12  Page 2 of 2
MOTION FOR VIOLATIONS OF BK AUTOMATIC STAY & DECLARATORY RELIEF