Michael Miroyan
P.O. Box 3181
Saratoga, CA 95070
Tel: (408) 913-3123
E-mail: mac8881@me.com

Debtor

FILED
APR 11 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORIA

SAN JOSE DIVISION

In re:

MICHAEL HAROUTUN MIROYAN

Debtor.

Case Number: 18-52801-MEH
Chapter 13

DECLARATION OF MICHAEL MIROYAN IN SUPPORT OF MOTION FOR VIOLATIONS OF BK AUTOMATIC STAY
[18 U.S.C. § 362(k)]

Date:_____
Time:_____

I Michael Miroyan hereby declare:

1. I am submitting this declaration in support of my motion for damages against Hawaii attorney Karyn Doi and her client Gang Chen's violations of the bankruptcy court's automatic stay that took effect in this case on 11-26-2018.

2. Attached hereto as Exhibit 1 and incorporated herein by reference is a true and correct print out of two (handwritten) relevant pages from the docket sheet in the <u>Chen v. Hawaiian Riverbend LLC</u> case. As you can see from the docket sheet, docket entry number 16 shows that on December 20th 2018 papers in support of a motion for summary judgment were filed by attorney Karyn Doi in this case, and that this is after Debtor Michael Miroyan's November 26, 2018 BK filing when the automatic stay was imposed in this case.

3. A Notice of Bankruptcy filing was also filed on 12-20-2018 in

the companion Kai v. Hawaiian Riverbend LLC Case. ~~Attached as Exhibit 2 to~~ This declaration *states there is* a true and correct copy of that Notice. In addition, attorney Karyn Doi had constructive notice of Miroyan's Bankruptcy filing on 12-20-2018 because a Notice of Bankruptcy Filing was made in the same Court as the Chen civil case before the same Judge Robert D.S. Kim.

4. Upon information and belief, I believe that the attorneys for Kai informed attorney Karyn Doi of this fact on 12-20-2018, prompting attorney Karyn Doi to willfully and corruptly file her moving papers for Summary Judgment on that very same day with full knowledge that she was doing so. As such, I am entitled to pursue punitive damages and obtain an award of attorney fees covering the costs of bringing this Motion, in addition to seeking damages for all the harm that was inflicted upon me in this case *including the rush to auction it off on April 14, 2022*

5. The hearing date on the motion for summary judgment is listed on the docket sheet as occurring on 3-8-2019 when the motion for Summary Judgment was granted by Judge Kim of the Third Circuit Court in the State of Hawaii. As such the order granting summary judgment is void and I hereby seek a declaratory judgment from this court stating that the order granting summary judgment by Judge Kim on 3-8-2019 is void according to law, is a legal nullity and is of no force and effect.

5. I am therefore seeking damages imposed against both Attorney Karyn Doi and Gang Chen jointly and severally in the amount of $100,000 in actual damages, $200,000 in punitive damages, and an award of legal fees in an amount according to proof

I hereby declare under penalty of perjury of the laws of the states of California and Hawaii that the foregoing is true and correct.

Date 4-11-22

M Miroyan

- 4 -

2 pages → Exhibit 1: Chen case
Master docket
Showing entries on 12/20/18
on 2/14/19 and judgment on 3/8/19
without Miroyan being notified,
without sending him any pleadings,
while his back is turned trying
to bring evidence he has into the
Fed. Bankruptcy court 3200 miles away
these officers of the Court run by lead
conspirator Judge Robert D S'Kim and
his hired henchman the corrupt
Commissioner Kennedy who was notified
by attorney Hsu on 11-26-18 and who
illegally held the auction on that date after
he was so notified and who lied to this
federal court through their paid mouthpiece
atty Wayne Silver have all committed perjury
in the Judge Hammond's Court

Case: 18-52601   Doc# 108   Filed: 04/11/22   Entered: 04/11/22 15:26:36   Page 3 of 5

| 15 | 12/11/2018 | Document Converted DOC ID: , Comments: OF TIME TO FILE PRETRIAL STATEMENT | PLAINTIFF'S EX PARTE MOTION FOR FIRST EXTENSION OF TIME TO FILE PRETRIAL STATEMENT; DECLARATION OF COUNSEL; ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S EX PARTE MOTION FOR FIRST EXTENSION | All Case Parties | Leu, Lansen Hon Gong |
|---|---|---|---|---|---|
| 16 | 12/20/2018 | Document Converted DOC ID: , Comments: NOTICE OF HEARING AND CERTIFICATE OF SERVICE (HRG: 2/14/19 AT 8:00 A.M. BEFORE JUDGE KIM) | PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND FOR INTERLOCUTORY DECREE OF FORECLOSURE AGAINST ALL PARTIES; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF INDEBTEDNESS; EXHIBITS "1"-"4"; | All Case Parties | Doi, Karyn A. |

| | | | | | |
|---|---|---|---|---|---|
| 28 | 02/14/2019 | Minutes DIGITAL RECORDING CC3.19-28/ 2019-2-14/0811-0812FOCLERK - L. FURUTO APPEARANCES: PLAINTIFF COUNSEL - D. KIKAWA (BY PHONE) COURT: DEFENDANT HAS BEEN DEFAULTED. KIKAWA: YES COURT: DEFAULT HAS BEEN ENTERED IN NOVEMBER RESPONSE BY KIKAWA . ***RULING*** COURT WILL GRANT THE MOTION FOR SUMMARY JUDGMENT | | All Case Parties | |
| 17 | 03/08/2019 | Findings/Fact Concl of Law-Ord Converted DOC ID: FOF, Comments: (COMMISSIONER: ANDREW M. KENNEDY) | FINDINGS OF FACT; CONCLUSIONS OF LAW; AND ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND INTERLOCUTORY DECREE OF FORECLOSURE AGAINST ALL PARTIES FILED DECEMBER 20, 2018; EXHIBIT "A" | All Case Parties | Doi, Karyn A. |
| 18 | 03/08/2019 | Document Converted DOC ID: JUDG, Comments: | JUDGMENT | All Case Parties | Doi, Karyn A. |
| 19 | 03/08/2019 | Document Converted DOC ID: NOJ, Comments: | NOTICE OF ENTRY OF JUDGMENT | All Case Parties | Doi, Karyn A. |