Michael Miroyan
P.O. Box 3181
Saratoga, CA 95070
Tel: (408) 913-3123
E-mail: mac8881@me.com

Debtor

FILED
APR 11 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORIA

### SAN JOSE DIVISION

In re:

MICHAEL HAROUTUN MIROYAN

Debtor.

Case Number: 18-52601-MEH
Chapter 13

CERTIFICATE OF SERVICE

and Proposed order

I, Michael Miroyan declare:

1. On 4-11-2022, I served the Motion for Damages for Violations of the Automatic Stay by U.S. mail as follows:

Attorney Karyn Doi, c/o Rew & Okuda
222 Merchant St. Main Floor
Honolulu, Hi 96813

The Court, upon review of the moving papers of Debtor, the opposition papers and oral argument made at the hearing of this Motion, and good cause appearing, hereby grants Debtor Michael Haroutun's Motion for Damages for Violations of the Automatic Stay and hereby awards damages in the amount of $500,000 consisting of actual and punitive damages as well as including an award of attorney's fees incurred by Miroyan in bringing this Motion before this Court.

Date:_____

U.S. Bankruptcy Court Judge