Reno Fernandez (SBN 251934)
1001 Madison Street
Benicia, CA 94510
(707) 395-8809
legallyreno@gmail.com

Counsel for Secured Creditor,
**GANG "PATRICK" CHEN**

The following constitutes the order of the Court.
Signed: May 19, 2022

*M. Elaine Hammond*

_____

**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re

**MICHAEL HAROUTUN MIROYAN**,

Debtor.

Case No. 18-52601-MEH

Chapter 13

RS No. RF-1

**ORDER REOPENING BANKRUPTCY CASE**

The Court, having considered the *Ex Parte* Motion to Reopen Bankruptcy Case and Set

Hearing on Motion for Relief from Stay filed by Gang "Patrick" Chen, moving for entry of an order

reopening the within bankruptcy case and setting a hearing on the Motion for Relief from the

Automatic Stay filed by Mr. Chen on June 13, 2019 (RS No. RF-1) (Docket No. 90), and good cause

appearing,

**IT IS HEREBY ORDERED** that:

1.  The case is reopened.

2.  Movant shall file an amended motion and provide notice in compliance with
    Bankruptcy Local Rule 4001-1 and Judge Hammond's Practices and Procedures for
    In-Person Hearings.

3.  A hearing on the amended motion may be held on June 15, 2022, at 2:30 p.m. so
    long as filing and notice requirements are met.

4.  If an amended motion is not filed by June 23, 2022, the case may be reclosed
    without further notice or hearing.

**END OF ORDER**

1    <u>**COURT SERVICE LIST**</u>

2    Michael Haroutun Miroyan
     PO Box 3181
3    Saratoga, CA  95070-1181

4
     All other parties required to be served are registered CM/ECF users who have appeared in this case.
5    B.L.R. 9022-1(a).

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28