Michael Miroyan
P.O. Box 3181
Saratoga, CA 95070
Tel: (408) 913-3123
E-mail: mac8881@me.com

Debtor

**FILED**
SEP 13 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
US BANKRUPTCY COURT
2022 SEP 13 P 4:50

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

MICHAEL HAROUTUN MIROYAN

　　Debtor.

) Case Number: 18-52801-MEH
) Chapter 13
)
) NOTICE OF MOTION AND MOTION
) AGAINST ATTORNEY KARYN DOI
) AND GANG CHEN FOR VIOLATIONS
) OF AUTOMATIC STAY [18 USC §
) 362(k)]; DECLARATION OF MICHAEL
) MIROYAN; MEMORANDUM OF
) POINTS & AUTHORITIES;
) [PROPOSED] ORDER; CERTIFICATE
) OF SERVICE
)
) Date: Thursday October 27th 2022
) Time: 1:30 p.m.
) Location: Courtroom 11
) Judge: Hon. Elaine Hammond
)

**PLEASE TAKE NOTICE** that Debtor Michael Miroyan on the Date and Time noted above shall move this Court for an Order against Creditor Gang Chen and her Attorney Karyn Doi awarding actual damages and punitive damages against each of them in the amount of $300,000 for intentionally violating Bankruptcy Law's Automatic Stay Law codified at 11 U.S.C. § 362 and supporting case law, as well as an Order declaring that Judge Kim's Orders of 2-9-2019 and 3-8-2019 made in Hawaii's Third Circuit Court in Kona, Hawaii are void, a legal nullity and of no force and effect. Debtor Michael Miroyan seeks these damages against lawyer Karyn Doi, and her client Gang Chen for intentionally violating the automatic stay in this case that came into effect upon Miroyan's filing of his

- 1 -
MOTION FOR VIOLATIONS OF BANKRUPTCY AUTOMATIC STAY LAW

Chapter 13 Bankruptcy Petition in this Court on 11-26-2018. On 12-20-2018, Gang Chen, through his attorney Karyn Doi filed papers seeking Summary Judgment in Hawaii's Third Circuit Court in Case Number 16-1-00043K, which was set for hearing and granted by Judge Robert D.S. Kim of Hawaii's Third Circuit Court Division 3 located in Kona, Hawaii on 2-9-2019 and 3-8-2019.

After receiving notice of the automatic stay both Creditor Gang Chen and his attorney Karyn Doi had a duty to reverse Judge Kim's grant of summary judgment, something they have failed to do now for almost 3 ½ years, an egregious violation of law that requires this Court to impose meaningful damages and punitive damages for their deliberate and willful violations of the automatic stay law.

As a result, since both the filing of Summary Judgment motion papers by Attorney Karyn Doi on 12-20-2018 and Judge Kim's grant of Summary Judgment in favor of Plaintiff Gang Chen on 2-9-2019 and 3-8-2019 in the Chen civil case were done in violation of the Automatic Stay, the Order granting Summary Judgment is Void.

Debtor therefore seeks an Order issued by this Court declaring that Judge Robert D.S, Kim's 3-8-2019 Summary Judgment Order in favor of Plaintiff Gang Chen is Void, is a legal nullity.and is of no force and effect.

This Motion is based upon this Notice, the supporting Declaration of Michael Miroyan with Exhibits, the Memorandum of Points and Authorities in support of this Motion, a [Proposed] Order for the Court, a Certificate of Service any any oral argument made at the hearing.

Dated: September 13th 2022.   Respectfully submitted,

/s/ Michael Miroyan
Debtor

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| KENNETH Y. KAI and TAE K. KAI, TRUSTEES OF THE KAI FAMILY 1998 TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAIIAN RIVERBEND, LLC; COUNTY OF HAWAII; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE ENTITIES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>Defendants. | ) CIVIL NO. 15-1-0164K<br>) (Foreclosure)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>) No trial date set.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, a copy of the foregoing document was duly served on the following parties at their last known addresses by depositing same in the U.S. Mail, postage pre-paid:

PAUL J. SULLA, JR., ESQ.
P.O. Box 5258
Hilo, Hawaii 96720

    Attorney for Defendant/Counterclaimant
    HAWAIIAN RIVERBEND, LLC

ANDREW M. KENNEDY, ESQ.
75-167 Kalani Street, Suite 201
Kailua-Kona, Hawaii 96740

    Court Appointed Commissioner

539805-2

JOSEPH K. KAMELAMELA, ESQ.
Corporation Counsel
CRAIG T. MASUDA, ESQ.
RENEE N. C. SCHOEN, ESQ.
Deputies Corporation Counsel
County of Hawaii
101 Aupuni Street, Suite 325
Hilo, Hawaii 96720

    Attorneys for Defendant
    COUNTY OF HAWAII

DATED:    Honolulu, Hawaii, December 20, 2018.

_____
MICHAEL C. CARROLL
MATTHEW C. SHANNON

Attorneys for Plaintiffs/
Counterclaim Defendants

Michael Miroyan
P.O. Box 3181
Saratoga, CA 95070
Tel: (408) 913-3123
E-mail: mac8881@me.com

Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

MICHAEL HAROUTUN MIROYAN

    Debtor.

) Case Number: 18-52801-MEH
) Chapter 13
)
) [PROPOSED] ORDER
)
) Date: Thursday October 27th 2022
) Time: 1:30 p.m.
) Location: Courtroom 11
) Judge: Hon. Elaine Hammond
)

    The Court, upon review of the moving papers of Debtor, the opposition papers and oral argument made at the hearing of this Motion, and good cause appearing, hereby grants Debtor Michael Haroutun's Motion for Damages for Violations of the Automatic Stay and hereby awards damages against Creditor Gang Chen and his attorney Karyn Doi as follows:

DAMAGES AGAINST CREDITOR GANG CHEN:

Actual Damages:     $_____

Punitive Damages:     $_____

DAMAGES AGAINST ATTORNEY KARYN DOI:

Actual Damages:     $_____

Punitive Damages:     $_____

Dated: _____

                                                                  Judge Elaine Hammond

Michael Miroyan
P.O. Box 3181
Saratoga, CA 95070
Tel: (408) 913-3123
E-mail: mac8881@me.com

Debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

In re:

MICHAEL HAROUTUN MIROYAN

Debtor.

) Case Number: 18-52801-MEH
) Chapter 13
)
) [PROPOSED] ORDER
)
) Date: Thursday October 27th 2022
) Time: 1:30 p.m.
) Location: Courtroom 11
) Judge: Hon. Elaine Hammond
)

The Court, upon review of the moving papers of Debtor, the opposition papers and oral argument made at the hearing of this Motion, and good cause appearing, hereby finds:

1. Creditor Gang Chen and his attorney filed a Motion for Summary Judgment in Hawaii's Third Circuit Court Case Number: Case Number 16-1-00043K on 12-20-2018.

2. The Court finds that an Order granting Summary Judgment was made on 2-14-2019 and was signed by Judge Robert D.S. Kim on 3-8-2019.

3. The Court finds that since the automatic stay was in effect as of 11-26-2018 in this case and was not lifted until after the above dates, the grant of Summary Judgment in this case is Void and is of no force and effect.

Date: _____

                                                 Judge Elaine Hammond

MOTION FOR VIOLATIONS OF BANKRUPTCY AUTOMATIC STAY LAW

# BANKRUPTCY COURT

RECEIVED
SEP 14 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: Michael Micoyan

Case #: 18-52601-MEH