Michael Miroyan
P.O. Box 3181
Saratoga, CA 95070
Tel: (408) 913-3123
E-mail: mac8881@me.com

Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re:

MICHAEL HAROUTUN MIROYAN

Debtor.

**Case Number: 18-52801-MEH**
Chapter 13

CERTIFICATE OF SERVICE

Date: Thursday October 27th 2022
Time: 1:30 p.m.
Location: Courtroom 11
Judge: Hon. Elaine Hammond

I, Michael Miroyan declare:

1. On 9-13-2022, I served the Motion for Damages for Violations of the Automatic Stay by U.S. mail as follows:

Attorney Karyn Doi
222 Merchant St.
Honolulu, HI 96813

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9-13-22

_____
Michael Miroyan

FILED
SEP 13 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

# BANKRUPTCY COURT

RECEIVED
SEP 14 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Name:** Michael Micoyan

**Case #:** 18-52601-MEH